IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT B. KNOWLTON,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the government's Motion for Continuance of Trial Date, to Vacate Trial Date, Motion Hearing, and Final Trial Preparation Conference [Docket No. 25]. It is

    ORDERED that a hearing on the motion [Docket No. 25] is set for **January 4, 2010 at 4:00 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED December 11, 2009.