IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Date:  March 3, 2010                           Deputy Clerk: Bernique Abiakam
                                              Court Reporter: Janet Coppock

---

Civil Action No.: 09-cr-00383-PAB

UNITED STATES OF AMERICA,                     Robert E. Mydans

     Plaintiff,

v.

ROBERT B. KNOWLTON,                           Jeffrey S. Pagliuca

     Defendant.

---

### COURTROOM MINUTES

---

**Status Conference**

**9:00 a.m.      Court in session.**

Court calls case.  Appearances of counsel.  Also present, David Moore, Special Agent.

Preliminary remarks by the Court.

Counsel advise the Court regarding the status of the pending motions.

9:01 a.m.      Statement by Mr. Mydans.

9:07 a.m.      Statement by Mr. Pagliuca.

Comments and rulings by the Court.

**ORDERED:   Motions Hearing set for 3/4/10 at 1:30 p.m. is VACATED and RESET
for May 28, 2010 at 1:30 p.m.**

**ORDERED:   Any motion to be filed by the Plaintiff, related to the issue in today's
hearing, is due on April 16, 2010.  Response by the Government is
due April 30, 2010.**

*09-cr-00383-PAB*
*Status Conference*
*March 3, 2010*

**ORDERED:** **Trial set to begin on March 29, 2010 at 8:00 a.m. is VACATED and RESET for July 6, 2010 at 8:00 a.m.**

**ORDERED:** **Trial Preparation Conference set for March 26, 2010 at 11:00 is VACATED and will be reset at a later date.**

Further discussion regarding discovery.

**9:26 a.m.     Court in recess.**
Hearing concluded.
Time in court - 00:26

2