# CERTIFIED COPY

TRANSCRIPT OF
MEETING WITH
ROBERT BROOKS KNOWLTON
87-SU-63004

By
SU-6129

November 12, 2008
Fort Collins, Colorado



GARCIA & LOVE
COURT REPORTING AND VIDEOGRAPHY

EXHIBIT 1

257 East 200 South • Suite 300 • Salt Lake City, UT 84111 • 801.538.2333 • Fax 801.538.2334

00001454

1          **P R O C E E D I N G S**

2          (Cell phone rings, one-sided conversation.)

3          SU-6129:  Yeah?  Hello?

4          Yes.

5          Hey, Matt, how you doing?

6          I'm actually hooked up.

7          Wired.

8          Let me call you back in a little while.

9          Sounds good.

10          I'm traveling.  I land 12:20 Mountain

11    Standard Time, then I'll be free.  Any--any time

12    after that's great.

13          Sounds great.

14          Thank you, sir.

15          (Phone call ends.)

16          SU-6129:  SU-6129, 11/12/08, 1423 hours.

17    Subject:  Robert Knowlton, Fort Collins, Colorado.

18          (Dog barks.)

19          MR. KNOWLTON:  Nick.  Nick.  Let me get him

20    before you open the door.  Otherwise, I'll chase him

21    for an hour.

22          SU-6129:  Understand.  How you doing,

23    Robert.

24          MR. KNOWLTON:  Good, buddy.  How you been?

25          SU-6129:  Good to see you.

2

00001455

1        MR. KNOWLTON:  No, Nick.  No.  No.  No.

2   Sit.  Sit.  Good boy.  No, sit.  Good boy.  Okay,

3   you can go see him.

4        SU-6129:  Come here, puppy.  Come here.

5   Yes, yes, yes.  Yes, you're okay.  You're okay.

6        MR. KNOWLTON:  You must have dogs.

7        SU-6129:  I do.

8        MR. KNOWLTON:  I can tell.  That's why he's

9   smelling you.

10       SU-6129:  Come here.

11       MR. KNOWLTON:  Okay, Nick.  Nick.  Nick.

12       SU-6129:  Yes, yes, yes.

13       MR. KNOWLTON:  Nick, sit down.  Sit.  Sit.

14   Sit.  Good boy.

15       SU-6129:  Boxer?

16       MR. KNOWLTON:  No, he's a Jack Russell.

17       SU-6129:  Jack Russ--oh, okay.  Cool.

18       MR. KNOWLTON:  Yeah, he's been a--

19       SU-6129:  Neat dog.

20       MR. KNOWLTON:  He's been kind of a fun

21   deal.  How are you?

22       SU-6129:  Excellent.  Good to see you.

23       MR. KNOWLTON:  Good.  Good to see you.

24       SU-6129:  What's new?

25       MR. KNOWLTON:  I haven't got anything,

3

1    really.  But I don't think you went through all my

2    frames last time, either.

3            SU-6129:  I'll tell you, I'm interested in

4    high-end southwest stuff, paleo stuff.  But I just

5    flew from Albuquerque, Sant Fe.  I spent every penny

6    I have in cash with me, but I'd love--if you can--

7    can you email me pictures of paleo stuff and stuff

8    like that, because I--

9            MR. KNOWLTON:  I can show them to you.

10           SU-6129:  Cool.  Because then I can just

11   like wire you some money and we can do stuff.  Nice

12   trade point frame.

13           MR. KNOWLTON:  Nick, get down.

14           SU-6129:  Yes.  It's okay.

15           MR. KNOWLTON:  Nick.

16           SU-6129:  He's fine.

17           MR. KNOWLTON:  Get down.  Stay down.

18           SU-6129:  He's fine.

19           MR. KNOWLTON:  Stay down.

20           SU-6129:  Takes a while, doesn't it.  Yeah.

21           MR. KNOWLTON:  Oh, he's still a pup.

22           SU-6129:  Yeah.

23           MR. KNOWLTON:  Almost two.  Nick.

24   Nicholas.  Nicholas, get over here.  Get over here.

25   Now you sit down and you be a good boy.  That is a

4

1   good dog.  Good boy.  No.

2          Yeah, that's a pretty good trade--trade

3   point frame.

4          SU-6129:  Very nice trade point frame.

5          MR. KNOWLTON:  Some good stuff.

6          (Dog barking.)

7          SU-6129:  It's okay.  It's okay.

8          MR. KNOWLTON:  This is my frame from--these

9   are almost a hundred percent found--Nick, get down.

10  I'm not going to tell you again or you're going to

11  go outside.

12         Those all are out of one site.

13         SU-6129:  Whereabouts?

14         MR. KNOWLTON:  Just outside of Grand

15  Junction about three miles.

16         SU-6129:  Are those off like the--

17         MR. KNOWLTON:  They're out of the desert,

18  right below the--the Grand Mesa.

19         SU-6129:  Grand Mesa.  That's what I was

20  looking at.

21         MR. KNOWLTON:  I'm looking--there should be

22  some--

23         SU-6129:  Did you find all these, Bob, or

24  did you buy them?

25         MR. KNOWLTON:  I found most of them.

5

1           SU-6129:  That's a neat frame.  How much do

2   you want for this whole frame?

3           MR. KNOWLTON:  I had never even thought

4   about it.  Quite a--

5           SU-6129:  Isn't--isn't--

6           MR. KNOWLTON:  --variety.  Why don't you

7   put it over here and we'll put the light on it?

8           SU-6129:  Isn't Grand Mesa like the highest

9   mesa in the world or something like that?

10          MR. KNOWLTON:  It's one of them.

11          SU-6129:  One of them?

12          MR. KNOWLTON:  Yeah, I think it--I think it

13  goes up to 8,900 feet, I want to say.

14          SU-6129:  And which direction is it from

15  Grand Junction?

16          MR. KNOWLTON:  It would be east.

17          SU-6129:  I don't--I don't know Colorado

18  very well.  East of Grand Junction.

19          MR. KNOWLTON:  Just east of Grand Junction.

20          SU-6129:  Because when I get groups of

21  stuff like this and I can put together a story--oh,

22  you should have seen what I bought last night.  Oh,

23  my God.

24          MR. KNOWLTON:  What did you buy last night?

25          SU-6129:  It's a--it's only, you know,

00001459

1   three, 400 years old, but it's a Hopi kachina mask.

2        MR. KNOWLTON:  Oh, really?

3        SU-6129:  A whole one.

4        MR. KNOWLTON:  Really?  Fucking nice, huh?

5        SU-6129:  Yeah, killer.  Mid, low six

6   figures, but my European guys will die for it.  That

7   stuff's getting hard to come by.

8        MR. KNOWLTON:  I don't know.  This has got

9   such a variety of stuff.  You've got Cody in here.

10       SU-6129:  Uh-huh?

11       MR. KNOWLTON:  This is a dandy little

12   fucking Cody knife.

13       SU-6129:  Uh-huh.  It's got side grinding,

14   basal stem grinding.

15       MR. KNOWLTON:  And then you've got a hell

16   gapland here that was kind of an unusual thing to

17   come out of there.

18       SU-6129:  Uh-huh.

19       MR. KNOWLTON:  Some might say that's an

20   ascabus, but I'd say it's a hell gap.

21       SU-6129:  Yeah.

22       MR. KNOWLTON:  And this one here came off--

23   up close to the top of the hill.  That's a pretty

24   neat one.

25       SU-6129:  Off the top of the mesa?

00001460

1      MR. KNOWLTON:   Yeah.   There's a--there's a

2    creek that comes down where I hunt, and you walk

3    that and all the way up there on both sides of the

4    fucking creek where all the bluffs are--

5           SU-6129:  Uh-huh?

6           MR. KNOWLTON:   --you get a constant

7    erosion.  So, I mean, you could--if there's a

8    rainstorm, you've got to go walk it.

9           SU-6129:  Which creek is it?

10          MR. KNOWLTON:  Well--

11          SU-6129:  I mean, I don't want to poach

12   your site, but...

13          MR. KNOWLTON:  No, I'm just trying to think

14   of what the name of it is.  It's been a while since

15   I've been there.  Goddamn.  It comes down off the

16   mesa and runs north and runs clear on over into

17   Clifton and down.

18          SU-6129:  Do you know whereabouts it would

19   be map-wise?

20          MR. KNOWLTON:  Yeah, I know right where it

21   is.

22          SU-6129:  You know, you guys have got the

23   most screwed up airport in the fricking world.

24          MR. KNOWLTON:  (Inaudible) me.  I'm moving

25   back over to Grand Junction (inaudible).

00001461

1          SU-6129:  Jesus Lord Almighty.  What am I

2     looking for, Bob, Grand Junction?

3          MR. KNOWLTON:  Yeah.

4          SU-6129:  Let's see what this tells--

5          MR. KNOWLTON:  I don't know if that will--

6     if you've got a bigger map--

7          SU-6129:  I got the ones around it.  I just

8     grabbed some when I was headed in, because I don't

9     know this country.

10         Why in the hell do they put the terminal

11    and the planes 50 miles away from the baggage?

12         MR. KNOWLTON:  You'll have to ask somebody

13    that knows, because I sure as fuck don't.

14         SU-6129:  Jesus Christ.  Okay.  There's

15    Grand Junction, Little Book Cliffs.

16         MR. KNOWLTON:  Okay.  So we're going to go

17    over here to Grand Mesa.  Should be--well, this is

18    up here, so where's Grand Junction at?

19         SU-6129:  Right here.

20         MR. KNOWLTON:  So Grand Mesa sits--sits

21    right here.  This has got to be Grand Mesa.  No,

22    this is going north.  I'm going the wrong way.

23         SU-6129:  You want to go south from Grand

24    Junction?  Let me see what's south.  It's Delta or

25    Paonia.

00001462

1              MR. KNOWLTON:  Well, this is--this will be

2       off to the left-hand side, if you're going toward

3       Delta.

4              SU-6129:  This way or that way?  Which way

5       do I want to go, Bob?

6              MR. KNOWLTON:  Well, that's what I'm trying

7       to figure out.

8              SU-6129:  Oh, no problem.

9              MR. KNOWLTON:  I'm not reading the map

10      right here or something.

11             SU-6129:  Here's Grand Junction, which

12      would--

13             MR. KNOWLTON:  Grand Mesa, right here.

14             SU-6129:  Oh, okay.

15             MR. KNOWLTON:  Here it is.  Here it is.

16             SU-6129:  Okay.

17             MR. KNOWLTON:  Okay.  Now, this--where is

18      70 at?  This is De Beque Canyon, okay, so Grand

19      Mesa--

20             SU-6129:  This 70 right here.

21             MR. KNOWLTON:  --would be over here.

22             SU-6129:  70 goes down like this.  So do

23      you want the one below that or the one over here?

24             MR. KNOWLTON:  Should be right in here, but

25      this--this is Cameo, Johnson's (inaudible).  See,

                                                    10

1    we're coming out to Orchard Mesa, is where we go up

2    on Grand Mesa.  This has got to be Grand Mesa, also,

3    then.  Sinc Creek is the name of the creek.

4          SU-6129:  Sinc Creek?

5          MR. KNOWLTON:  Sinc Creek, S-I-N-C--Sinc

6    Creek is the name of it.

7          SU-6129:  Let me grab the one below that.

8    What is it, Delta?

9          Yeah, I've been trying to get one of those

10   masks for seven or eight months now.  An old one,

11   you know, not one of the new bullshit ones.

12         Okay, here's Grand Mesa National Forest.

13         MR. KNOWLTON:  Let's see if that drops off

14   down--if we can get into--into Clifton from here.

15         SU-6129:  There's Delta.

16         MR. KNOWLTON:  Okay, there's Delta, so that

17   would be going this way.

18         SU-6129:  This is all Grand Mesa, I guess.

19         MR. KNOWLTON:  Yeah, it's huge.  If I could

20   find--if I could find--well, there's Uncompahgre.

21   That's not Grand Mesa.  Uncompahgre runs down

22   toward--

23         SU-6129:  Uh-huh.  There's Whitewater.

24         MR. KNOWLTON:  Well, this is the wrong--

25   wrong (inaudible).

11

1          SU-6129:  Which way do you want me to go?

2          MR. KNOWLTON:  Well, I'm not sure.

3          SU-6129:  That way?

4          MR. KNOWLTON:  I don't know how to figure

5    this out.  Delta would be to the south, so I've got

6    to be back up here.  That's (inaudible), okay, so

7    that's the same (inaudible).  This is De Beque, so

8    we have got--Grand Junction's got to be right over

9    here.

10         SU-6129:  This map would be--

11         MR. KNOWLTON:  This is--this is going

12   south, so this has got to be Grand Junction right

13   here.

14         SU-6129:  Grand Junction's right here.

15         MR. KNOWLTON:  Yeah, okay.  Okay.  So that

16   should get us close.  Now I should be able to do

17   this, if I can...  Now, do you know where 70 is

18   here, coming out of Grand Junction?  Does it show

19   that?

20         SU-6129:  Let's see.

21         MR. KNOWLTON:  This is Unaweap, so I don't

22   want Unaweap, I want to go this way.  So 70 should

23   be coming off through here.  No, that's Delta.

24   We're not up far enough here.

25         SU-6129:  That's 50.

12

1          MR. KNOWLTON:  We're not up far enough.

2     This is the Grand Mesa.  This is where we're going,

3     now, right here.

4          SU-6129:  Let's see.  70 goes right--

5          MR. KNOWLTON:  It's got to be in here.

6     This has got to be (inaudible).

7          SU-6129:  70 goes right by 50, actually.

8          MR. KNOWLTON:  Yeah.  6 and 50, so--what is

9     this one?  What's that, Whitewater?

10         SU-6129:  Yeah.

11         MR. KNOWLTON:  Let me draw you a map of it

12    and then we'll see if we can match up the map.

13         SU-6129:  Okay.

14         MR. KNOWLTON:  Okay.  This right here is

15    Grand Junction--

16         SU-6129:  Okay.

17         MR. KNOWLTON:  --okay, and this is where 6

18    and 50 comes around and comes down into the Fifth

19    Street Bridge, and this is all Grand Junction proper

20    right through here.

21         SU-6129:  Uh-huh.

22         MR. KNOWLTON:  Okay?  So this goes to

23    Delta.  Okay?

24         SU-6129:  Okay.

25         MR. KNOWLTON:  Now, this right out here is

                                                      13

1    where 30 road--30 road comes into here, right here

2    like this--

3              SU-6129:  Uh-huh.

4              MR. KNOWLTON:  --and drops down.  And then

5    6 and 50 comes through right here like this and up

6    De Beque Canyon.

7              SU-6129:  Which canyon, Bob?

8              MR. KNOWLTON:  De Beque.

9              SU-6129:  De Beque?

10             MR. KNOWLTON:  Okay.  So on 30 road--and I

11   can't remember what the name of this road is, but

12   this is where we come out and then we go up here and

13   then we come back in and we wind back around over

14   here and down.  And this is the foot of Grand Mesa.

15   And we wind up clear in here and Grand Mesa

16   stretches out like this and runs all the way down

17   here to Delta and then comes up the back side

18   where--

19             SU-6129:  Okay.  So this is going to be--

20             MR. KNOWLTON:  So this would be--

21             SU-6129:  --like this.

22             MR. KNOWLTON:  Yeah.

23             SU-6129:  No.

24             MR. KNOWLTON:  Yeah, that would be right.

25             SU-6129:  Yeah.

00001467

1        MR. KNOWLTON:  This would be south to Delta

2    and Montrose.  So north and then you've got 30 road

3    that sits in here and you come back--you wind back

4    around up in here and you go through a private

5    driveway and then drop into the fucking desert

6    there.

7        And what it is is a series--it is just a

8    frigging series--

9        SU-6129:  Uh-huh.

10       MR. KNOWLTON:  --of old game trails and--

11       SU-6129:  So which highway are you taking

12   across?

13       MR. KNOWLTON:  I'm not going across--

14       SU-6129:  Which one is--

15       MR. KNOWLTON:  --the highway.

16       SU-6129:  What's this one here?

17       MR. KNOWLTON:  This would be--this would be

18   30 road.

19       SU-6129:  30 road coming from Delta back

20   across--

21       MR. KNOWLTON:  Yeah, this comes--no, it

22   doesn't come from Delta.  30 road comes around like

23   this--

24       SU-6129:  Oh, this goes to Delta.

25       MR. KNOWLTON:  Yeah.  And this comes around

                                                    15

00001468

1  like this and hooks into that Delta road out here.

2  Okay?  And I can't remember if this is H road.  I

3  think this is H, if I'm not mistaken, but I can't be

4  positive.  And, see, it winds around clear back down

5  over here and picks up De Beque Canyon on 6 and 50

6  out here.

7          SU-6129:  Uh-huh.

8          MR. KNOWLTON:  And this, of course--this

9  entire area in here is all--what's the first one

10  when you're going in, first town?  Palisade.  So

11  this is all Palisade.

12          SU-6129:  Palisade.

13          MR. KNOWLTON:  You've got Palisade and then

14  you've got the turnoff that goes into--into Grand

15  Junction.  And this is--stay off that map there,

16  young fella.  So--

17          SU-6129:  Okay.  There's Grand Junction.

18          MR. KNOWLTON:  Grand Junction, and let's

19  see where--where is De Beque Canyon at?  There's

20  De Beque Canyon.

21          SU-6129:  Where's De Beque?

22          MR. KNOWLTON:  Right here.  Okay?  There's

23  De Beque that comes off.

24          SU-6129:  Oh, okay.

25          MR. KNOWLTON:  What is this right here?

16

1    Can you read--

2         SU-6129:  Fleming Point.  That road is 65.

3         MR. KNOWLTON:  65.

4         SU-6129:  There's Palisade, right here.

5         MR. KNOWLTON:  Okay.  So now we're getting

6    real close.  It's right in here is where we go in.

7    You should be able to find Sinc Creek.  Can you find

8    Sinc Creek in there?

9         SU-6129:  Sinc Creek, right there.

10        MR. KNOWLTON:  That's it.  From Sinc Creek,

11   you would just follow that thing right on up and it

12   goes right straight up the side--side of Grand Mesa.

13        SU-6129:  Uh-huh.

14        MR. KNOWLTON:  Okay?

15        SU-6129:  And this--

16        MR. KNOWLTON:  And this campground is

17   sitting right down in here.

18        SU-6129:  Awesome.  So where you find --you

19   found most of this frame is--

20        MR. KNOWLTON:  Is off of Sinc Creek.

21        SU-6129:  Right off of here?

22        MR. KNOWLTON:  They had oil wells out

23   there, is what caused all the disturbance in the--

24        SU-6129:  Yeah.

25        MR. KNOWLTON:  --in the ground.

17

```
1              SU-6129:  Oil or uranium, one or the other.

2              MR. KNOWLTON:  Oh, it's oil.  Those

3      platforms are still there.

4              SU-6129:  Uranium in Utah.

5              MR. KNOWLTON:  Yeah.

6              SU-6129:  Well, cool.

7              MR. KNOWLTON:  So that's where those all

8      came from.

9              SU-6129:  That is awesome.  I'm interested

10     in that whole frame.  That's got a good--oh, as long

11     as we've got maps out, I bought an atlatal weight

12     from you that came from the Turner Look site.

13             MR. KNOWLTON:  Turner Look site.  We've got

14     to go to the Book Cliffs Mountains.  Let me have my

15     map and I'll show you where that came from.

16             SU-6129:  Little Book Cliffs Wilderness,

17     right there.

18             MR. KNOWLTON:  No.

19             SU-6129:  Is it further--

20             MR. KNOWLTON:  Yeah, this is--

21             SU-6129:  Is it into Utah?

22             MR. KNOWLTON:  Yeah, it's in Utah.

23             SU-6129:  Okay.

24             MR. KNOWLTON:  It's in Utah.

25             SU-6129:  So, Cisco?
```

18

1          MR. KNOWLTON:  Cisco.  Cisco, but you're

2    going north instead of south.  So when you--when you

3    turn at Cisco, you are going out north clear to the

4    Book Cliffs.  I can't think of the old man that I...

5    You would go out 70--say this is the Colorado line

6    and then Cisco sits here.  It's actually the turnoff

7    before you get to Cisco, it's a ranch exit.

8          SU-6129:  Uh-huh?

9          MR. KNOWLTON:  That ranch exit and then you

10   go out here to the Book Cliffs.

11         SU-6129:  Nice puppy.  Yes, you're a nice

12   puppy.  Yes, I love you, too.

13         Let's see if this one goes up far enough.

14         MR. KNOWLTON:  Find me 70, going west.

15         SU-6129:  What did I do with my glasses,

16   Bob?  Can't see nothing.

17         (Dog barking.)

18         SU-6129:  You're okay.

19         MR. KNOWLTON:  Tell him, Nick.  Talk to

20   him.

21         (Dog barking.)

22         MR. KNOWLTON:  Thata boy.  Just tell him.

23         SU-6129:  Okay, this is 70.

24         MR. KNOWLTON:  Okay.

25         SU-6129:  Whitehorse, Cisco Landing right

                                                      19

1  here.

2          MR. KNOWLTON:   Which direction is this

3  right here?

4          SU-6129:   South this way.

5          MR. KNOWLTON:   This would be south?   You

6  want to go--so where 70 goes by here, this is

7  where--

8          SU-6129:   Uh-huh.

9          MR. KNOWLTON:   This is 70 right here?

10          SU-6129:   Uh-huh.

11          MR. KNOWLTON:   And then I imagine it goes

12  like this.   Book Cliffs set up here.

13          SU-6129:   Okay.

14          MR. KNOWLTON:   They set up to the north of

15  the--north of 70.

16          SU-6129:   Okay.   And where's the Turner

17  Look site.

18          MR. KNOWLTON:   Well, that's what I'd

19  (inaudible) for.   If you're going 70, this would be

20  --this would be 70 right here, and this would be the

21  Colorado--

22          SU-6129:   Uh-huh?

23          MR. KNOWLTON:   --Utah line.   And you're

24  going to come up here and then there's a turnoff

25  here that goes to Cisco.   And you go down across

20

1    here and you can take it clear down to Moab.

2         SU-6129:  That's this road right here.

3         MR. KNOWLTON:  Is that what it is?  Okay.

4    So--but you're going to take that--that first exit

5    before--

6         SU-6129:  Uh-huh?

7         MR. KNOWLTON:  --just before Cisco.

8         SU-6129:  Uh-huh?

9         MR. KNOWLTON:  And you'll go underneath

10   here and you'll come right straight north.  Turner

11   Look site sits on that big ranch right down there.

12        SU-6129:  Okay.

13        MR. KNOWLTON:  When you get down to the--

14        SU-6129:  How many miles is this?

15        MR. KNOWLTON:  Oh, fuck.  Seven or eight.

16        SU-6129:  Okay.

17        MR. KNOWLTON:  It's quite a ways.  And then

18   there's a--the reason we know about where that was

19   is because my friend belonged to the University of

20   --I don't know if it was the University of Utah that

21   did that dig out there or what it was, but all that

22   stuff that I had off the Turner Look site came out

23   of there probably in the '50s, before they ever dug

24   that.

25        SU-6129:  Yeah.

21

1    MR. KNOWLTON:  And Turner Look--Turner Look

2    is--is a well-known site.  You can look it up--

3        SU-6129:  Oh, okay.

4        MR. KNOWLTON:  --on Google.  You can Google

5    it.

6        SU-6129:  I haven't even tried.  I just--

7    backtracking, trying to keep shit together.

8        What else was I going to ask you about?

9    Old shit.  Don't want to talk about new shit.  That

10   Midland that I bought from you--

11       MR. KNOWLTON:  Uh-huh.  Came out by Lake

12   Miramonte.

13       SU-6129:  Because I--

14       MR. KNOWLTON:  That's--that's a 4.1?

15       SU-6129:  Yeah, because the COA says Lake

16   Miramonte, but in my notes that I wrote down

17   afterwards or during, I wrote--you said something

18   about getting it from a Forest Service guy from

19   somewhere--Forest Service by Telluride or something.

20       MR. KNOWLTON:  Lake Miramonte is just down

21   from Telluride.

22       SU-6129:  Uh-huh.

23       MR. KNOWLTON:  Okay.  And just down from

24   Lake Miramonte is Disappointment Valley and Bug

25   Point--

22

1          SU-6129:  Yeah?

2          MR. KNOWLTON:  --which is a huge--and that,

3     of course, all rolls right back down into

4     Monticello--

5          SU-6129:  Uh-huh?

6          MR. KNOWLTON:  --and all that.  So that's

7     where it's from.

8          SU-6129:  So it's from Lake Miramonte or is

9     from--

10         MR. KNOWLTON:  It would be below Lake

11    Miramonte and those sand dunes.

12         SU-6129:  Oh, okay.

13         MR. KNOWLTON:  In the sand dune country,

14    just before you get--Lake Miramonte would have been

15    a landmark for it.

16         SU-6129:  Oh, okay.  What did the Forest

17    Service guy have to do with it?

18         MR. KNOWLTON:  He found it.

19         SU-6129:  Oh, okay.  So was it like Forest

20    Service land or--I mean, just between you and me.

21         MR. KNOWLTON:  I would never say it was

22    Forest Service land.  There's a lot of private

23    property down there that Sandy Hightower owned.

24         SU-6129:  Understood.

25         MR. KNOWLTON:  Okay.  So that's where it

23

1   would be from.  But more than likely he found it

2   when he was taking a piss.

3           SU-6129:  Yeah, I've found a few that way

4   myself.

5           MR. KNOWLTON:  I have to.

6           SU-6129:  Okay.  I'm interested in a price

7   on this frame, if you're willing to part with it.

8           MR. KNOWLTON:  Well, I have never even

9   considered that.

10          SU-6129:  Because that's--

11          MR. KNOWLTON:  I don't know what the hell's

12   in there in money.  You've got a lot of--a lot of

13   these are ground bases, which puts them fairly old,

14   I would think.

15          SU-6129:  Yeah.  San Jose's, maybe.

16          MR. KNOWLTON:  You have San Jose's.

17          SU-6129:  Yeah.  Do you fetch now or do you

18   want to just tug-a-war?

19          MR. KNOWLTON:  Oh, he likes to tug-a-war

20   and he'll fetch if you'll take it away from him.

21          SU-6129:  Just don't hit anything valuable.

22   I was at this guy's house, he's got a $75,000

23   kachina mask on the table, with the original

24   feathers and the prayer sticks on it, everything,

25   and--a couple around and--a couple other masks and

24

1   stuff, and these cats.  And there were also some

2   wooden altermen, really all old stuff, really

3   valuable.  His cat's walking across the table

4   knocking this stuff over and--

5          MR. KNOWLTON:  You were having a heart

6   attack.

7          SU-6129:  --and I'm like going, Get the

8   fucking cat out of here.  And, you know, it was his

9   shit, although I bought one of them.  I wouldn't let

10  my cats do that.

11         Okay.  So--and, you know, if you need some

12  time to think about it, that's okay, Bob.

13         MR. KNOWLTON:  Well, I just need to figure

14  out what the hell I've got there, money, marbles and

15  chalk.  There's some really nice stuff in there.

16         SU-6129:  There is some very nice stuff in

17  it.  And that's cool, because it's altogether.

18         MR. KNOWLTON:  It's all--these basketmaker

19  points are really hard to get, all the Mickey Mouse

20  eared ones.

21         SU-6129:  Uh-huh.  In fact, if you want to

22  just make a list and I can call you.  And just like

23  call it the--

24         MR. KNOWLTON:  Well, this is my own site.

25  It's Grand Mesa.

25

```
1        SU-6129:  Yeah.  Well, I--let' see, I --
2   actually, I'd like to have--
3        MR. KNOWLTON:  See, this one came from up
4   on top of the hill and these two came from down
5   below.
6        SU-6129:  Uh-huh?
7        MR. KNOWLTON:  This one I found in
8   (inaudible).  This one came off of (inaudible).  I
9   remember these babies like they were yesterday.
10  I've even got a wind dust in here, right here.  I
11  believe this is--
12       (Track ends.)
13       MR. KNOWLTON:  About as nice--get down,
14  Nick.  Get down or I'm going to put you outside.
15       SU-6129:  That's really nice.
16       MR. KNOWLTON:  Get down.
17       SU-6129:  Fine-grain basalt?
18       MR. KNOWLTON:  Yeah, that's basalt.
19       SU-6129:  Really pretty.
20       MR. KNOWLTON:  And my friend found--that
21  same day I found that one, my friend found a huge
22  fucking Pinto Basin, almost three-inch Pinto Basin.
23  What the hell is a Pinto Basin doing in Mesa County?
24       SU-6129:  There's some very nice points in
25  this.
```

26

00001479

1    MR. KNOWLTON:   That basketmaker there.

2    SU-6129:  Uh-huh.

3    MR. KNOWLTON:   It doesn't get much nicer

4  than that.

5    SU-6129:  San Pedro?

6    MR. KNOWLTON:   Yeah.

7    SU-6129:  That's really pretty.

8    MR. KNOWLTON:   Look at this San Jose.  Look

9  at this fucking San Jose knife.  Have you ever seen

10  one?

11    SU-6129:  Oh, that is fucking gorgeous.

12  Really gorgeous.  Where'd that one come off of?

13    MR. KNOWLTON:   That one came off the--off

14  the--off the hill going up, following the creek up.

15    SU-6129:  Sinc Creek?

16    MR. KNOWLTON:   Yeah, Sinc Creek.  Very

17  close to where this one came from.

18    SU-6129:  That one's nice, too.

19    MR. KNOWLTON:   Yeah, that's about as nice a

20  knife as I've had.

21    SU-6129:  Nice lichen on it.

22    MR. KNOWLTON:   Yeah, I didn't clean any of

23  these.  No need to.

24    SU-6129:  What is that, banded quartzite?

25    MR. KNOWLTON:   That's got a really nice

27

1    stripe going through it, corner of a bull's-eye.

2        MR. KNOWLTON:  We get--we get this quart--

3    there's also--there's two other pieces that go into

4    this frame that I put somewhere else.

5        SU-6129:  Well, you know, if there's one or

6    two pieces that are really important to you, take

7    them out, give me a price on the rest.

8        MR. KNOWLTON:  Oh, I wouldn't do that.  If

9    I'm going to sell to them to you, I'd just sell them

10   to you.  This one I thought was kind of neat, too,

11   because it was resharpened around the break.

12       SU-6129:  Oh, yeah, that is really cool.

13       MR. KNOWLTON:  Look at this San Jose.

14   Goddamn, there's a nice early one.

15       SU-6129:  Yep.

16       MR. KNOWLTON:  I haven't looked at these.

17   I hadn't thought about that for a long, long time.

18   But there are two other ones.  There's a--there is a

19   Tula Rosa somewhere in one of my frames that I found

20   in here that's the best fucking Tula Rosa I ever

21   found in my life.  And then--what the hell else do I

22   have.  These I'm pretty sure are Tula Rosa's or

23   San Pedros.  I like those, the way they're sharpened

24   down.  They were using them as a knife.

25       SU-6129:  I'd say Tula Rosa.

28

1          MR. KNOWLTON:   Same as this one.   I found

2     three of them right together when I found that one.

3          SU-6129:   Tula Rosa.   Classic.   Classic.

4     Classic.

5          MR. KNOWLTON:   And I'm not sure what this

6     is.   This has a ground base, and this one has a

7     ground base.

8          SU-6129:   You know, some of the San Jose's

9     I've seen have ground--basal grounding on them.

10         MR. KNOWLTON:   Well, all of them do.   Look

11    at this little San Jose.   Look at that little

12    bastard.   This one came out right where--almost the

13    same spot where this one came from.

14         SU-6129:   Uh-huh.   That's a pretty

15    (inaudible).

16         MR. KNOWLTON:   Yeah.   Yeah.

17         SU-6129:   Neat stuff.

18         MR. KNOWLTON:   Man, I don't even know where

19    to start on this.   I'd just have to--

20         SU-6129:   Well, think about it.   You don't

21    have to tell me right now.

22         MR. KNOWLTON:   I have some--are you

23    interested in some big blades?

24         SU-6129:   Yeah, I am.   In fact, if you want

25    to get a piece of paper and just make a list of what

                                              29

1    I need prices from you, then I'll remember what

2    we're talking about and I can just wire you money

3    and you can ship them to me.  I trust you.

4         Did you vote for Obama?

5         MR. KNOWLTON:  No, sir.  No, sir.

6         SU-6129:  Robert, I have to tease you.

7         MR. KNOWLTON:  Let me tell you.  I'm really

8    worried about where this country is headed right

9    this second.

10        SU-6129:  It's so fucked up, how can

11   anybody fuck it up more?

12        MR. KNOWLTON:  Well, that's true, except

13   that dictatorship usually follow this kind of shit.

14        Now, this is a piece that Rodney looked at

15   and he says it's a Hasket.  I don't know, it may

16   well be.  I bought that from the nurse that found it

17   when she was about eight years old.

18        SU-6129:  Wow, that is awesome.  Do you

19   mind if I take a photograph of this frame?

20        MR. KNOWLTON:  No.  Heck, no, I don't care.

21        SU-6129:  Because I won't remember all

22   that.  I got--it's in my truck.  I'm going to grab

23   it quick.

24        MR. KNOWLTON:  Nick, Goddammit.  Nick.  Get

25   over here.  Get over here.  Nick, get over here and

00001483

1   quit it.   Quit it.

2        SU-6129:   You know, I'm trying to get some

3   of my--

4        MR. KNOWLTON:   There's a nice little Clovis

5   out of Moab.

6        SU-6129:   Let's see if this is going to

7   white out.   Nope, that turned out great.

8        MR. KNOWLTON:   That might be something

9   you'd be interested in.

10        SU-6129:   Uh-huh.

11        MR. KNOWLTON:   That's out of Moab.   And

12   there's a little Hell Gap out of Fremont County.

13   That's over by Gunnison, Colorado.

14        SU-6129:   Yeah, I'd like prices on this big

15   stuff.   I'll tell you what I do.   Most--my European

16   guys, I try not to mess around with anything unless

17   it's ten grand or more as a group.

18        MR. KNOWLTON:   Okay.

19        SU-6129:   And if you don't mind, let me

20   shoot that frame, too.   Then I can remember at least

21   what you're quoting me prices on.   And I trust you

22   to get on the phone and say, you know, This has got

23   a nick on the back side or whatever.

24        MR. KNOWLTON:   Well, it doesn't do me any

25   good not to.   Like that little--that's out of

31

1    Montrose.  That's a little scotty that's out of

2    Montrose.  A lot of this is eastern Colorado stuff.

3         SU-6129:  Uh-huh.  Did you find any of

4    these yourself?

5         MR. KNOWLTON:  Probably, but I don't see

6    them right--this here is out of Utah, down by Salt

7    Lake.

8         SU-6129:  Uh-huh.

9         MR. KNOWLTON:  That's an awful nice piece.

10        SU-6129:  That is really pretty.  That is

11   nice.

12        MR. KNOWLTON:  This is a Moab piece.  Look

13   at the impact fracture that they resharpened.

14        SU-6129:  Oh, yeah.  Yep.  That's Cody.

15        MR. KNOWLTON:  Yeah, that would be Eden

16   Sun.  I'm sorry.

17        SU-6129:  You think.

18        MR. KNOWLTON:  There's a nice little

19   San Jose.  And this is out of Sand Flats.  This one

20   I did find.

21        SU-6129:  That's cool.  Where's Sand Flats?

22        MR. KNOWLTON:  It would be west of Grand

23   Junction, up across Glade Park.  It drops down into

24   Utah there.

25        Here's another little San Jose.  That's out

32

00001485

1    of Blanding.

2          SU-6129:  Cool.

3          MR. KNOWLTON:  Just to give you an idea.

4    There's another one that's out of Blanding.

5          SU-6129:  Uh-huh.

6          MR. KNOWLTON:  So I have some stuff--here's

7    an--here's one that's out of Moab, another little

8    Hell Gap.

9          SU-6129:  Yeah.

10         MR. KNOWLTON:  Let me see.  I don't see

11   anything else in there that isn't--that isn't from

12   eastern Colorado.  Oh, here, this here's out of Fry

13   Canyon.

14         SU-6129:  Really.

15         MR. KNOWLTON:  Yeah.  It's a beautiful

16   fucking piece.

17         SU-6129:  I'd be really interested in that.

18   You know, I found a--I was back behind Fry Canyon,

19   Mossback Butte, south--a little bit southeast of Fry

20   Canyon and Fry Canyon store proper as you go across

21   96 there.

22         MR. KNOWLTON:  Uh-huh.

23         SU-6129:  And I found a pair of sandals

24   back in there.

25         MR. KNOWLTON:  Do I have your email?

                                                    33

1          SU-6129:  If you don't--

2          MR. KNOWLTON:  I don't think I do.

3          SU-6129:  Let me--because that's really the

4     best way to communicate with me.  Let me see if I've

5     got one of these in my--

6          MR. KNOWLTON:  Are you interested in these

7     Bull Creeks?  Have you got somebody that you can get

8     some good money out of for them?

9          SU-6129:  How much do you want for them

10    there?

11         MR. KNOWLTON:  I want eight grand.  And

12    they're all papered individually by Taylor.

13         SU-6129:  Okay.  Robert, there's my email

14    right there.  Let me--I want to shoot this--

15         MR. KNOWLTON:  I've got double papers on

16    that bird, too.  But both of them think it's from

17    Peru, but it's not, it's a--it's a--it's a Membries

18    piece I got--Spirits of the Art is where you can

19    find that.

20         SU-6129:  Who--did Jeb tell you it was out

21    of Peru?

22         MR. KNOWLTON:  He said he didn't know for

23    sure, but he--they both have a different view of it.

24    Bill looked at it as a bead and Jeb looked at it as

25    a deal that would have been tied on a hat or on a

34

00001487

1   vest or something.

2       SU-6129:  Jeb's a good guy.  I like his

3   technical skills and stuff, but I don't trust him

4   with southwest material typeology, I should say.  I

5   sent him--did you ever see that set of 24

6   basketmaker knives?

7       MR. KNOWLTON:  I was going to buy them, but

8   the guy never would tell me what he wanted.  And

9   then he went up and went and sold them to somebody

10  else.

11      SU-6129:  Which guy?

12      MR. KNOWLTON:  Out of Moab.  I can't

13  remember what his name is.

14      SU-6129:  Oh, Jerry Walker.

15      MR. KNOWLTON:  That's him.

16      SU-6129:  Yeah.  Yeah, he sold them to me.

17      MR. KNOWLTON:  He sat and worked me for a

18  price forever, but he wasn't going to sell them.

19      SU-6129:  He sold them to me.  I partnered

20  with--actually, I sold them to Dave Weight and Greer

21  Brunson.  And they partnered on them.  And then Dave

22  bought Greer out and then I--

23      MR. KNOWLTON:  Did you buy them back?

24      SU-6129:  Well, I brokered a sale between

25  Dave and my guy in Liechtenstein.

35

1       MR. KNOWLTON:  Yeah.  Well, Jeb was pretty

2   new when he turned those down.

3       SU-6129:  25 grand.

4       MR. KNOWLTON:  Yeah, I know.  He was--

5       SU-6129:  Well, I was the one that sent

6   them to him and he--

7       MR. KNOWLTON:  Okay.

8       SU-6129:  And he didn't kill them, he

9   didn't--

10      MR. KNOWLTON:  He told me he didn't know if

11  they were good.  And I told them I'd seen them and I

12  said there was nothing wrong with them.

13      SU-6129:  So I sent them to Jackson, Davis

14  and Ben--

15      MR. KNOWLTON:  And they don't know much--

16      SU-6129:  --Stermer.

17      MR. KNOWLTON:  --about southwest either.

18  Ben does.

19      SU-6129:  And every--

20      JOHN:  Ben is--

21      SU-6129:  They're quadruple papered.

22  Anyway, my guy in Liechtenstein flew all the way out

23  here to get them.  Met Dave in Moab.  That one

24  didn't do very good, it's kind of glassy.  That's

25  better.

36

00001489

```
1              So you've got whose papers on the bowls?

2         MR. KNOWLTON:  Jeb's.

3         SU-6129:  Okay.  I'm good with him.  And

4    where'd that come from?

5         MR. KNOWLTON:  That's out of Disappointment

6    Valley.  That's out of Sandy Hightower's collection.

7         SU-6129:  Cool.  Okay.

8         MR. KNOWLTON:  And this is out of Ersil

9    Preble's collection.  This is out of Ersil Preble's

10   collection.  That's the neatest little fucker.

11        SU-6129:  That's--that would fit into

12   Membrie's fine--

13        MR. KNOWLTON:  Well, let me show you why I

14   say that.

15        SU-6129:  --in my opinion.

16        MR. KNOWLTON:  They don't want it--they

17   want it because the beak is so fucking long.  But

18   let me show you why I say what I say.  When these

19   guys get locked up--and if it isn't their idea, it

20   doesn't count.  But if you go through this book, if

21   I can find them little birdies for you.  They should

22   be right here.  Come on.  I probably went by them.

23   No, they're in here, I think.  This is what's his

24   name's.

25        SU-6129:  Let's see, San Lazaro, that's
```

37

1    Forest Finn, isn't it?

2            MR. KNOWLTON:  Yeah.

3            SU-6129:  I traded him an atlatl a couple

4    weeks ago for a mask.

5            MR. KNOWLTON:  Here, here's your birds.

6            SU-6129:  Full wooden atlatl.

7            MR. KNOWLTON:  There's your birds.  Same

8    head.

9            SU-6129:  Oh, sure.  Uh-huh.

10           MR. KNOWLTON:  Okay.  And there's another

11   one.  That's made out of that--out of that

12   (inaudible).

13           SU-6129:  And those are out of San Lazaro?

14           MR. KNOWLTON:  Yeah.  Well, not San Lazaro.

15   These are--I think they said these are Membries.  I

16   could be wrong.  Hohokams.

17           SU-6129:  Hoho--yeah.  Oh, yeah.

18           MR. KNOWLTON:  Hohokam.

19           SU-6129:  Yeah, you get into Hoho, and that

20   fits perfectly fine.

21           MR. KNOWLTON:  And the other--and the other

22   thing--you see, when--I got this from Gene Lind who

23   got it from Ersil Preble down in--

24           SU-6129:  Uh-huh.

25           MR. KNOWLTON:  Do you know who Ersil was?

38

1      SU-6129:   Yeah, uh-huh.

2      MR. KNOWLTON:   Okay.

3      SU-6129:   Fine-grained hard stone.

4      MR. KNOWLTON:   Now, I've seen that stone

5  when I was down in Deming, New Mexico.

6      SU-6129:   It looks like a--looks like

7  argillite with a gray band through it.

8      MR. KNOWLTON:   Uh-huh, I agree with you.

9  And this is out of Ersil's collection, also.   It's

10  authentic.

11      SU-6129:   Cool.   All right.   I'm interested

12  in all that, this frame, anything in this frame,

13  anything in this frame, that whole frame, the Grand

14  Mesa frame.

15      MR. KNOWLTON:   Well, that whole frame--if

16  you're interested in the whole frame, I can tell you

17  where every piece came from--

18      SU-6129:   Awesome.

19      MR. KNOWLTON:   --and I'll guarantee every

20  piece.   But not all of them are papered.

21      SU-6129:   I know you'll stand behind your

22  stuff.   And, you know, quite frankly, anytime I put

23  a lot of money into lithics that are going overseas,

24  I'll sit down and I'll do papers on them.   So if we

25  have a disagreement, it's probably going to be

39

1   between the two of us.  And if we have to send it
2   out to somebody else, that's fine, too.
3          MR. KNOWLTON:  That'd be fine, too.  Well,
4   a lot of this stuff is from Wyoming and Nebraska.
5          SU-6129:  Uh-huh.
6          MR. KNOWLTON:  And this piece, Prino told
7   me it was no good, Jackson liked it, I like it.
8          SU-6129:  How old was Prino when you gave
9   it to Greg?
10          MR. KNOWLTON:  Really old.  About--about
11   three years before he died.
12          SU-6129:  Yeah, he--he got a little sketchy
13   there in the end.
14          MR. KNOWLTON:  Well, this does have a
15   change of color.  And Jeb didn't like this point.
16   He said it was authentic with a rebased base, but I
17   don't believe that.
18          SU-6129:  I think he's just getting a
19   little confused, because it has that band of color
20   through the middle.  But that color goes all the way
21   through.  That would be a natural result of shaping
22   the base.  The base is a little bit different than
23   the--
24          MR. KNOWLTON:  Than normal.
25          SU-6129:  --the normal shoulder you'd see

40

1   on a Folsom.

2          MR. KNOWLTON:   This is all patinated here.

3   And I think this was--was done at a later time, but

4   I don't think it was done by--by a white man--

5          SU-6129:   No.

6          MR. KNOWLTON:   --the way--the way it's

7   done.

8          SU-6129:   Uh-huh.   I like that.

9          MR. KNOWLTON:   And here's a--here's a nice

10  little Folsom, too.   That's a little candy bear.

11         SU-6129:   Yeah.

12         MR. KNOWLTON:   And that's not papered, but

13  it's absolutely genuine.

14         SU-6129:   Cool.   Like that.

15         MR. KNOWLTON:   And here's a nice little

16  Cody knife.

17         SU-6129:   Uh-huh.

18         MR. KNOWLTON:   All of that stuff is worth

19  something.

20         SU-6129:   Sure.

21         MR. KNOWLTON:   So you're interested in the

22  whole frame?

23         SU-6129:   Yeah, I am.   This one, that one,

24  that one and that one.

25         MR. KNOWLTON:   You want to buy my whole

41

1    collection?  I'm serious.

2           SU-6129:  Well, you've probably got a bunch

3    of stuff that I don't want.  I would be interested

4    in that trade frame.

5           MR. KNOWLTON:  You and everybody.  Well,

6    those are hard to put together.

7           SU-6129:  I know.  Well, if you don't want

8    to sell it, just tell me and I won't even fuck

9    around with it.

10          MR. KNOWLTON:  Well, I don't--I don't give

11   a shit.  I'm going to move back to Grand Junction is

12   what I want to do, and I'm really putting my house

13   in order.  I have two nice collections over--

14          SU-6129:  Uh-huh.  Do you mind if I

15   photograph this one, Bob?

16          MR. KNOWLTON:  No, go ahead.  You can put

17   it up here, if you want.

18          SU-6129:  Just need to--the floor's

19   actually great.  I just need to lift the lid so it

20   doesn't bounce back at me.

21          MR. KNOWLTON:  This is an awful heavy

22   frame, so I'll do that for you and I'll hold it.

23   Here's a--

24          SU-6129:  Probably going to have to do this

25   in sections.  Do you have provenance on these

                                                    42

1    pieces?

2         MR. KNOWLTON:  Most of them.  Most of them

3    are out of collections, you know, as you go--

4         SU-6129:  Yeah.

5         MR. KNOWLTON:  --through life.  There's a

6    few of them, but I'll have good provenance on a lot

7    of them.

8         SU-6129:  You don't have any Spanish tips,

9    do you?

10         MR. KNOWLTON:  Spanish?

11         SU-6129:  Yeah.

12         MR. KNOWLTON:  No, but I've got two of them

13    that are from Afghanistan, which are really neat.

14         SU-6129:  I'm trying to talk Forest out of

15    some of his Spanish stuff, and he's a pain in the

16    ass to deal with.  Nice guy, love him, good friend,

17    but in order to get something from him, I've got to

18    get something that he wants more than what-ever he

19    has.  I had to get a full wooden Fremont atlatl to

20    trade for the last mask I got from him.

21         MR. KNOWLTON:  Yeah.  Well--

22         SU-6129:  Those are not--

23         MR. KNOWLTON:  Cheap.

24         SU-6129:  Yeah.

25         MR. KNOWLTON:  Who'd you get that from?

00001496

1          SU-6129:  Dace and I were actually partners

2    on it.  Came out of Rasmussen Cave off of Nine Mile.

3          MR. KNOWLTON:  Well, I would sell you the

4    whole frigging collection, if you want it.  And

5    there's--I mean, there's a few bucks here.

6          SU-6129:  I expect so.  What's the bulk of

7    the--is--if we talk about that stuff, what

8    percentage of the value is in those five frames--six

9    frames?

10          MR. KNOWLTON:  I'll just show you.  It's

11    easier to show you.  Here's the--this is my personal

12    frame of paleo.

13          SU-6129:  Uh-huh.  Are you going to sell

14    that or keep it?

15          MR. KNOWLTON:  I'd sell it all.  I sell the

16    whole shiterie.

17          SU-6129:  Let me shoot that paleo one real

18    quick, and then I won't mess around with these other

19    ones.

20          MR. KNOWLTON:  About 90 percent of those

21    probably have papers on them.

22          SU-6129:  That's cool.

23          MR. KNOWLTON:  And there's a Folsom knife

24    in there.  There's a--

25          SU-6129:  Cool stuff.

                                                    44

1          MR. KNOWLTON:  --black rock concave,

2     there's Allen points.  And here's a bunch of--

3     there's quite a bit of southwest stuff here.

4          SU-6129:  Uh-huh.

5          MR. KNOWLTON:  Just to let you--southwest

6     stuff here.  This is Texas stuff.

7          SU-6129:  Don't do a lot with Texas.  Don't

8     know what I'm doing.

9          MR. KNOWLTON:  A lot of nice arrow points

10    in there.

11         SU-6129:  That's southwest.

12         MR. KNOWLTON:  Well, it's southwest and--

13         SU-6129:  That one and--oh, that's got some

14    nice pieces in it.

15         MR. KNOWLTON:  Oh, I know.

16         SU-6129:  Really nice.

17         MR. KNOWLTON:  That's what I wanted you to

18    look at.

19         SU-6129:  Oh, yeah.  Shit, yes.

20         MR. KNOWLTON:  Now, there's--

21         SU-6129:  Nice.

22         MR. KNOWLTON:  --there's southwest in here.

23         SU-6129:  Uh-huh.

24         MR. KNOWLTON:  There's Baja, Mexico.

25         SU-6129:  Malamars down the middle there.

45

1          MR. KNOWLTON:  Eastern Colorado.  There's a
2    lot of--

3          SU-6129:  Uh-huh.

4          MR. KNOWLTON:  --lot of nice stuff in
5    there.  Then there's a few more pieces in there.
6    And as you can see, it goes on.

7          SU-6129:  Yeah.  Okay.

8          MR. KNOWLTON:  There's--

9          SU-6129:  I've got an idea what we're
10   dealing with.

11         MR. KNOWLTON:  I'm close to--I'm close to
12   thirty--3,700 points, I think, last time I counted.

13         SU-6129:  Uh-huh.

14         MR. KNOWLTON:  And I tried to put them
15   together.  That's why they've got stickers on them.

16         SU-6129:  So what are we talking about, the
17   whole thing, Bob?  Have you thought about it?  Need
18   to think about it?

19         MR. KNOWLTON:  Well, I think if I--if I
20   retail out and take my time, I think there's
21   probably a half a million here or a little better.

22         SU-6129:  Yeah.

23         MR. KNOWLTON:  And realizing that you've
24   got to make some money on your--your end of it--

25         SU-6129:  Yes, I do.

46

1          MR. KNOWLTON:   Huh?

2          SU-6129:   Yes, I do.

3          MR. KNOWLTON:   Well, you probably need to

4     talk to me.   There's trade knives down here that you

5     didn't see.   There's a lot of stuff that--those are

6     pretty nice trade knives.   There's a trade pipe and

7     a spike--

8          SU-6129:   Uh-huh?

9          MR. KNOWLTON:   --a spike ax in there.

10          SU-6129:   Uh-huh.

11          MR. KNOWLTON:   Those are all pretty nice.

12     There's some hammers and stuff.   A lot of this stuff

13     came out of a Ute camp over here by Steamboat

14     Springs.

15          SU-6129:   Where the hell's that?

16          MR. KNOWLTON:   Over here--just over--in

17     between here and Grand Junction, but you go across

18     the mountain through Puter Canyon.   Steamboat

19     Springs is a resort.

20          SU-6129:   Oh, okay.   Which canyon?

21          MR. KNOWLTON:   Well, Steamboat Springs.

22          SU-6129:   Right, but you--you--

23          MR. KNOWLTON:   We'd go over through Puter

24     Canyon to get there.

25          SU-6129:   Puter Canyon.

47

1        MR. KNOWLTON:  Then you've got pipes.

2        SU-6129:  Uh-huh.

3        MR. KNOWLTON:  You got--

4        SU-6129:  Some of these are Sandy's, aren't

5   they?

6        MR. KNOWLTON:  Huh?

7        SU-6129:  Aren't some of these Sandy's?

8        MR. KNOWLTON:  Oh, you got almost all--

9        SU-6129:  Did I--or did I take--

10        MR. KNOWLTON:  --that stuff.

11        SU-6129:  Did I get all those?

12        MR. KNOWLTON:  Yeah, this stuff here, a lot

13   of this is like Wyoming stuff and stuff.  Then

14   you've got some bone stuff here and more bone in

15   there.  You got axes.  You got--I mean, there's a--

16   quite a--quite a bit of stuff here.

17        SU-6129:  Yeah.

18        MR. KNOWLTON:  If we sat down and

19   inventories it, I think you'd be surprised how much

20   is actually here.

21        SU-6129:  What's the story on the bow and

22   arrows?

23        MR. KNOWLTON:  Well, the bow is a sinew

24   back that I had Jeb go ahead and paper.  And he said

25   it was probably southern Arapaho.

48

1          SU-6129:   Uh-huh.

2          MR. KNOWLTON:   And the arrows were probably

3  made for--for display.

4          SU-6129:   I don't know if I can--

5          MR. KNOWLTON:   They have little pinholes in

6  them where they were held on a board once before.

7          SU-6129:   Uh-huh.

8          MR. KNOWLTON:   But anyway, he went ahead

9  and certified them old.

10         SU-6129:   That included?

11         MR. KNOWLTON:   Yeah, I sell--if I'm selling

12  it all, I'm selling it all.

13         SU-6129:   Okay.

14         MR. KNOWLTON:   Then there's arrows in here

15  with steel tips.   There's an Eskimo harpoon or an

16  atlatl shaft--

17         SU-6129:   Oh, yeah, you got all kinds of

18  shit.

19         MR. KNOWLTON:   --with the ivory.   There's

20  Ute baskets in here.

21         SU-6129:   So what--you think every-thing

22  would retail for half a million.   What would you--

23         MR. KNOWLTON:   I think it would retail

24  easily for half a million.   I've not--I have no--got

25  a fucking clue what I've got here.

1        SU-6129:  What would you--I mean, lock,

2    stock and barrel, everything, what would you

3    wholesale it out to me at?

4        MR. KNOWLTON:  I don't know.  Make me an

5    offer.  If you want to sit down, I'll bring all

6    these frames out.  You can picture every fucking

7    frame and just go from there.

8        SU-6129:  You know, if we're going to do

9    that, I need to come out and spend like a day with

10   you.

11       MR. KNOWLTON:  That would be fine.

12       SU-6129:  You buy some beer and--well, I'll

13   bring some beer.

14       MR. KNOWLTON:  I'll buy some beer.  It's no

15   big deal.

16       SU-6129:  We're going to have to go through

17   things and I'm going to have to get mathematical.

18       SU-6129:  That's fine.  There may be more

19   than a half-a-million dollars here, if you really

20   get right down to it.  Just when you look at little

21   collections like those Bull Creeks--let me show you

22   the rest of them (inaudible).

23       SU-6129:  Uh-huh.

24       MR. KNOWLTON:  I know I've got a couple

25   pieces in here that...  This is another frame I

                                                    50

1    don't show to anybody.

2              SU-6129:  Oh, wow.

3              MR. KNOWLTON:   That's eastern Colorado and

4    --mostly Utah and eastern Colorado--

5              SU-6129:   That is gorgeous.

6              MR. KNOWLTON:   --(inaudible) southwestern

7    Colorado.

8              SU-6129:   That is gorgeous, Bob.

9              MR. KNOWLTON:   There's Sandy Hightower's,

10   there's a little gal out of Idaho that found--and I

11   have the preforms that came with this, too.   She

12   found six pieces the same fucking day.

13             SU-6129:   Why isn't that flashing now?

14   Huh.   Maybe it's--there we go.

15             MR. KNOWLTON:   I have two nice collections

16   to buy, also.

17             SU-6129:   Are they mostly lithics, points?

18             MR. KNOWLTON:   No, there's a lot of--

19   there's a lot of--there's a lot of pottery in this

20   one--one collection.

21             SU-6129:   What kind of pottery?

22             MR. KNOWLTON:   Well, the collection's out

23   of--out of Boulder Mountain, Utah.

24             SU-6129:   Really?

25             MR. KNOWLTON:   Yeah.

1            SU-6129:   So a three-generation collection.

2            SU-6129:   That would be a Hall?  A Lyman?

3            MR. KNOWLTON:   It's not a Lyman.  That big

4    --that big Dolores point you took a picture of was

5    found by a Lyman.

6            SU-6129:   I bought 20 acres.  You know as

7    you drive over from Torrey to Boulder?

8            MR. KNOWLTON:   Uh-huh.

9            SU-6129:   I bought five acres right where

10   the road turns hard and you go past the Garkane

11   power plant road.  I bought 20 acres down there and

12   then I bought another 20 acres--my father bought the

13   surrounding 120 acres.  It's the old Rawlings

14   homestead, and it's a little chunk--

15           MR. KNOWLTON:   Is your dad still alive?

16           SU-6129:   He is.

17           MR. KNOWLTON:   Okay.

18           SU-6129:   I sold my piece to him when I got

19   divorced the first time.  But he's got a nice cabin

20   on his.  And I--I grew up on that mountain.  I've

21   hiked all over there, from there down into the water

22   pocket.

23           MR. KNOWLTON:   Did you ever hunt over on

24   Tarantula Mesa?

25           SU-6129:   Oh, yeah.

52

1           MR. KNOWLTON:  Oh, yeah.  I love it over

2    there.

3           SU-6129:  The back road from Lower Bounds

4    Reservoir that goes all the way over, comes up the

5    bottom of Capitol Reef National Park.

6           MR. KNOWLTON:  Uh-huh.

7           SU-6129:  Go through--

8           MR. KNOWLTON:  Yeah, that's pretty country

9    over there.

10          SU-6129:  Out by Sandy Ranch.  That's where

11   I grew up--

12          MR. KNOWLTON:  Sandy Ranch, right.

13          SU-6129:  --finding arrowheads.

14          MR. KNOWLTON:  Oh, yeah.

15          SU-6129:  Hell, yeah.  All right.

16          MR. KNOWLTON:  When you find a good one,

17   it's really a good one.

18          SU-6129:  Oh, yeah.

19          MR. KNOWLTON:  I sold--

20          (Track ends.)

21          MR. KNOWLTON:  --some that you were

22   interested in, ones you--

23          SU-6129:  Very interested in.  You know,

24   and if you want to partner on something like that,

25   you know--

53

1          MR. KNOWLTON:  On what?

2          SU-6129:  Like--that's another collection

3     that you haven't bought yet; right?

4          MR. KNOWLTON:  Yeah.  I've--well, I've

5     talked to Diane several times and--

6          SU-6129:  Uh-huh?

7          MR. KNOWLTON:  --she's wanting me to come

8     over there.  And I want to--I've been putting her

9     off until I get moved back to Junction.  I have a

10    deal on this trailer, too.

11         SU-6129:  Uh-huh.

12         MR. KNOWLTON:  I have a deal working on it

13    right now, so...

14         SU-6129:  But either way, if you want to

15    buy it, flip it, or if you want to partner on it and

16    flip it--

17         MR. KNOWLTON:  Well, it's hard to part with

18    all this shit when you've been doing it your whole

19    life, you know.

20         SU-6129:  You sell one, get into another

21    one.

22         MR. KNOWLTON:  Well, that's what happens

23    and you know that's true.

24         SU-6129:  All right, I'll get out of your

25    hair.  Maybe what I should do is come out and spend

54

1   a day with you, Bob.

2         MR. KNOWLTON:  You got time as long as

3   you're here, why waste the money?  Stick around.

4         SU-6129:  Well, I don't.  I'm supposed to

5   go meet some other people in Denver.  And it's

6   probably going to take me--realistically, we're

7   looking at four or five hours.

8         MR. KNOWLTON:  Oh, you're looking at more

9   than that to go through this.

10        SU-6129:  Yeah.  It's going to take a whole

11  day.

12        MR. KNOWLTON:  (Inaudible) looking in

13  little nooks and crannies.  Look at all this

14  California stuff.  There's nice stuff in there.

15        SU-6129:  Very nice.  Well--

16        MR. KNOWLTON:  And a lot of this is stuff

17  that I dug myself.

18        SU-6129:  Really?

19        MR. KNOWLTON:  Yeah.  This is off of Glade

20  Park.

21        SU-6129:  Where does--where the hell's

22  that?

23        MR. KNOWLTON:  Just--it would be just west

24  of Grand Junction about 20 miles, 30 miles.

25        SU-6129:  Is that on--up on the mesa or--

55

1          MR. KNOWLTON:  No, that's up on Glade Park.

2          SU-6129:  Okay, Glade Park.  Well, how long

3     do you think it would take you and I to go through

4     everything?

5          MR. KNOWLTON:  You know, it depends on how

6     thorough you want to be, because you don't want to--

7     you don't want to shoot yourself.  But I mean, if

8     you take a look in here, there's tons of stuff in

9     here.  What did you do with that thing that had your

10    email on it?

11         SU-6129:  It's right under Forest's book

12    right here.

13         MR. KNOWLTON:  So you--you didn't want to

14    buy anything today, you just want to--you want to

15    come back and--

16         SU-6129:  Yeah.

17         MR. KNOWLTON:  --(inaudible) a deal later?

18         SU-6129:  Yeah.  I think maybe we should--

19    do you think we can do it in a whole day?

20         MR. KNOWLTON:  Yeah, I think--it's just a--

21         SU-6129:  Or should I knock out two days?

22         MR. KNOWLTON:  What it really--what it

23    really boils down to--

24         SU-6129:  My cell's on here, my e-mail's

25    right there.  What's your schedule like--I'm pretty

                                                    56

```
 1    screwed up until Thanksgiving, and I'm not--what do
 2    you look like between Thanksgiving and the holidays?
 3              MR. KNOWLTON:  I'm fine.
 4              SU-6129:  You're wide open?
 5              MR. KNOWLTON:  I had talked--
 6              SU-6129:  Let me see what I can do.
 7              MR. KNOWLTON:  I'd talked to Jim Bennett.
 8    I was going to--I was going to do this eBay Live
 9    thing with him, but eBay Live isn't going to happen,
10    you know.  And he picked up Laura Hoffhein's
11    collection, so he's had his hands full.
12              SU-6129:  Well, excellent.  Well, I'll come
13    out for a couple days.  And I won't book anything
14    else and we'll just go through the whole thing.
15    That might be easier.
16              MR. KNOWLTON:  Well, that would make--did
17    you rent this?
18              SU-6129:  I did.
19              MR. KNOWLTON:  This is a pretty nice little
20    rig.
21              SU-6129:  I like it.  It's got satellite
22    radio, so I can't complain.
23              MR. KNOWLTON:  So are you headed back to
24    Denver, then, or...
25              SU-6129:  Littleton, actually.
```

57

1          MR. KNOWLTON:  You going down to see Rick?

2          SU-6129:  Yeah, I'm going to go see Rick

3    and--

4          MR. KNOWLTON:  I haven't talked to Rick for

5    a while.

6          SU-6129:  --see what he's up to and see if

7    I can bullshit him out of anything.

8          MR. KNOWLTON:  I heard that he's buying,

9    but I haven't heard of him selling anything.

10          SU-6129:  I brought some frames to show

11    him, too.

12          MR. KNOWLTON:  Did you?

13          SU-6129:  Yeah, so...  Appreciate your

14    time.  I will be in touch--

15          MR. KNOWLTON:  All right.

16          SU-6129:  --shortly.

17          MR. KNOWLTON:  Please do.

18          SU-6129:  Robert, thank you.

19          MR. KNOWLTON:  All right.

20          (The meeting was concluded.)

21                        * * *

22          SU-6129:  SU6129, 11/12/08, 1519 hours.

23    End Robert Knowlton, Fort Collins, Colorado.

24                        * * *

25                        * * *

                                                      58

# C E R T I F I C A T E

STATE OF UTAH          )
                       : ss.
COUNTY OF SALT LAKE    )


I, RASHELL GARCIA, a Registered Professional Reporter within and for the County of Salt Lake, State of Utah, do hereby certify:


That the foregoing tape-recorded proceedings were transcribed into typewriting under my direction and supervision and that the foregoing pages contain a true and correct transcription of said proceedings to the best of my ability to do so.


IN WITNESS WHEREOF, I have hereunto subscribed my name this __15th__ day of March 2010.

RASHELL GARCIA, RPR

Notary Public
**RASHELL GARCIA**
Commission #579215
My Commission Expires
June 22, 2013
State of Utah

00001512

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

## A

**ability** 59:18
**able** 12:16 17:7
**aboutabout** 40:10
**absolutely** 41:13
**acres** 52:6,9,11,13
**acresmy** 52:12
**afghanistan** 43:13
**ago** 38:4
**agree** 39:8
**ahead** 42:16 48:24
    49:8
**aheres** 41:9
**ai** 33:18
**airport** 8:23
**aits** 6:25 34:17,17
**albuquerque** 4:5
**alive** 52:15
**allen** 45:2
**allthese** 25:18
**allwhats** 16:9
**almighty** 9:1
**alooks** 39:6
**alsotheres** 28:3
**altermen** 25:2
**altogether** 25:17
**anda** 24:25,25
**andoh** 45:13
**andwell** 50:12
**anheres** 33:7
**anyany** 2:11
**anybody** 30:11
    51:1
**anytime** 39:22
**anyway** 36:22 48:8
**appreciate** 58:13
**aquite** 48:16
**arapaho** 48:25
**area** 16:9
**arei** 38:15
**arent** 48:4,7
**argillite** 39:7
**arrow** 45:9
**arrowheads** 53:13

**arrows** 48:22 49:2
    49:14
**art** 34:18
**ascabus** 7:20
**ass** 43:16
**athe** 21:18
**athere** 28:18
**atheres** 8:1
**atlatal** 18:11
**atlatl** 38:3,6 43:19
    49:16
**attack** 25:6
**authentic** 39:10
    40:16
**awesome** 17:18
    18:9 30:18 39:18
**awful** 32:9 42:21
**ax** 47:9
**axes** 48:15

## B

**babies** 26:9
**back** 2:8 8:25 12:6
    14:13,13,17 15:3
    15:19 16:4 23:3
    31:23 33:18,24
    35:23 42:11,20
    48:24 53:3 54:9
    56:15 57:23
**backtracking** 22:7
**backyou** 15:3
**baggage** 9:11
**baja** 45:24
**band** 39:7 40:19
**banded** 27:24
**barking** 5:6 19:17
    19:21
**barks** 2:18
**barrel** 50:2
**basal** 7:14
**basalt** 26:17,18
**base** 29:6,7 40:16
    40:22,22
**bases** 24:13
**basin** 26:22,22,23

**basketmaker** 25:18
    27:1 35:6
**baskets** 49:20
**bastard** 29:12
**bead** 34:24
**beak** 37:17
**bear** 41:10
**beautiful** 33:15
**beer** 50:12,13,14
**believe** 26:11 40:17
**belonged** 21:19
**ben** 36:14,18,20
**bennett** 57:7
**beque** 10:18 12:7
    14:6,8,9 16:5,19
    16:20,21,23
**best** 28:20 34:4
    59:18
**bethis** 15:17
**better** 36:25 46:21
**bewell** 9:17
**big** 21:11 29:23
    31:14 50:15 52:3
    52:4
**bigger** 9:6
**bill** 34:24
**bird** 34:16
**birdies** 37:21
**birds** 38:5,7
**bit** 33:19 40:22
    45:3 48:16
**black** 45:1
**blades** 29:23
**blanding** 33:1,4
**bluffs** 8:4
**board** 49:6
**bob** 5:23 9:2 10:5
    14:7 19:16 25:12
    42:15 46:17 51:8
    55:1
**boils** 56:23
**bone** 48:14,14
**book** 9:15 18:14,16
    19:4,10 20:12

37:20 56:11 57:13
**bottom** 53:5
**bought** 6:22 18:11
    22:10 25:9 30:16
    35:22 52:6,9,11
    52:12,12 54:3
**boulder** 51:23 52:7
**bounce** 40:21
**bounds** 53:3
**bow** 48:21,23
**bowls** 37:1
**boxer** 3:15
**boy** 3:2,2,14 4:25
    5:1 19:22
**break** 28:11
**bridge** 13:19
**bring** 50:5,13
**brokered** 35:24
**brooks** 1:4
**brought** 58:10
**brunson** 35:21
**bucks** 44:5
**buddy** 2:24
**bug** 22:24
**bulk** 44:6
**bull** 34:7 50:21
**bullseye** 28:1
**bullshit** 11:11 58:7
**bunch** 42:2 45:2
**butte** 33:19
**buy** 5:24 6:24 35:7
    35:23 41:25 50:12
    50:14 51:16 54:15
    56:14
**buying** 58:8
**byby** 41:4

## C

**cabin** 52:19
**california** 55:14
**call** 2:8,15 25:22,23
**cameo** 10:25
**camp** 47:13
**campground** 17:16
**candy** 41:10

**cant** 14:11 16:2,3
    19:4,16 35:12
    57:22
**canyon** 10:18 14:6
    14:7 16:5,19,20
    33:13,18,20,20
    47:18,20,24,25
**capitol** 53:5
**care** 30:20
**cash** 4:6
**cat** 25:8
**cats** 25:1,3,10
**caused** 17:23
**cave** 44:2
**cell** 2:2
**cells** 56:24
**certified** 49:9
**certify** 59:12
**chalk** 25:15
**change** 40:15
**chase** 2:20
**cheap** 43:23
**christ** 9:14
**chunk** 52:14
**cisco** 18:25 19:1,1,3
    19:6,7,25 20:25
    21:7
**classic** 29:3,3,4
**clean** 27:22
**clear** 8:16 14:15
    16:4 19:3 21:1
**cliffs** 9:15 18:14,16
    19:4,10 20:12
**clifton** 8:17 11:14
**close** 7:23 12:16
    17:6 27:17 46:11
    46:11
**clovis** 31:4
**clue** 49:25
**coa** 22:15
**cody** 7:9,12 32:14
    41:16
**collection** 37:6,9,10
    39:9 42:1 44:4

00001513

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

51:20 52:1 54:2
57:11
**collections** 42:13
43:3 50:21 51:15
51:22
**collins** 1:14 2:17
58:23
**color** 40:15,19,20
**colorado** 1:14 2:17
6:17 19:5 20:21
31:13 32:2 33:12
46:1 51:3,4,7
58:23
**come** 3:4,4,10 7:7
7:17 14:12,13
15:3,22 20:24
21:10 27:12 37:4
37:22 50:9 54:7
54:25 56:15 57:12
**comes** 8:2,15 13:18
13:18 14:1,5,17
15:22,25 16:23
53:4
**comesno** 15:21
**coming** 11:1 12:18
12:23 15:19
**communicate** 34:4
**complain** 57:22
**concave** 45:1
**concluded** 58:20
**confused** 40:19
**considered** 24:9
**constant** 8:6
**contain** 59:16
**conversation** 2:2
**cool** 3:17 4:10 18:6
25:17 28:12 32:21
33:2 37:7 39:11
41:14 44:22,25
**corner** 28:1
**correct** 59:17
**couldif** 8:7
**count** 37:20
**counted** 46:12

**country** 9:9 23:13
30:8 53:8
**county** 26:23 31:12
59:7,11
**couple** 24:25,25
38:3 50:24 57:13
**course** 23:3
**coursethis** 16:8
**crannies** 55:13
**creek** 8:2,4,9 11:3,3
11:4,5,6 17:7,8,9
17:10,20 27:14,15
27:16
**creeks** 34:7
**creekslet** 50:21

**D**

**dace** 44:1
**dad** 52:15
**dandy** 7:11
**dave** 35:20,21,25
36:23
**davis** 36:13
**day** 26:21 50:9
51:12 55:1,11
56:19 59:21
**days** 56:21 57:13
**de** 10:18 12:7 14:6
14:8,9 16:5,19,20
16:21,23
**deal** 3:21 34:25
43:16 50:15 54:10
54:12 56:17
**dealing** 46:10
**delta** 9:24 10:3 11:8
11:15,16 12:5,23
13:23 14:17 15:1
15:19,22,24 16:1
**deming** 39:5
**denver** 55:5 57:24
**depends** 56:5
**desert** 5:17 15:5
**diane** 54:5
**dictatorship** 30:13
**didnt** 27:22 34:22

36:8,9,10,24
40:15 47:5 56:13
**die** 7:6
**died** 40:11
**different** 34:23
40:22
**dig** 21:21
**direction** 6:14 20:2
59:15
**disagreement** 39:25
**disappointment**
22:24 37:5
**display** 49:3
**disturbance** 17:23
**divorced** 52:19
**doesnt** 4:20 15:22
27:3 31:24 37:20
42:20
**doeswhere** 55:21
**dog** 2:18 3:19 5:1,6
19:17,21
**dogs** 3:6
**doing** 2:5,22 26:23
45:8 54:18
**dollars** 50:19
**dolores** 52:4
**dont** 4:1 6:6,17 7:8
8:11 9:5,8,13 12:4
12:21 21:20 22:9
24:11,21 29:18,20
30:15,20 31:19
32:5 33:10 34:1,2
35:3 36:15 37:16
40:17 41:4 42:3,7
42:10 43:8 45:7,7
49:4 50:4 51:1
55:4 56:6,7
**donti** 6:17 42:10
**door** 2:20
**double** 34:15
**downif** 11:14
**draw** 13:11
**drive** 52:7
**driveway** 15:5

**drop** 15:5
**drops** 11:13 14:4
32:23
**dug** 21:23 55:17
**dune** 23:13
**dunes** 23:11
**dust** 26:10

**E**

**eared** 25:20
**early** 28:14
**easier** 44:11 57:15
**easily** 49:24
**east** 6:16,18,19
**eastern** 32:2 33:12
46:1 51:3,4
**ebay** 57:8,9
**eden** 32:15
**eight** 11:10 21:15
30:17 34:11
**either** 4:2 36:17
54:14
**email** 4:7 33:25
34:13 56:10
**emails** 56:24
**ends** 2:15 26:12
53:20
**entire** 16:9
**erosion** 8:7
**ersil** 37:8,9 38:23
38:25
**ersils** 39:9
**eskimo** 49:15
**european** 7:6 31:15
**everybody** 42:5
**excellent** 3:22
57:12
**exit** 19:7,9 21:4
**expect** 44:6

**F**

**fact** 25:21 29:24
**fairly** 24:13
**far** 12:24 13:1
19:13

**father** 52:12
**fe** 4:5
**feathers** 24:24
**feet** 6:13
**fella** 16:16
**fetch** 24:17,20
**fifth** 13:18
**figure** 10:7 12:4
25:13
**figures** 7:6
**find** 5:23 17:7,7,18
19:14 32:3,20
34:19 37:21 53:16
**findif** 11:20
**finding** 53:13
**findwell** 11:20
**fine** 4:16,18 37:12
38:20 40:2,3
50:11,18 57:3
**finegrain** 26:17
**finegrained** 39:3
**finn** 38:1
**first** 16:9,10 21:4
52:19
**fit** 37:11
**fits** 38:20
**five** 44:8 52:9 55:7
**flashing** 51:13
**flats** 32:19,21
**fleming** 17:2
**flew** 4:5 36:22
**flip** 54:15,16
**floors** 42:18
**follow** 17:11 30:13
**following** 27:14
**folsom** 41:1,10
44:23
**foot** 14:14
**foregoing** 59:14,16
**forest** 11:12 22:18
23:16,19,22 38:1
43:14
**forests** 56:11
**forever** 35:18

00001514

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

**forfor** 49:3
**fort** 1:14 2:17 58:23
**found** 5:25 17:19
  23:18 24:1,3 26:7
  26:21,21 28:19,21
  29:1,2 30:16
  33:18,23 51:12
  52:5
**foundand** 51:10
**foundnick** 5:9
**foundthat** 26:20
**four** 55:7
**fracture** 32:13
**frame** 4:12 5:3,4,8
  6:1,2 17:19 18:10
  24:7 28:4 30:19
  31:20 39:12,12,13
  39:13,14,16 41:22
  42:4,22 44:12
  50:7,25
**frameif** 39:15
**frames** 4:2 28:19
  44:9 50:6 58:10
**framessix** 44:8
**frankly** 39:22
**free** 2:11
**fremont** 31:12
  43:19
**fricking** 8:23
**friend** 21:19 26:20
  26:21 43:16
**frigging** 15:8 44:4
**fromthese** 5:8
**fry** 33:12,18,19,20
**fuck** 9:13 21:15
  30:11 42:8
**fucked** 30:10
**fucker** 37:10
**fucking** 7:4,12 8:4
  15:5 25:8 26:22
  27:9,11 28:20
  33:16 37:17 49:25
  50:6 51:12
**full** 38:6 43:19

57:11
**fun** 3:20
**further** 18:19

_____ **G** _____

**gal** 51:10
**game** 15:10
**gap** 7:20 31:12 33:8
**gapland** 7:16
**garcia** 59:10,24
**garkane** 52:10
**gene** 38:22
**genuine** 41:13
**getlake** 23:14
**getting** 7:7 17:5
  22:18 40:18
**getwe** 28:2
**give** 28:7 33:3
  42:10
**glade** 32:23 55:19
  56:1,2
**glasses** 19:15
**glassy** 36:24
**go** 3:3 5:11 8:8 9:16
  9:23 10:5 11:1
  12:1,22 14:12
  15:4 17:6 18:14
  19:5,10 20:25
  21:9 28:3 33:20
  37:20 42:16 43:3
  47:17,23 48:24
  50:7,16 51:14
  52:10 53:7 55:5,9
  56:3 57:14 58:2
**god** 6:23
**goddammit** 30:24
**goddamn** 8:15
  28:14
**goes** 6:13 10:22
  13:4,7,22 15:24
  16:14 17:12 19:13
  20:6,11,25 40:20
  46:6 53:4
**going** 5:10,10 9:16
  9:22,22 10:2

11:17 12:11 13:2
  14:19 15:13 16:10
  19:2,3,14 20:19
  20:24 21:4 22:8
  25:7 26:14 27:14
  28:1,9 30:22 31:6
  35:7,18 39:23,25
  42:11,24 44:13
  50:8,16,17 55:6
  55:10 57:8,8,9
  58:1,2
**good** 2:9,24,25 3:2
  3:2,14,22,23,23
  4:25 5:1,1,2,5
  31:25 34:8 35:2
  36:11,24 37:3
  40:7 43:6,16
  53:16,17
**goodoh** 18:10
**google** 22:4,4
**gorgeous** 27:11,12
  51:5,8
**goso** 20:6
**gotgrand** 12:8
**goti** 48:15
**gotits** 30:22
**gotspirits** 34:18
**grab** 11:7 30:22
**grabbed** 9:8
**grand** 5:14,18,19
  6:8,15,18,19 8:25
  9:2,15,17,18,20
  9:21,23 10:11,13
  10:18 11:2,2,12
  11:18,21 12:12,14
  12:18 13:2,15,19
  14:14,15 16:14,17
  16:18 17:12 25:25
  31:17 32:22 34:11
  36:3 39:13 42:11
  47:17 55:24
**gray** 39:7
**great** 2:12,13 31:7
  42:19

**greer** 35:20,22
**greg** 40:9
**grew** 52:20 53:11
**grinding** 7:13,14
**ground** 17:25 24:13
  29:6,7
**groundbasal** 29:9
**grounding** 29:9
**group** 31:17
**groups** 6:20
**guarantee** 39:19
**guess** 11:18
**gunnison** 31:13
**guy** 22:18 23:17
  35:2,8,11,25
  36:22 43:16
**guys** 7:6 8:22 24:22
  31:16 37:19

_____ **H** _____

**hadnt** 28:17
**hair** 54:25
**half** 46:21 49:22,24
**halfamillion** 50:19
**hall** 52:2
**hammers** 47:12
**hands** 57:11
**happen** 57:9
**happens** 54:22
**hard** 7:7 25:19 39:3
  42:6 52:10 54:17
**harpoon** 49:15
**hasket** 30:15
**hat** 34:25
**havent** 3:25 22:6
  28:16 54:3 58:4,9
**head** 38:8
**headed** 9:8 30:8
  57:23
**heard** 58:8,9
**heart** 25:5
**heavy** 42:21
**heck** 30:20
**hehe** 40:12
**held** 49:6

**hell** 7:15,20 9:10
  24:20 25:14 26:23
  28:21 31:12 33:8
  53:15
**hello** 2:3
**hells** 24:11 47:15
  55:21
**herejust** 47:16
**heres** 10:11 11:12
  32:25 33:12 38:5
  41:9,15 42:23
  44:11 45:2
**hereunto** 59:20
**hes** 3:8,16,18,20
  4:16,18,21 24:22
  40:18 43:15 52:19
  57:11 58:6,8
**hethey** 34:23
**hey** 2:5
**highend** 4:4
**highest** 6:8
**hightower** 23:23
**hightowers** 37:6
  51:9
**highway** 15:11,15
**hiked** 52:21
**hill** 7:23 26:4 27:14
**himdid** 35:5
**hit** 24:21
**hoffheins** 57:10
**hoho** 38:19
**hohokam** 38:18
**hohokams** 38:16
**hohoyeah** 38:17
**hold** 42:22
**holidays** 57:2
**homestead** 52:14
**hooked** 2:6
**hooks** 16:1
**hopi** 7:1
**hour** 2:21
**hours** 2:16 55:7
  58:22
**house** 24:22 42:12

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

**huge** 11:19 26:21
**hugeand** 23:2
**huh** 7:4 47:1 48:6
  51:14
**hundred** 5:9
**hunt** 8:2 52:23

---
### I

**id** 4:6 7:20 20:18
  26:2 28:9,25
  29:19 31:14 33:17
  36:11 44:15 57:7
**idaho** 51:10
**idea** 33:3 37:19
  46:9
**ii** 52:20
**iif** 46:19
**ilet** 26:1
**ill** 2:11,20 4:3 18:15
  30:1 31:15 39:19
  39:24,24 42:22,22
  43:6 44:10 50:5
  50:12,14 54:24
  57:12
**im** 2:6,10 4:3 5:10
  5:21 8:13,24 9:22
  10:6,9 12:2 15:13
  16:3 18:9 24:6
  25:7 26:14 28:9
  28:22 29:5 30:7
  30:22 31:2 32:16
  37:3 39:11 42:1
  42:11,12 43:14
  45:8 46:11 49:11
  49:12 50:17 55:4
  57:1,3 58:2
**imagine** 20:11
**impact** 32:13
**important** 28:6
**inaudible** 8:24,25
  10:25 11:25 12:6
  12:7 13:6 20:19
  26:8,8 29:15
  38:12 50:22 51:6
  55:12 56:17

**included** 49:10
**individually** 34:12
**interested** 4:3 18:9
  24:6 29:23 31:9
  33:17 34:6 39:11
  39:16 41:21 42:3
  53:22,23
**intointo** 11:14
  16:14
**inventories** 48:19
**ior** 48:9
**isis** 22:2
**isnt** 6:8 33:11 37:19
  38:1 51:13 57:9
**isntisnt** 6:5
**isntthat** 33:11
**isstay** 16:15
**isthis** 10:1 12:11
**iti** 6:12
**itsthere** 51:14
**itthey** 37:16
**ive** 8:15 11:9 12:5
  24:3 25:14 26:10
  27:20 29:9 34:4
  34:15 39:4 43:12
  43:17 46:9 49:24
  49:25 50:24 52:20
  54:4
**ivewell** 54:4
**ivory** 49:19

---
### J

**jack** 3:16,17
**jackson** 36:13 40:7
**jeb** 34:20,24 36:1
  40:15 48:24
**jebs** 35:2 37:2
**jerry** 35:14
**jesus** 9:1,14
**jim** 57:7
**john** 36:20
**johnsons** 10:25
**jose** 27:8,9 28:13
  29:11 32:19,25
**joses** 24:15,16 29:8

**junction** 5:15 6:15
  6:18,19 8:25 9:2
  9:15,18,24 10:11
  12:12,18 13:15,19
  16:15,17,18 32:23
  42:11 47:17 54:9
  55:24
**junctions** 12:8,14
**justit** 55:23

---
### K

**kachina** 7:1 24:23
**keep** 22:7 44:14
**kill** 36:8
**killer** 7:5
**kind** 3:20 7:16
  28:10 30:13 36:24
  51:21
**kinds** 49:17
**knife** 7:12 27:9,20
  28:24 41:16 44:23
**knives** 35:6 47:4,6
**knock** 56:21
**knocking** 25:4
**know** 6:17,25 7:8
  8:18,20,22 9:5,9
  11:11 12:4,17
  21:18,20 24:11
  25:8,11 28:5 29:8
  29:18 30:15 31:2
  31:22 33:18 34:22
  36:4,10,15 38:25
  39:21,22 42:7
  43:3 45:8,15 49:4
  50:4,8,24 52:6
  53:23,25 54:19,23
  56:5 57:10
**knowlton** 1:4 2:17
  2:19,24 3:1,6,8,11
  3:13,16,18,20,23
  3:25 4:9,13,15,17
  4:19,21,23 5:5,8
  5:14,17,21,25 6:3
  6:6,10,12,16,19
  6:24 7:2,4,8,11,15

7:19,22 8:1,6,10
8:13,20,24 9:3,5
9:12,16,20 10:1,6
10:9,13,15,17,21
10:24 11:5,13,16
11:19,24 12:2,4
12:11,15,21 13:1
13:5,8,11,14,17
13:22,25 14:4,8
14:10,20,22,24
15:1,10,13,15,17
15:21,25 16:8,13
16:18,22,25 17:3
17:5,10,14,16,20
17:22,25 18:2,5,7
18:13,18,20,22,24
19:1,9,14,19,22
19:24 20:2,5,9,11
20:14,18,23 21:3
21:7,9,13,15,17
22:1,4,11,14,20
22:23 23:2,6,10
23:13,18,21,25
24:5,8,11,16,19
25:5,13,18,24
26:3,7,13,16,18
26:20 27:1,3,6,8
27:13,16,19,22,25
28:2,8,13,16 29:1
29:5,10,16,18,22
30:5,7,12,20,24
31:4,8,11,18,24
32:5,9,12,15,18
32:22 33:3,6,10
33:15,22,25 34:2
34:6,11,15,22
35:7,12,15,17,23
36:1,4,7,10,15,17
37:2,5,8,13,16
38:2,5,7,10,14,18
38:21,25 39:2,4,8
39:15,19 40:3,6
40:10,14,24 41:2
41:6,9,12,15,18

41:21,25 42:5,10
42:16,21 43:2,5
43:10,12,21,23,25
44:3,10,15,20,23
45:1,5,9,12,15,17
45:20,22,24 46:1
46:4,8,11,14,19
46:23 47:1,3,9,11
47:16,21,23 48:1
48:3,6,8,10,12,18
48:23 49:2,5,8,11
49:14,19,23 50:4
50:11,14,24 51:3
51:6,9,15,18,22
51:25 52:3,8,15
52:17,23 53:1,6,8
53:12,14,16,19,21
54:1,4,7,12,17,22
55:2,8,12,16,19
55:23 56:1,5,13
56:17,20,22 57:3
57:5,7,16,19,23
58:1,4,8,12,15,17
58:19,23
**knows** 9:13

---
### L

**lake** 22:11,15,20,24
  23:8,10 32:7 59:7
  59:11
**land** 2:10 23:20,22
**landing** 19:25
**landmark** 23:15
**laura** 57:10
**lazaro** 37:25 38:13
  38:14
**lefthand** 10:2
**lichen** 27:21
**lid** 42:19
**liechtenstein** 35:25
  36:22
**life** 28:21 43:5
  54:19
**lift** 42:19
**light** 6:7

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

**liked** 40:7
**likeim** 56:25
**likes** 24:19
**likethats** 54:2
**lind** 38:22
**line** 19:5 20:23
**list** 25:22 29:25
**lithics** 39:23 51:17
**little** 2:8 7:11 9:15
   18:16 29:11,11
   31:4,12 32:1,18
   32:25 33:7,19
   37:10,21 40:12,19
   40:22 41:10,10,15
   46:21 49:5 50:20
   51:10 52:14 55:13
   57:19
**littlethats** 31:25
**littleton** 57:25
**live** 57:8,9
**lock** 50:1
**locked** 37:19
**long** 18:10 28:17,17
   37:17 55:2 56:2
**look** 18:12,13 20:17
   21:11,22 22:1,2
   27:8,8 28:13
   29:10,11 32:12
   45:18 50:20 55:13
   56:8 57:2
**looked** 28:16 30:14
   34:24,24
**looking** 5:20 9:2
   55:7,8,12
**lookingthere** 5:21
**looks** 39:6
**lookturner** 22:1
**lord** 9:1
**lot** 23:22 24:12,12
   32:2 39:23 40:4
   43:6 45:7,9 46:2,4
   47:5,12 48:12
   51:18,19,19 55:16
**love** 19:12 43:16

53:1
**loveif** 4:6
**low** 7:5
**lower** 53:3
**lyman** 52:2,3,5

——————— M
**makedid** 57:16
**malamars** 45:25
**man** 19:4 29:18
   41:4
**map** 9:6 10:9 12:10
   13:11,12 16:15
   18:15
**maps** 18:11
**mapwise** 8:19
**marbles** 25:14
**march** 59:21
**mask** 7:1 24:23
   38:4 43:20
**masks** 11:10 24:25
**match** 13:12
**material** 35:4
**mathematical**
   50:17
**matt** 2:5
**mean** 8:7,11 23:20
   44:5 48:15 50:1
   56:7
**mebecause** 34:3
**meet** 55:5
**meeting** 1:3 58:20
**mei** 34:14
**membries** 34:17
   37:12 38:15
**merealistically** 55:6
**mesa** 5:18,19 6:8,9
   7:25 8:16 9:17,20
   9:21 10:13,19
   11:1,2,2,12,18,21
   13:2 14:14,15
   17:12 25:25 26:23
   39:14 52:24 55:25
**mess** 31:16 44:18
**met** 36:23

**mexico** 39:5 45:24
**mickey** 25:19
**mid** 7:5
**middle** 40:20 45:25
**midland** 22:10
**mile** 44:2
**miles** 5:15 9:11
   21:14 55:24,24
**million** 46:21 49:22
   49:24
**mind** 30:19 31:19
   42:14
**miramonte** 22:12
   22:16,20,24 23:8
   23:11,14
**mistaken** 16:3
**moab** 21:1 31:5,11
   32:12 33:7 35:12
   36:23
**money** 4:11 24:12
   25:14 30:2 34:8
   39:23 46:24 55:3
**months** 11:10
**monticello** 23:4
**montrose** 15:2 32:1
   32:2
**mossback** 33:19
**mostmy** 31:15
**mountain** 2:10
   47:18 51:23 52:20
**mountains** 18:14
**mouse** 25:19
**move** 42:11
**moved** 54:9
**moving** 8:24

——————— N
**name** 8:14 11:3,6
   14:11 35:13 59:21
**names** 37:24
**national** 11:12 53:5
**natural** 40:21
**neat** 3:19 6:1 7:24
   28:10 29:17 43:13
**neatest** 37:10

**nebraska** 40:4
**need** 25:11,13
   27:23 30:1 42:18
   42:19 46:17 47:3
   50:9
**never** 6:3 23:21
   24:8 35:8
**new** 3:24 11:11
   22:9 36:2 39:5
**nice** 4:11 5:4 7:4
   19:11,11 25:15,16
   26:15,24 27:18,19
   27:21,25 28:14
   31:4 32:9,11,18
   41:9,15 42:13
   43:16 45:9,14,16
   45:21 46:4 47:6
   47:11 51:15 52:19
   55:14,15 57:19
**niceget** 26:13
**nicer** 27:3
**nicholas** 4:24,24
**nick** 2:19,19 3:1,11
   3:11,11,13 4:13
   4:15,23 19:19
   26:14 30:24,24,25
   31:23
**night** 6:22,24
**nine** 44:2
**nogot** 49:24
**nooks** 55:13
**nope** 31:7
**normal** 40:24,25
**north** 8:16 9:22
   15:2 19:2,3 20:14
   21:10
**notes** 22:16
**noti** 49:24
**notwhat** 57:1
**november** 1:13
**nurse** 30:16

——————— O
**obama** 30:4
**ofa** 24:12

**offer** 50:5
**ofout** 51:23
**oftheres** 51:19
**oh** 4:21 6:22 7:2
   10:8,14 15:24
   16:24 18:2 21:15
   22:3 23:12,16,19
   24:19 27:11 28:8
   28:12 32:14 33:12
   35:14 38:9,17
   45:15,19 47:20
   48:8 49:17 51:2
   52:25 53:1,14,18
   55:8
**oil** 17:22 18:1,2
**okay** 3:2,5,5,11,17
   4:14 5:7,7 9:14,16
   10:14,16,17,18
   11:12,16 12:6,15
   12:15 13:13,14,16
   13:17,22,23,24
   14:10,19 16:2,17
   16:22,24 17:5,14
   18:23 19:18,23,24
   20:13,16 21:3,12
   21:16 22:3,23
   23:12,16,19,25
   24:6 25:11,12
   31:18 34:13 36:7
   37:3,7 38:10 39:2
   46:7 47:20 49:13
   52:17 56:2
**old** 7:1 11:10 15:10
   19:4 22:9 24:13
   25:2 30:17 40:8
   40:10 49:9 52:13
**once** 49:6
**oneone** 51:20
**ones** 9:7 11:11
   25:20 27:18 28:18
   44:19 53:22
**onesided** 2:2
**onup** 55:25
**open** 2:20 57:4

00001517

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

opinion 37:15
orchard 11:1
order 42:13 43:17
ori 23:20
original 24:23
otherand 38:21
outside 5:11,14
    26:14
overin 47:16
overseas 39:23
owned 23:23

**P**

pages 59:16
pain 43:15
pair 33:23
paleo 4:4,7 44:12
    44:17
palisade 16:10,11
    16:12,13 17:4
paonia 9:25
paper 29:25 48:24
papered 34:12
    36:21 39:20 41:12
papers 34:15 37:1
    39:24 44:21
park 32:23 53:5
    55:20 56:1,2
part 24:7 54:17
partner 53:24
    54:15
partnered 35:19,21
partners 44:1
patinated 41:2
pedro 27:5
pedros 28:23
penny 4:5
people 55:5
percent 5:9 44:20
percentage 44:8
perfectly 38:20
personal 44:11
peru 34:17,21
phone 2:2,15 31:22
photograph 30:19

42:15
picked 57:10
picks 16:5
picture 50:6 52:4
pictures 4:7
piece 29:25 30:14
    32:9,12 33:16
    34:18 39:17,20
    40:6 52:18
pieces 28:3,6 43:1
    45:14 46:5 50:25
    51:12
pinholes 49:5
pinto 26:22,22,23
pipe 47:6
pipes 48:1
piss 24:2
planes 9:11
plant 52:11
platforms 18:3
please 58:17
poach 8:11
pocket 52:22
point 4:12 5:3,4
    17:2 22:25 40:15
    52:4
points 25:19 26:24
    45:2,9 46:12
    51:17
positive 16:4
pottery 51:19,21
power 52:11
prayer 24:24
preble 38:23
prebles 37:9,9
preforms 51:11
pretty 5:2 7:23
    26:19 27:7 28:22
    29:14 32:10 36:1
    47:6,11 53:8
    56:25 57:19
price 24:6 28:7
    35:18
prices 30:1 31:14

31:21
prino 40:6,8
private 15:4 23:22
probably 21:23
    32:5 37:22 39:25
    42:2,24 44:21
    46:21 47:3 48:25
    49:2 55:6
problem 10:8
proceedings 59:14
    59:17
professional 59:10
proper 13:19 33:20
property 23:23
provenance 42:25
    43:6
pup 4:21
puppy 3:4 19:11,12
put 6:7,7,21 9:10
    26:14 28:4 39:22
    42:6,16 46:14
puter 47:18,23,25
puts 24:13
putting 42:12 54:8

**Q**

quadruple 36:21
quart 28:2
quartzite 27:24
quick 30:23 44:18
quit 31:1,1
quite 6:4 21:17
    39:22 45:3 48:16
quoting 31:21

**R**

radio 57:22
rainstorm 8:8
ranch 19:7,9 21:11
    53:10,12
rashell 59:10,24
rasmussen 44:2
rawlings 52:13
read 17:1
reading 10:9

real 17:6 44:17
realizing 46:23
really 4:1 7:2,4
    25:2,2,15,19
    26:15,19 27:7,12
    27:25 28:6,12
    30:7 32:10 33:14
    33:17 34:3 40:10
    42:12 43:13 45:16
    50:19 51:24 53:17
    55:18 56:23
reallywhat 56:22
reason 21:18
rebased 40:16
reef 53:5
registered 59:10
remember 14:11
    16:2 26:9 30:1,21
    31:20 35:13
rent 57:17
reporter 59:11
reservoir 53:4
resharpened 28:11
    32:13
resort 47:19
rest 28:7 50:22
result 40:21
retail 46:20 49:22
    49:23
rick 58:1,2,4
rig 57:20
right 5:18 8:20 9:19
    9:21 10:10,13,20
    10:24 12:8,12,14
    13:3,4,7,14,20,25
    14:1,5,24 16:22
    16:25 17:4,6,9,11
    17:12,17,21 18:17
    19:25 20:3,9,20
    21:2,10,11 23:3
    26:10 29:2,12,21
    30:8 34:14 37:22
    39:11 47:22 50:20
    52:9 53:12,15

54:3,13,24 56:11
    56:12,25 58:15,19
rightthis 32:6
rings 2:2
road 14:1,11 15:2
    15:18,19,22 16:1
    16:2 17:2 21:2
    52:10,11 53:3
road30 14:1
roadand 14:10
robert 1:4 2:17,23
    30:6 34:13 58:18
    58:23
rock 45:1
rodney 30:14
rolls 23:3
rosa 28:19,20,25
    29:3
rosas 28:22
rpr 59:24
runs 8:16,16 11:21
    14:16
russell 3:16
russoh 3:17

**S**

sale 35:24
salt 32:6 59:7,11
san 24:15,16 27:5,8
    27:9 28:13,23
    29:8,11 32:19,25
    37:25 38:13,14
sand 23:11,13
    32:19,21
sandals 33:23
sandy 23:23 37:6
    51:9 53:10,12
sandys 48:4,7
sant 4:5
sat 35:17 48:18
satellite 57:21
says 22:15 30:15
schedule 56:25
scotty 32:1
screwed 8:23 57:1

00001518

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

**second** 30:9
**sections** 42:25
**see** 2:25 3:3,22,23
  9:4,24 10:25
  11:13 12:20 13:4
  13:12 16:4,19
  19:13,16 26:1,3
  31:6 32:5 33:10
  33:10 34:4 35:5
  37:25 38:22 40:25
  46:6 47:5 57:6
  58:1,2,6,6
**seen** 6:22 27:9 29:9
  36:11 39:4
**sell** 28:9,9 35:18
  42:8 44:3,13,15
  44:15 54:20
**sellif** 49:11
**selling** 49:11,12
  58:9
**send** 40:1
**sent** 35:5 36:5,13
**series** 15:8
**seriesit** 15:7
**serious** 42:1
**service** 22:18,19
  23:17,20,22
**set** 20:12,14 35:5
**seven** 11:10 21:15
**shaft** 49:16
**shaping** 40:21
**sharpened** 28:23
**shes** 54:7
**ship** 30:3
**shit** 22:7,9,9 25:9
  30:13 42:11 45:19
  49:18 54:18
**shiterie** 44:16
**shoot** 31:20 34:14
  44:17 56:7
**shortly** 58:16
**shoulder** 40:25
**show** 4:9 12:18
  18:15 37:13,18

44:10,11 50:21
  51:1 58:10
**side** 7:13 10:2
  14:17 31:23
**sides** 8:3
**sideside** 17:12
**sinc** 11:3,4,5 17:7,8
  17:9,10,20 27:15
  27:16
**sincsinc** 11:5
**sinew** 48:23
**sir** 2:14 30:5,5
**sit** 3:2,2,2,13,13,13
  3:14 4:25 39:24
  50:5
**site** 5:12 8:12 18:12
  18:13 20:17 21:11
  21:22 22:2 25:24
**sits** 15:3 19:6 21:11
**sitssits** 9:20
**sitting** 17:17
**six** 7:5 51:12
**sketchy** 40:12
**skills** 35:3
**smelling** 3:9
**soand** 25:11
**sobut** 21:4
**sold** 35:9,16,19,20
  52:18 53:19
**someare** 29:22
**somebody** 9:12
  34:7 35:9 40:2
**somewhereforest**
  22:19
**sorry** 32:16
**sounds** 2:9,13
**south** 9:23,24 12:5
  12:12 15:1 19:2
  20:4,5
**southa** 33:19
**southeast** 33:19
**southern** 48:25
**southwest** 4:4 35:4
  36:17 45:3,11,12

45:22
**southwestern** 51:6
**sowhat** 13:8
**spanish** 43:8,10,15
**spend** 50:9 54:25
**spent** 4:5
**spike** 47:7,9
**spot** 29:13
**springs** 47:14,19,21
**ss** 59:6
**stand** 39:21
**standard** 2:11
**start** 29:19
**state** 59:5,12
**stay** 4:17,19
**steamboat** 47:13,18
  47:21
**steel** 49:15
**stem** 7:14
**stermer** 36:16
**stick** 55:3
**stickers** 46:15
**sticks** 24:24
**stock** 50:2
**stone** 39:3,4
**store** 33:20
**story** 48:21
**storyoh** 6:21
**straight** 17:12
  21:10
**street** 13:19
**stretches** 14:16
**stripe** 28:1
**stuff** 4:4,4,7,7,11
  5:5 6:21 7:9 21:22
  25:1,2,4,15,16
  29:17 31:15 32:2
  35:3 39:22 40:4
  41:18 42:3 43:15
  44:7,25 45:3,6,6
  46:4 47:5,12,12
  48:10,12,13,13,14
  48:16 55:14,14,16
  56:8

**stuffheres** 33:6
**stuffs** 7:7
**su6129** 1:9 2:3,16
  2:16,22,25 3:4,7
  3:10,12,15,17,19
  3:22,24 4:3,10,14
  4:16,18,20,22 5:4
  5:7,13,16,19,23
  6:1,5,8,11,14,17
  6:20,25 7:3,5,10
  7:13,18,21,25 8:5
  8:9,11,18,22 9:1,4
  9:7,14,19,23 10:4
  10:8,11,14,16,20
  10:22 11:4,7,15
  11:18,23 12:1,3
  12:10,14,20,25
  13:4,7,10,13,16
  13:21,24 14:3,7,9
  14:19,21,23,25
  15:9,11,14,16,19
  15:24 16:7,12,17
  16:21,24 17:2,4,9
  17:13,15,18,21,24
  18:1,4,6,9,16,19
  18:21,23,25 19:8
  19:11,15,18,23,25
  20:4,8,10,13,16
  20:22 21:2,6,8,12
  21:14,16,25 22:3
  22:6,13,15,22
  23:1,5,8,12,16,19
  23:24 24:3,6,10
  24:15,17,21 25:7
  25:16,21 26:1,6
  26:15,17,19,24
  27:2,5,7,11,15,18
  27:21,24 28:5,12
  28:15,25 29:3,8
  29:14,17,20,24
  30:6,10,18,21
  31:2,6,10,14,19
  32:3,8,10,14,17
  32:21 33:2,5,9,14

33:17,23 34:1,3,9
  34:13,20 35:2,11
  35:14,16,19,24
  36:3,5,8,13,16,19
  36:21 37:3,7,11
  37:15,25 38:3,6,9
  38:13,17,19,24
  39:1,3,6,11,18,21
  40:5,8,12,18,25
  41:5,8,11,14,17
  41:20,23 42:2,7
  42:14,18,24 43:4
  43:8,11,14,22,24
  44:1,6,13,17,22
  44:25 45:4,7,11
  45:13,16,19,21,23
  45:25 46:3,7,9,13
  46:16,22,25 47:2
  47:8,10,15,20,22
  47:25 48:2,4,7,9
  48:11,17,21 49:1
  49:4,7,10,13,17
  49:21 50:1,8,12
  50:16,18,23 51:2
  51:5,8,13,17,21
  51:24 52:1,2,6,9
  52:16,18,25 53:3
  53:7,10,13,15,18
  53:23 54:2,6,11
  54:14,20,24 55:4
  55:10,15,18,21,25
  56:2,11,16,18,21
  56:24 57:4,6,12
  57:18,21,25 58:2
  58:6,10,13,16,18
  58:22,22
**subject** 2:17
**subscribed** 59:20
**sun** 32:16
**supervision** 59:16
**supposed** 55:4
**sure** 9:13 12:2
  28:22 29:5 34:23
  38:9 41:20

GARCIA and LOVE
801.538.2333

00001519

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

surprised 48:19
surrounding 52:13

**T**
table 24:23 25:3
take 21:1,4 24:20
  28:6 30:19 46:20
  48:9 55:6,10 56:3
  56:8
takes 4:20
talk 19:19 22:9
  43:14 44:7 47:4
talked 54:5 57:5,7
  58:4
talking 30:2 46:16
taperecorded 59:14
tarantula 52:24
taylor 34:12
tease 30:6
technical 35:3
tell 3:8 4:3 5:10
  19:19,22 29:21
  30:7 31:15 34:20
  35:8 39:16 42:8
tells 9:4
telluride 22:19,21
ten 31:17
terminal 9:10
texas 45:6,7
thank 2:14 58:18
thanksgiving 57:1
  57:2
thata 19:22
thatd 40:3
thatout 38:11
thats 2:12 3:8 5:2
  5:19 6:1 7:19,23
  10:6 11:21 12:6,7
  12:23,25 17:10
  18:7,10 20:18
  21:2 23:6,25
  24:10 25:12,17
  26:15,18 27:7,19
  27:25 28:20 29:14
  30:12 31:11,13

32:1,1,9,14,21,25
33:4,7 34:3 35:15
36:24 37:5,6,10
37:25 38:11 40:2
41:10,12 44:22
45:11,13,17 46:15
50:18 51:3 53:8
53:10 54:22,23
56:1
thatsthat 37:11
thatsthats 22:14
thatthat 21:4
thatthose 47:5
theisif 44:7
thenorth 20:15
thenwhat 28:21
theoff 27:13,14
theres 8:1,7 9:14
  11:15,16,20,23
  16:17,19,22 17:4
  20:24 21:18 23:22
  25:15 26:24 28:3
  28:5,14,18 31:4
  31:12 32:18 33:4
  34:13 38:7,10
  43:5 44:5,23,24
  45:2,3,20,22,24
  46:1,5,8,20 47:4,5
  47:6,12 48:15
  49:14,15,19 51:9
  51:10,18,19 55:14
  56:8
theresi 44:5
thethe 5:18
thethis 44:11
theyre 5:17 28:23
  34:12 36:21 37:23
theyve 46:15
thing 7:16 17:11
  46:17 56:9 57:9
  57:14
things 50:17
thingyou 38:22
think 4:1 6:12,12

8:13 16:3 19:4
24:14 25:12 29:20
32:17 34:2,16
37:23 38:15 40:18
41:3,4 46:12,18
46:19,20 48:19
49:21,23 56:3,18
56:19
thinkits 56:20
thirty3 46:12
thisthis 10:25
thiswhere 10:17
thorough 56:6
thought 6:3 28:10
  28:17 46:17
three 5:15 7:1 29:2
  40:11
threegeneration
  52:1
threeinch 26:22
tied 34:25
time 2:11,11 4:2
  25:12 28:17 41:3
  46:12,20 52:19
  55:2 58:14
times 54:5
tips 43:8 49:15
today 56:14
toi 5:8
toim 46:11
toive 54:8
told 36:10,11 40:6
tons 56:8
top 7:23,25 26:4
torrey 52:7
tothe 42:18
touch 58:14
town 16:10
toyou 56:14
track 26:12 53:20
trade 4:12 5:4 42:4
  43:20 47:4,6,6
traded 38:3
tradetrade 5:2

trailer 54:10
trails 15:10
transcribed 59:15
transcript 1:2
transcription 59:17
traveling 2:10
tried 22:6 46:14
truck 30:22
true 30:12 54:23
  59:17
trust 30:3 31:21
  35:3
try 31:16
trying 8:13 10:6
  11:9 22:7 31:2
  43:14
tugawar 24:18,19
tula 28:19,20,22,25
  29:3
turn 19:3
turned 31:7 36:2
turner 18:12,13
  20:16 21:10,22
  22:1
turnoff 16:14 19:6
  20:24
turns 52:10
two 4:23 26:4 28:3
  28:6,18 40:1
  42:13 43:12 51:15
  56:21
typeology 35:4
typewriting 59:15

**U**
uhhuh 7:10,13,18
  8:5 11:23 13:21
  14:3 15:9 16:7
  17:13 19:8 20:8
  20:10,22 21:6,8
  22:11,22 23:5
  25:21 26:6 27:2
  29:14 31:10 32:3
  32:8 33:5,22 38:9
  38:24 39:1,8 40:5

41:8,17 42:14
44:13 45:4,23
46:3,13 47:8,10
48:2 49:1,7 50:23
52:8 53:6 54:6,11
58:22
unaweap 12:21,22
uncompahgre
  11:20,21
underneath 21:9
understand 2:22
understood 23:24
university 21:19,20
unusual 7:16
upand 37:19
uranium 18:1,4
usually 30:13
utah 18:4,21,22,24
  20:23 21:20 32:6
  32:24 51:4,23
  59:5,12
ute 47:13 49:20

**V**
valley 22:24 37:6
valuable 24:21 25:3
value 44:8
variety 6:6 7:9
vest 35:1
view 34:23
vote 30:4

**W**
walk 8:2,8
walker 35:14
walking 25:3
want 6:2,13 8:11
  9:23 10:5,23 12:1
  12:22,22 20:6
  22:9 24:18 25:21
  29:24 34:9,11,14
  37:16,17 41:25
  42:3,7,12,17 44:4
  50:5 53:24 54:8
  54:14,15 56:6,6,7
  56:13,14,14

GARCIA and LOVE
801.538.2333

00001520

TRANSCRIPT OF MEETING WITH ROBERT BROOKS KNOWLTON
November 12, 2008

| | | | | |
|---|---|---|---|---|
| **wanted** 35:8 45:17 | **wholesale** 50:3 | 35:16,16 36:1,4 | **11** 2:16 58:22 | **90** 44:20 |
| **wanting** 54:7 | **wide** 57:4 | 38:2,14,17,19 | **12** 1:13 2:10,16 | **900** 6:13 |
| **wants** 43:18 | **wilderness** 18:16 | 39:1 40:12 41:11 | 58:22 | **96** 33:21 |
| **wasnt** 35:18 | **willing** 24:7 | 41:23 43:4,11,21 | **120** 52:13 | |
| **waste** 55:3 | **wind** 14:13,15 15:3 | 43:24 45:19 46:7 | **1423** 2:16 | |
| **waswas** 41:3 | 26:10 | 46:22 48:12,17 | **1519** 58:22 | |
| **water** 52:21 | **winds** 16:4 | 49:11,17 51:25 | | |
| **way** 8:3 9:22 10:4,4 | **wire** 4:11 30:2 | 52:25 53:1,8,14 | **2** | |
| 10:4 11:17 12:1,3 | **wired** 2:7 | 53:15,18 54:4 | **20** 2:10 52:6,11,12 | |
| 12:22 14:16 20:4 | **withactually** 35:20 | 55:10,19 56:16,18 | 55:24 | |
| 24:3 28:23 34:4 | **witness** 59:20 | 56:20 58:2,13 | **2008** 1:13 | |
| 36:22 40:20 41:6 | **wont** 30:21 42:8 | **years** 7:1 30:17 | **2010** 59:21 | |
| 53:4 54:14 | 44:18 57:13 | 40:11 | **24** 35:5 | |
| **ways** 21:17 | **wooden** 25:2 38:6 | **yep** 28:15 32:14 | **25** 36:3 | |
| **waythe** 41:6 | 43:19 | **yesterday** 26:9 | | |
| **wed** 47:23 | **worked** 35:17 | **youd** 31:9 40:25 | **3** | |
| **weeks** 38:4 | **working** 54:12 | 48:19 | **30** 14:1,10 15:2,18 | |
| **weight** 18:11 35:20 | **world** 6:9 8:23 | **youi** 50:1 | 15:19,22 55:24 | |
| **wellknown** 22:2 | **worried** 30:8 | **youll** 9:12 21:9,10 | | |
| **wells** 17:22 | **worth** 41:18 | 24:20 39:21 | **4** | |
| **went** 4:1 35:9,9 | **wouldnt** 25:9 28:8 | **young** 16:16 | **4** 22:14 | |
| 37:22 49:8 | **wow** 30:18 51:2 | **youre** 3:5,5 5:10 | **400** 7:1 | |
| **west** 19:14 32:22 | **wrong** 9:22 11:24 | 10:2 16:10 19:1 | | |
| 55:23 | 11:25 36:12 38:16 | 19:11,18 20:19,23 | **5** | |
| **weve** 18:11,13 | **wrote** 22:16 | 21:4 24:7 31:21 | **50** 9:11 12:25 13:7 | |
| **whats** 3:24 9:24 | **wroteyou** 22:17 | 39:16 41:21 55:3 | 13:8,18 14:5 16:5 | |
| 13:9 15:16 37:23 | **wyoming** 40:4 | 55:8 57:4 | **50s** 21:23 | |
| 44:6 48:21 56:25 | 48:13 | **youryour** 46:24 | | |
| **whatyou** 49:21 | | **yousouthwest** 45:5 | **6** | |
| **wheni** 38:22 | **X** | **youve** 7:9,15 8:8 | **6** 13:8,17 14:5 16:5 | |
| **whereabouts** 5:13 | | 9:6 15:2 16:13,14 | **65** 17:2,3 | |
| 8:18 | **Y** | 24:12 37:1 42:2 | | |
| **wherealmost** 29:12 | **yeah** 2:3 3:18 4:20 | 46:23 48:1,14 | **7** | |
| **whered** 27:12 37:4 | 4:22 5:2 6:12 7:5 | 54:18 | **70** 10:18,20,22 | |
| **whereof** 59:20 | 7:21 8:1,20 9:3 | **youwhen** 19:2 | 12:17,22 13:4,7 | |
| **wheres** 9:18 16:21 | 11:9,19 12:15 | **youyou** 47:22 56:13 | 19:14,23 20:6,9 | |
| 20:16 32:21 | 13:8,10 14:22,24 | | 20:15,19,20 | |
| **wherewhere** 16:19 | 14:25 15:21,25 | **Z** | **700** 46:12 | |
| **white** 31:7 41:4 | 17:24 18:5,20,22 | | **70say** 19:5 | |
| **whitehorse** 19:25 | 21:25 22:15 23:1 | **0** | **75** 24:22 | |
| **whitewater** 11:23 | 24:3,15,17 26:1 | **000** 24:22 | | |
| 13:9 | 26:18 27:6,16,19 | **08** 2:16 58:22 | **8** | |
| **whod** 43:25 | 27:22 28:12 29:16 | | **8** 6:13 | |
| **whodid** 34:20 | 29:16,24 31:14 | **1** | **87su63004** 1:5 | |
| | 32:14,15 33:9,15 | **1** 22:14 | | |
| | | | **9** | |

GARCIA and LOVE
801.538.2333

00001521