# CERTIFIED COPY

TRANSCRIPT OF
MEETING WITH
ROBERT BROOKS KNOWLTON
87-SU-63004

By
SU-6129

July 17, 2008
Fort Collins, Colorado



## GARCIA & LOVE
COURT REPORTING AND VIDEOGRAPHY

**EXHIBIT 2**

257 East 200 South • Suite 300 • Salt Lake City, UT 84111 • 801.538.2333 • Fax 801.538.2334

00001522

## P R O C E E D I N G S

SOURCE:  SU-6129, 7/17/08, 1437 hours.

Subject:  Bob Knowlton, Fort Collins, Colorado.

* * *

MR. KNOWLTON:  Come on in.  Come on.
(Inaudible.)  He's just--he won't bite you.  He just
will jump all over you.

SOURCE:  I've got a couple.  How are you,
Bob?

MR. KNOWLTON:  I'm good, Ted.  How are you?

SOURCE:  Good to see you.

MR. KNOWLTON:  Long time.

SOURCE:  Yeah, it has been.  How's life
been treating you?

MR. KNOWLTON:  Been all right.  Have no--no
real complaints.

SOURCE:  Well, good for you.

MR. KNOWLTON:  That's glass.  That's one of
Jeff's.

SOURCE:  Is it?

MR. KNOWLTON:  That has some restoration on
it, but it's still pretty nice.

SOURCE:  Yeah, it is sweet.  Who did the
restoration?

MR. KNOWLTON:  I don't know.  I was going

2

00001523

1   to send it down to--to what's-his-name and have him

2   redo it, because Deb said Restill wasn't that great.

3   But I think it was the guy that dug those points out

4   there in California.

5          SOURCE:  Oh, yeah.

6          MR. KNOWLTON:  Yeah.

7          SOURCE:  You going to send it to Gomer?

8          MR. KNOWLTON:  I was--no, I wasn't going to

9   send it to Gomer, I was going to send it to Bushy.

10          SOURCE:  Oh, okay.

11          MR. KNOWLTON:  But it's a nice glass point.

12   I didn't know exactly what you were wanting.  That's

13   --that's a McCormick.

14          SOURCE:  Uh-huh.  Kind of everything.

15   Perishables I've got a lot of demand for right now.

16   I don't know what you have there, but I do

17   everything.

18          MR. KNOWLTON:  I don't have much.  I've

19   sold most of it.

20          SOURCE:  Yeah.  Specialize in perishables,

21   but I do points, do ceramics, prayer sticks, that

22   kind of stuff in Four Corners, southwest.  I try not

23   to drift too far out of there.  Anything paleo.

24          MR. KNOWLTON:  Well, I put all this up--I

25   can separate the southwest out of here.  You

3

1    probably can, too.  It's not too difficult--

2         SOURCE:  Uh-huh.

3         MR. KNOWLTON:  --(inaudible) to figure it

4    out.  There's stuff here that's from Wyoming and

5    southeastern Colorado--

6         SOURCE:  Uh-huh.

7         MR. KNOWLTON:  --and the southwest.

8    There's some stuff with New Mexico and--I think

9    there's a couple pieces there out of Arizona

10   (inaudible)--

11        SOURCE:  Uh-huh.

12        MR. KNOWLTON:  --you know.  And I know

13   which ones they are, it would be no problem.  A

14   couple of these snap bases are--most of this stuff

15   is out of Wyoming, but...

16        SOURCE:  Yeah.

17        MR. KNOWLTON:  See, there's a Nebraska

18   piece.

19        SOURCE:  Uh-huh.

20        MR. KNOWLTON:  But that's all southwest

21   there.

22        SOURCE:  Uh-huh.

23        MR. KNOWLTON:  You know, it's just one of

24   those deals.

25        SOURCE:  Sure.

4

1      MR. KNOWLTON:  Like I say, I don't know

2   what you are interested in.  The paleo, I'm--I'll

3   sell you some of it.  I most generally don't have

4   any problem getting rid of that at all.

5      SOURCE:  Yeah.

6      MR. KNOWLTON:  I have some nice archaic

7   stuff.  I have a lot of nice bird points.  I don't

8   have very much pottery.  I've got two or three

9   pieces of pottery (inaudible).

10      SOURCE:  Uh-huh.

11      MR. KNOWLTON:  I have--that's from over by

12   Boulder Mountain.

13      SOURCE:  Are the ties original, Bob?

14      MR. KNOWLTON:  Yeah.  The ties in the

15   sides?

16      SOURCE:  Uh-huh.

17      MR. KNOWLTON:  Yeah, those are all

18   original.  The cotton one's not, just to--

19      SOURCE:  Yeah.

20      MR. KNOWLTON:  --hold it together.

21      SOURCE:  Uh-huh.  Yeah, something like

22   that, I--my guys would be way interested in.

23      MR. KNOWLTON:  Nice bowls.

24      SOURCE:  Yeah.  With those--with those

25   things being original, that's huge.  Where did you

5

1    say that came out of?

2         MR. KNOWLTON:  Boulder Mountain.

3         SOURCE:  I'm not familiar with Colorado

4    (inaudible).

5         MR. KNOWLTON:  Well, no, no, no, no.

6    Boulder Mountain is over in Utah.  It's over by--

7    it's across--

8         SOURCE:  Oh, Boulder Mountain.  I know--

9         MR. KNOWLTON:  --across the basin from

10   Tarantula Mesa.

11        SOURCE:  Hell, I know Boulder, yeah.

12        MR. KNOWLTON:  Yeah, you should recognize

13   the design there, probably.

14        SOURCE:  I was going to say--let's see.  I

15   had a piece of property five miles north of Boulder

16   Town proper.  You know where the road S--have you

17   been over there?

18        MR. KNOWLTON:  Uh-huh.

19        SOURCE:  Where the road S turns real hard

20   as you're coming down the south side of Boulder

21   Mountain and--

22        MR. KNOWLTON:  Oh, yeah.  That's--that's a

23   hell of a road going up, it really is.

24        SOURCE:  Uh-huh.

25        MR. KNOWLTON:  This lady had a--had an

6

1    antique shop up there on top somewhere.

2         SOURCE:  Uh-huh.

3         MR. KNOWLTON:  And I bought--I bought that

4    and a handful of other stuff that she had when she

5    was in Grand Junction.

6         SOURCE:  Uh-huh.  Oh, that's cool.  Yeah, I

7    had 40 acres over there, just on the south slope of

8    Boulder Mountain, right below--I forget what his

9    name--that bought--some movie star or something

10   bought some acreage down there.  But I sold the 40

11   acres to my father, who bought the surrounding 120

12   acres.

13        MR. KNOWLTON:  Uh-huh.

14        SOURCE:  And he made it all into one big

15   ranch, put a big thing on there.  And it's the old

16   Wallings homestead.

17        MR. KNOWLTON:  Well, I haven't really

18   hunted Boulder Mountain, but I go to Tarantula Mesa

19   a lot, which is just across the (inaudible).

20        SOURCE:  I know that country like the back

21   of my hand.  Yeah, Southern Utah is my stomping

22   grounds, so--Tarantula, all the way over.  Have you

23   ever done the lower bounds road where you go all the

24   way through and you come up through the national

25   monument from the bottom?

7

1        MR. KNOWLTON:  No, I've never done that,

2  but I've been to Airplane Springs.  And then there's

3  another--there's a real tough place to get to.

4  You've got to take your four-wheeler to get down

5  around, but there's some great camps back around the

6  bottom of Tarantula Mesa.

7        SOURCE:  Uh-huh.

8        MR. KNOWLTON:  You go toward Lake Powell

9  and then you drop off into this little rock pile

10  and--

11        SOURCE:  Yeah.

12        MR. KNOWLTON:  It's about four miles of

13  rock pile--

14        SOURCE:  Uh-huh.

15        MR. KNOWLTON:  --and you get back in there

16  and--that's some great hunting in there.

17        SOURCE:  Axle breaker.

18        MR. KNOWLTON:  It is an axle breaker.  You

19  can't take a truck in there, it won't go.  Got to be

20  a four-wheeler.

21        SOURCE:  Yep.

22        MR. KNOWLTON:  So--

23        SOURCE:  Yeah, I grew up--old guy, Claire

24  Bird, used to have the Capitol Reef Motel right

25  outside of Fruita there, in Torrey.

8

1      MR. KNOWLTON:  Uh-huh?

2      SOURCE:  And my father used to buy him a

3   bottle of whiskey and he'd take us out and drop us

4   off somewhere, show us places out on the Burr Trail

5   or--all through that country.  It's a neat area.

6      MR. KNOWLTON:  It is.  That's really neat.

7   You'll recognize this one.  That's where these--

8   that's where these Bull Creeks are from, over by the

9   Henry Mountains.  Probably the best set of Bull

10  Creeks I've ever seen.

11     SOURCE:  Oh, sweet.

12     MR. KNOWLTON:  I had Jeb pap--they all came

13  out of the same site.  The guy had been hunting the

14  site for 20 years.

15     SOURCE:  Uh-huh.

16     MR. KNOWLTON:  And Jeb papered them all

17  individually because they were just that good.

18     SOURCE:  Which side of the Henrys?

19     MR. KNOWLTON:  I'm not sure.  The guy won't

20  tell me exactly.

21     SOURCE:  Oh, yeah?

22     MR. KNOWLTON:  But I found this material up

23  on Tarantula before, some of this.

24     SOURCE:  Those are sweet.

25     MR. KNOWLTON:  Yeah, they're pretty nice.

9

1    SOURCE:  Really sweet.

2    MR. KNOWLTON:  And then I don't know--I

3  don't know if any of this stuff interests you or

4  not, but--

5    SOURCE:  Anything from that area would

6  really interest me.

7    MR. KNOWLTON:  Well, I'd sell those as a

8  set, if you're interested in those.

9    SOURCE:  Uh-huh.

10    MR. KNOWLTON:  That little black obsidian

11  piece that's ground--

12    SOURCE:  Uh-huh?

13    MR. KNOWLTON:  --is New Mexico.

14    SOURCE:  Okay.

15    MR. KNOWLTON:  And the rest of this is all

16  out of western Colorado, down there by Dove Creek.

17    SOURCE:  Okay.

18    MR. KNOWLTON:  Okay?  Here's a pipe--couple

19  pipes that are from that area.  You'll probably

20  recognize this.  This one here I have a state

21  writeup on--

22    SOURCE:  Uh-huh.

23    MR. KNOWLTON:  --(inaudible) complete book,

24  an archeologist.  And this one here is from down by

25  Blanding.  And this one's from Blanding.  And this

10

1   one's from Blanding.  There's four of those.

2       SOURCE:  Cool.  Be interested in those.  Do

3   you know anything further about the provenance on

4   these?

5       MR. KNOWLTON:  Well, these all had to come

6   out of Sandy Hightower's collection.

7       SOURCE:  Okay.

8       MR. KNOWLTON:  And she lived in Dove Creek.

9       SOURCE:  Okay.  I thought you said these

10  three were Blanding.

11      MR. KNOWLTON:  They are, but Blanding's

12  just around the corner from Dove Creek.

13      SOURCE:  Yeah, I know, about two hours--

14  well, an hour-and-a-half--

15      MR. KNOWLTON:  It isn't even that.

16      SOURCE:  --maybe.

17      MR. KNOWLTON:  Maybe an hour-and-a-half.

18  This one we have exact provenance on.

19      SOURCE:  Uh-huh.  Where's that from, Bob?

20      MR. KNOWLTON:  Well, I'll just get the

21  paper (inaudible).  This is the site that came out

22  of.  And I've got the--the actual writeup on the

23  pipe is in one of my sleeves.

24      SOURCE:  Is it out of the West Water site?

25      MR. KNOWLTON:  What--whatever that is.  Let

11

1   me see if I can find that sleeve.

2       Well, shit.  Somewhere in here I have that.

3   I don't remember which one it is.  It's out of one

4   of those sites that's in here.  And there's--this

5   (inaudible) two sites, doesn't it?

6       SOURCE:  It's Big West Water site; the Five

7   Kiva site; West Water Five Kiva site, which is a

8   branch of Cottonwood.  Is that piece pictured in

9   here?

10      MR. KNOWLTON:  Uh-huh, it is.  It certainly

11  is.  Let me just find the goddamn sleeve.  Somewhere

12  in here I have it.

13      SOURCE:  Yes, I've been here.

14      MR. KNOWLTON:  Huh?

15      SOURCE:  I've been here.

16      MR. KNOWLTON:  Have you?  I just had that

17  out.  I had a guy that was interested in a pipe the

18  other day, as a matter of fact.  I don't know what I

19  did with that sleeve.  I photocopied it and sent him

20  a picture of it.  It might be on my--on my

21  (inaudible).

22      Well, Ted, I don't--I am not finding that.

23  I know it's here, but I don't know for sure where.

24  There it is.  God almighty (inaudible).

25      SOURCE:  That's all right, Bob.  Let's--

12

1        MR. KNOWLTON:  Here it is, right here.

2  There's where it's pictured.

3        SOURCE:  Wow.

4        MR. KNOWLTON:  129.  That's why I went

5  ahead and put this in here.  The book's just falling

6  apart.

7        SOURCE:  Yeah.

8        MR. KNOWLTON:  Right there.

9        SOURCE:  That is cool.

10       MR. KNOWLTON:  I thought that was pretty

11  neat.

12       SOURCE:  How did you come by that, Bob?

13  These are--

14       MR. KNOWLTON:  The guy--the archeologist--

15  it's--one of the archeologists that's listed on here

16  passed away.  And I had a--had gone up to Vernal to

17  look at a collection of arrowheads--

18       SOURCE:  Uh-huh?

19       MR. KNOWLTON:  --and there wasn't much

20  there that I was interested in.  Ron Michael bought

21  a little Clovis that the guy had, but that's the

22  only thing I really was interested in and I

23  (inaudible).

24       SOURCE:  Uh-huh.  It's a wonder the BLM

25  archies pocketed it.

13

1    MR. KNOWLTON:  Oh, sure.  They do it all

2  the time.  I get stuff--

3    SOURCE:  Oh, I'm sure they do.

4    MR. KNOWLTON:  --like that all the time.

5  This one right here came from a BLM archie out of

6  Arizona.  And I had Jeb look at it and he thought it

7  was good as gold.  I don't know where in Arizona

8  that's from.

9    SOURCE:  Jeb's thinks that that's good?

10    MR. KNOWLTON:  Absolutely.

11    SOURCE:  And do you know which--

12    MR. KNOWLTON:  It's just fire-tempered

13  clay.  It's got shell in it.

14    SOURCE:  It's got shell-temper?

15    MR. KNOWLTON:  Uh-huh.

16    SOURCE:  And it's out of Arizona?

17    MR. KNOWLTON:  We don't know.

18    SOURCE:  You don't know.

19    MR. KNOWLTON:  The archeologist was Jim

20  Phillips' brother.

21    SOURCE:  Uh-huh?

22    MR. KNOWLTON:  And when he passed away--he

23  had a box of artifacts and Jim just gave them to me.

24  And that--that one was in there and there were

25  several blades and--several other stuff.  That's

14

00001535

1   been about ten years ago that he gave that to me.

2   And I just had Jeb look at it before he quit

3   authenticating.

4            SOURCE:  Oh, did Jeb quit?

5            MR. KNOWLTON:  Yeah, he's not doing it

6   anymore.

7            SOURCE:  I did pretty much, too.

8            MR. KNOWLTON:  Yeah, it's a pain.

9            SOURCE:  Too much a pain in the ass for $20

10  bucks, $25 bucks and--

11           MR. KNOWLTON:  And you absorbed all the

12  heat.

13           SOURCE:  And you're doing $15,000, $20,000

14  artifacts that people--I still do perishables, but

15  that's it.  That's where my expertise is.  I'd be

16  very interested in that.  That's got some really

17  good history with it.

18           And these are Sandy Hightower's stuff?

19           MR. KNOWLTON:  And those are all Sandy

20  Hightower's.

21           SOURCE:  I've got a couple European buyers,

22  one guy in Liechtenstein, in particular, that is

23  spending--he's dumping a ton of dough with me,

24  really--

25           MR. KNOWLTON:  Well, there's a lot of--lot

                                                    15

1   of guys that are putting money in artifacts and

2   stuff right now.  The artifact business is not on

3   its ass, believe it or not.

4          SOURCE:  Not like everything else is.

5          MR. KNOWLTON:  No, it's fine.  The good

6   high--the high-dollar stuff is just fine.

7          SOURCE:  I'd rather own a pipe right now

8   than an SUV.  But--did you get that directly from

9   the BLM archeologist or did it go through a few

10  hands?

11         MR. KNOWLTON:  No, he--it went through one

12  set of hands, and that was his sister.

13         SOURCE:  Oh, okay.  Which one was it?  Do

14  you have any idea?

15         MR. KNOWLTON:  Yeah, I probably could tell

16  you.  I'm not sure I didn't circle this--Lindsey--

17  let me see.  I think that that is the guy's name, is

18  Lindsey.

19         SOURCE:  Lindsey?

20         MR. KNOWLTON:  Let's see if there's a

21  Lindsey in here.  I'm pretty sure that is.

22         SOURCE:  There it is right here.

23         MR. KNOWLTON:  There he is right there.

24  That'd be the man.

25         SOURCE:  L.W. Lindsey.

16

1    MR. KNOWLTON:  Uh-huh.

2    SOURCE:  Cool.

3    MR. KNOWLTON:  That would be him.

4    SOURCE:  Yeah, my guy in Liechtenstein is

5    really hot on provenance.

6    MR. KNOWLTON:  Okay.

7    SOURCE:  Just really would be very

8    interested in that.  What--what--what do you know

9    about your atlatl weights?

10   MR. KNOWLTON:  Well, I know--I know a lot

11   about them.  This one here is from Modoc County,

12   California.

13   SOURCE:  Okay.

14   MR. KNOWLTON:  This one's from Grand

15   Junction, just about a mile from where I used to

16   live.  This one here is from Dove Creek.  This is

17   from Dove Creek.  This is from Dove Creek.  This is

18   from eastern Colorado.  I found that one when I was

19   about 14 years old on what would now be Mississippi

20   and Chambers.

21   SOURCE:  Uh-huh.

22   MR. KNOWLTON:  This is Wyoming.

23   SOURCE:  Okay.

24   MR. KNOWLTON:  This is Wyoming.  That was

25   found up here by Harry Haywood, up here in Albany

17

1   County.  And this is Utah, it's down by Blanding.
2   That's out of Sandy's collection.  I don't remember
3   where this one came from.  That's Modoc County and
4   this is Wyoming.  This came out of that lady's
5   collection that Harry bought last year up here in
6   Albany.  She lived up in Laramie.
7           SOURCE:  Okay.
8           MR. KNOWLTON:  And as a matter of fact, Bob
9   Ross got the case out of--well, Jeb thinks they're
10  probably Allen blades.
11          SOURCE:  Really?
12          MR. KNOWLTON:  Yeah.  That's a beautiful
13  set.  Over--over 60 blades in that set.
14          SOURCE:  Did you see that set of white
15  basketmaker chelsetti knives that--
16          MR. KNOWLTON:  Uh-huh.  I've seen--
17          SOURCE:  I don't remember if you saw that
18  or not.
19          MR. KNOWLTON:  I saw them before they were
20  sold.  I don't remember who bought them.
21          SOURCE:  Well, they--they went through--
22  it's a long story, but they ended up with one of my
23  European guys.  They--
24          MR. KNOWLTON:  The guy that had them lives
25  in New Mexico, I know that.

18

1    SOURCE:  Well, Dave--

2    MR. KNOWLTON:  Dave, yeah.

3    SOURCE:  Yeah, Dave Weight's a good friend

4    of mine.

5    MR. KNOWLTON:  That's him.

6    SOURCE:  And he partnered on them with me

7    and we ended up selling the set to this guy.

8    MR. KNOWLTON:  They were--that was a nice

9    set.  The guy in Utah that I saw that--there was two

10    sets of those.  Matter of fact, you were over at my

11    house one time right after that guy had left and I

12    told you about those knives.

13    SOURCE:  Uh-huh.

14    MR. KNOWLTON:  And that was when I lived in

15    Grand Junction.

16    SOURCE:  Yeah.

17    MR. KNOWLTON:  And he would never give me a

18    price on them, so I don't know where they finally

19    came up with a price on them.  But I would have

20    bought those knives.  You know, Jeb didn't like

21    them.  Jeb said they were no good and I told Jeb he

22    was crazy.  I said--

23    SOURCE:  I sent them to Jeb.

24    MR. KNOWLTON:  Did he paper them or not?

25    SOURCE:  He wouldn't paper them, he

19

1    wouldn't kill them.  So I sent them to--

2         MR. KNOWLTON:  Okay.  He told me he didn't

3    think they were good and I told him that they were

4    good, because I'm--I know those knives.  I know

5    where they came from.

6         SOURCE:  Davis, Jackson, Stermer all

7    papered them.

8         MR. KNOWLTON:  Well--

9         SOURCE:  But, you know, unfortunately--

10        MR. KNOWLTON:  Those all came off that

11   mountain right outside of Moab, every one of them.

12        SOURCE:  313 basketmaker alcove.  When the

13   brother--he was working on a ward crew when they

14   widened that road and they took part of that--it's

15   about a mile, 1.1, 1.2 miles in--and they knocked

16   part of that off.  And apparently 48 of those came

17   tumbling down.  Two guys split them and I've been

18   trying like hell to find the other half.

19        MR. KNOWLTON:  Well, if--

20        SOURCE:  I know where they--

21        MR. KNOWLTON:  Depending on--depending on

22   who you bought those from, the guy lives in Moab.

23   If that's the guy that David got them from, he lives

24   in Moab and he was a pawn shop dealer.  And I could

25   probably find him.  I probably have it in my notes

                                                      20

1   somewhere.

2           SOURCE:  Walker?

3           MR. KNOWLTON:  First name?

4           SOURCE:  Jerry.

5           MR. KNOWLTON:  Yeah.

6           SOURCE:  Yeah.

7           MR. KNOWLTON:  Okay.

8           SOURCE:  No, I bought them from him.

9           MR. KNOWLTON:  Okay.  So that's--that's the

10  story on those.

11          SOURCE:  Yeah.  But--and I know where the

12  other half is, but they won't even talk to me.

13          MR. KNOWLTON:  Okay.

14          SOURCE:  But, yeah, it was Jerry's brother

15  that originally got those and he's passed away.

16  But, you know, my guy came out from Liechtenstein

17  and whipped out a five-figure price for those

18  without batting an eye.  He likes to go like, This

19  is where they came from.  It was like funnier than

20  hell.

21          MR. KNOWLTON:  He's a pretty cool guy, huh?

22          SOURCE:  Yeah.  But, anyway, neat.  Do you

23  know anything about the Dove Creek pieces, any

24  better location, if I--

25          MR. KNOWLTON:  You know, when you buy

00001542

1    those--when you buy those collections, most of those

2    guys--most of the guys that I've talked to are in

3    their 50's and 60's, and they found those when they

4    were young guys.

5           SOURCE:  Uh-huh.

6           MR. KNOWLTON:  And they just tell--most of

7    them, if you'll notice, there's no numbers on them.

8    I buy from just the old guys, try to stay away from

9    that.  I know--I know they're from--where they're

10   from.  And I remember where this one's from now.

11   This one here is from the Turner Look site.

12          SOURCE:  Where's that?

13          MR. KNOWLTON:  That's over along the Book

14   Cliffs outside of Cisco.

15          SOURCE:  Oh, really?

16          MR. KNOWLTON:  Yeah.

17          SOURCE:  Turner site.

18          MR. KNOWLTON:  Turner Look.  This was dug

19   back in the 50's before the University dug.

20          SOURCE:  Really?

21          MR. KNOWLTON:  Yeah.  This guy is like 80

22   years old.  He lives in Moab.  He's a neat guy.  And

23   all the points that I bought--God, I bought some

24   beautiful fucking Tula Rosa's that--that I probably

25   sold way too cheap, looking at today's market.

00001543

1        SOURCE:  Cool.  Okay.  Well, I've got some

2   interest here.  We'll come back to that.

3        (Track ends.)

4        MR. KNOWLTON:  Well, you can just rifle

5   through those and see if there's anything there that

6   meets your interest.  If not, then that's okay, too.

7        SOURCE:  Do you know if this stuff was

8   found as a group, this--

9        MR. KNOWLTON:  No.

10       SOURCE:  --Dove Creek stuff?

11       MR. KNOWLTON:  I've just put it together--I

12   put it together.  It's a series of--you know how

13   you--how you collect them?

14       SOURCE:  Uh-huh.

15       MR. KNOWLTON:  Sometimes you won't--you

16   won't get but two or three pieces in a whole damn

17   collection.

18       SOURCE:  Was the--the necklace--

19       MR. KNOWLTON:  The necklace he restrung.

20       SOURCE:  But it was found together?

21       MR. KNOWLTON:  Uh-huh.

22       SOURCE:  Yeah, I figured it was--

23       MR. KNOWLTON:  Obviously.

24       SOURCE:  I've only--I've gone--had three

25   necklaces that were not restrung.  Cool things.

23

1    MR. KNOWLTON:  Really?

2    SOURCE:  Yeah.  Neat stuff.  Anytime I can

3  tie something to a ruin that's known or anything

4  like that, it like triples the value, five times the

5  value for me with these European guys.  It's like

6  big.

7    MR. KNOWLTON:  Well, I've got to be honest

8  with you.  I do not even remember who I got that

9  from.

10    SOURCE:  Okay.

11    MR. KNOWLTON:  And if I could sit here and

12  think about it for a minute, I might remember.

13    SOURCE:  Well, if you do--

14    MR. KNOWLTON:  But I have never paid much

15  attention to the beads.  The pendant in there is

16  fabulous, but I do not have exact provenance on

17  that.  I can tell you who it came from--who it came

18  from and I can tell you that he only collected

19  southwest stuff.  I had that nice knife with the

20  handle on it (inaudible).

21    SOURCE:  Which pendant are you talking

22  about?

23    MR. KNOWLTON:  Oh, this popeye (inaudible).

24    SOURCE:  Oh.  Oh, that's cute.

25    MR. KNOWLTON:  Yeah.  I've got two papers

24

00001545

1   on it.  And I can't get anybody to be convinced that

2   it's out of--it's a Hohokam piece, is what it is.

3   If you look at the spirit in the arts, they use that

4   bird a lot.

5         SOURCE:  Sure.  And where's it from?

6         MR. KNOWLTON:  That came out of Ersil

7   Preble's collection.  He was a car dealer in Dove

8   Creek.  And more than likely, Earl Shumway sold that

9   to him.

10         SOURCE:  Good old Earl.

11         MR. KNOWLTON:  He's dead, you know.

12         SOURCE:  I went to his funeral.

13         MR. KNOWLTON:  I did, too.  I didn't see

14   you there.

15         SOURCE:  I was out in the Blanding Cemetery

16   talking to uncles and aunts and...

17         MR. KNOWLTON:  So anyway, that's--more than

18   likely, that's where that came from.  And this one,

19   as well.  It's a beautiful little piece.

20         SOURCE:  Cool.

21         MR. KNOWLTON:  And this is out of Sandy

22   Hightower's collection.  This is out of Dove Creek,

23   out of a little kiva that she dug one year.

24         SOURCE:  Do you know where it is?

25         MR. KNOWLTON:  I can get--I can tell you

25

1   it's on Bug Point, but I can't get you any closer

2   than that.

3          SOURCE:   On Bug Point?

4          MR. KNOWLTON:   On Bug Point.  They had land

5   over there.

6          SOURCE:   Cool.  Way cool.  Yeah, I--I saw

7   Tammy--

8          MR. KNOWLTON:   And this is out of Sandy's

9   collection.

10          SOURCE:   That's neat.

11          MR. KNOWLTON:   Which Jeb thought was good

12   as gold, too.

13          SOURCE:   I've seen a couple similar to

14   this.  Not very many.

15          MR. KNOWLTON:   Not very many.  That--

16   there's another piece of material that came out of

17   that same little site right over here--I'll show you

18   --where they started to make something and didn't

19   finish it.

20          SOURCE:   Yeah.  Vern's got a couple, but

21   that's...  Neat stuff.

22          MR. KNOWLTON:   Here's the piece right here

23   that they were going to make something out of.

24          SOURCE:   Oh, yeah, no question.

25          MR. KNOWLTON:   They just never--never

26

1    finished it up.

2         SOURCE:  To get a full piece like that and

3    hold it without cracking it, that's amazing.  Really

4    pretty stuff, Bob.

5         MR. KNOWLTON:  Pretty--pretty hard.  Here's

6    a nice prayer stick.

7         SOURCE:  Do you know where that's from,

8    Bob?

9         MR. KNOWLTON:  Moab, right in Moab.

10        SOURCE:  Right in Moab?

11        MR. KNOWLTON:  Uh-huh.

12        SOURCE:  Millcreek?

13        MR. KNOWLTON:  Probably up--as you're going

14   toward--toward--going out of Moab up on those--on

15   those bluffs, there's some--

16        SOURCE:  Uh-huh.

17        MR. KNOWLTON:  --some Anasazi ruins.

18        SOURCE:  West?

19        MR. KNOWLTON:  Yep.

20        SOURCE:  Up Millcreek?

21        MR. KNOWLTON:  Yep.

22        SOURCE:  Cool.  Interested in that.  What's

23   the story with this one?

24        MR. KNOWLTON:  That piece is out of Vernal.

25   And that piece is--I bought it from a guy.  I have

27

1   no doubt that it's real.  He says it's off of Two

2   Road out there on--Grand Junction right by the

3   border.  He said he found it out there when he was

4   hunting.

5           SOURCE:  I'm not familiar with the area.

6           MR. KNOWLTON:  I'm not familiar with the

7   piece, but Jeb liked it, too.  I didn't have him

8   paper it, but he liked that one.  Here's another

9   Blanding piece, which is pretty nice.  It's a nice

10  spoon.

11          SOURCE:  Uh-huh.  Vernal somewhere?

12  Fremont?

13          MR. KNOWLTON:  Yeah, it's a Fremont piece.

14  I can tell you exactly where it is, if I can

15  remember the ranch.  I just don't remember the

16  ranch.  I have a little Membries piece in here, too.

17  I do not have good provenance on it.  I got it in

18  from Ed today and it looked real good under the

19  scope.  I don't see anything wrong with it.  But I

20  can--I can sell that, if the money's right.

21          SOURCE:  Oh, that's a nice rim.

22          MR. KNOWLTON:  It is a very nice rim.

23          SOURCE:  You scoped it?

24          MR. KNOWLTON:  I did.

25          SOURCE:  And you like it?

28

1    MR. KNOWLTON:  I like it.  You're welcome

2  to scope it.

3          SOURCE:  Nice.  I like that.

4          MR. KNOWLTON:  Yeah, I thought it was a

5  pretty nice little piece.  I don't know if it's

6  worth what he wants for it or not, but I'm not--

7  wasn't going to worry about that today.

8          SOURCE:  Okay.  Anything on these I should

9  know?

10          MR. KNOWLTON:  New Mexico is all I know on

11  that.

12          SOURCE:  Uh-huh.

13          MR. KNOWLTON:  I know where there's some

14  nice pottery that I don't know what it is.  And I

15  didn't buy it because it was totally foreign to me.

16  That's out of this same set.  That's a pretty nice

17  little carved piece.

18          SOURCE:  Uh-huh.

19          MR. KNOWLTON:  And so is that.

20          SOURCE:  Uh-huh.

21          MR. KNOWLTON:  Nice little carved piece.

22          SOURCE:  Just New Mexico somewhere?

23          MR. KNOWLTON:  New Mexico.  Southern New

24  Mexico.

25          SOURCE:  Uh-huh.

29

1    MR. KNOWLTON:  Baja, California--

2    SOURCE:  Okay.

3    MR. KNOWLTON:  --down at the bottom.

4    SOURCE:  Stingray?

5    MR. KNOWLTON:  Yep.

6    SOURCE:  Uh-huh.

7    MR. KNOWLTON:  And obviously used.

8    SOURCE:  Yeah.

9    MR. KNOWLTON:  As a point.

10   SOURCE:  Yeah.

11   MR. KNOWLTON:  Southern Utah, which is kind

12   of a neat little piece.  That's over by--by Salt

13   Lake City somewhere.

14   SOURCE:  Salt Lake City?

15   MR. KNOWLTON:  Yeah.

16   SOURCE:  Really?

17   MR. KNOWLTON:  Yeah.  There's a lot of

18   obsidian points that I bought that came with that, a

19   lot of little obsidians.

20   SOURCE:  Uh-huh.  Sweet.

21   MR. KNOWLTON:  The net--the netmakers are

22   from up north, northwest.

23   SOURCE:  Uh-huh.

24   MR. KNOWLTON:  And I have a--I actually

25   have the block for those.  They're probably not the

30

1    --the wood awl is one that I dug myself and the

2    little plate is one I dug myself.

3         SOURCE:   These?

4         MR. KNOWLTON:   Yeah.

5         SOURCE:   You going to hang onto those for

6    sentimental reasons?

7         MR. KNOWLTON:   No, not necessarily.

8         SOURCE:   Whereabouts?

9         MR. KNOWLTON:   Right off of Glade Park.

10         SOURCE:   Where's that?

11         MR. KNOWLTON:   Glade Park's right up above

12    --26 miles from Grand Junction, west.  Most of those

13    little strings and stuff are all off of--out of

14    there, too.

15         SOURCE:   Is there a site up there, Bob, or

16    is it--

17         MR. KNOWLTON:   No, it's a--called the

18    Cattle Company.  I have permission to hunt on it.

19         SOURCE:   Uh-huh.

20         MR. KNOWLTON:   I just went up there and

21    screened out a bunch of stuff.  Apache basket.

22    That's a nice basket.

23         SOURCE:   That's nice.

24         MR. KNOWLTON:   There's some more of that

25    stuff from up on Glade Park.  That's some of the

31

1   points that came out of there.  These two are off of

2   Boulder Mountain.  So's that.  But that, that, that,

3   that, that, that are all off of that Glade Park

4   deal.

5            SOURCE:  Cool.

6            MR. KNOWLTON:  And that (inaudible) atlatl

7   shaft.

8            SOURCE:  Oh, that's nice.

9            MR. KNOWLTON:  And I assume that that point

10  was with it.  They weren't tied together, but it's

11  broken on the one side where he busted it out.  But

12  I like the paint on it.  I cleaned a lot of crap off

13  of it, which I probably shouldn't have done.  I was

14  pretty new at it at that time.

15           SOURCE:  Cool.  Yeah, I've been getting out

16  --I've got two grown sons and we go out.  Do you

17  know where Cedar Mesa is?

18           MR. KNOWLTON:  Oh, yeah.

19           SOURCE:  You probably do.  We've been

20  taking our backpacks out and heading out there and

21  take climbing equipment with us and--

22           MR. KNOWLTON:  These were a set of knives--

23  set of bone needles.  I bought that all from one

24  guy.  I bought them out of Moab.  I don't know if

25  those are something that you like or not.

32

1      SOURCE:  They are.

2      MR. KNOWLTON:  They're nice needles.

3      SOURCE:  I've been amazed what we've been

4  getting--getting into in the back country.  There's

5  a lot of stuff back in there that's really, really

6  hard to get to.  I mean, you just can't get to it

7  unless you're--you've got climbing equipment and

8  know what you're doing.

9      MR. KNOWLTON:  What I'm looking for is--I

10  thought I brought a bunch of Utah stuff out.  I see

11  some Utah stuff here, but I thought I brought out

12  some nice frames.  There's some Utah stuff and some

13  --that little McKean is right out of--out of--out of

14  --god dammit.  What's the canyon coming out of Grand

15  Junction going east?

16      SOURCE:  Tell me the Utah side and I'll

17  tell you.

18      MR. KNOWLTON:  Well, it's not Utah.  This

19  is right out of Grand Junction coming--

20      SOURCE:  Yeah.

21      MR. KNOWLTON:  --coming east toward Denver,

22  the very first canyon.  Like if you're going up on

23  Grand Mesa, what the hell's that--that canyon there?

24  I feel a like I dumb shit.  I only lived there all

25  my life, almost.

00001554

1    SOURCE:  I don't know Colorado.  I know the

2    southwestern corner a bit.

3    MR. KNOWLTON:  There's some Utah stuff.  A

4    lot of Utah stuff in there.  A couple southeastern

5    Colorado pieces.

6    SOURCE:  Uh-huh.

7    MR. KNOWLTON:  That's southeastern

8    Colorado, that's southeastern Colorado.  That's

9    Utah, Utah, Utah, Utah, Utah, Utah.  All of these

10   that are marked are Utah.  I think that most of

11   these are Utah.  Yes, they are.  There's a nice

12   Henry Mountain piece.

13   SOURCE:  Uh-huh.

14   MR. KNOWLTON:  I don't know what the hell

15   (inaudible) are doing up on Henry Mountain, but

16   they're there.

17   SOURCE:  They're there, I know that.  Do

18   you have any history behind these bone pieces, Bob?

19   MR. KNOWLTON:  I don't.  I don't.  I know

20   they're good, that's--and I can tell you that the

21   guy that I bought them from lives in Moab, if he's

22   still alive.  I've had those for years.

23   SOURCE:  It wasn't Brent, was it?

24   MR. KNOWLTON:  Who?

25   SOURCE:  Brent.

34

1          MR. KNOWLTON:  Huh-uh.

2          SOURCE:  I think his last name's--

3          MR. KNOWLTON:  This is a guy that had a--he

4    had a big yellow broken-down piece of heavy

5    equipment in his yard.

6          SOURCE:  That narrows it.

7          MR. KNOWLTON:  Yeah, it does.  It does,

8    seriously.  I could go to his house, I can't tell

9    you--his wife was--his wife's got a fabulous arrow-

10   head collection.  She wouldn't sell me nothing.

11         SOURCE:  Oh.

12         MR. KNOWLTON:  He sold me a--he sold me a

13   mutate that had a Kokopelli in it.  Okay?  It had a

14   Kokopelli in it and she had dumped--

15         SOURCE:  South--south end of town?

16         MR. KNOWLTON:  Yep.

17         SOURCE:  Shit.  I don't think there's very

18   many places I've been over there that you either

19   didn't get there before me or after me.

20         MR. KNOWLTON:  I still have a lot of

21   friends over there.  I've been trying to move back

22   to Grand Junction.  Probably not going to get it

23   done.

24         There's a lot of Utah stuff in there.  I'd

25   say that most all of that is Utah, as a matter of

00001556

1    fact.  There's some Membries points in there, some

2    little Tula Rosas and some nice basketmaker knives

3    and--just generally--

4         SOURCE:  That's a nice frame.

5         MR. KNOWLTON:  Here's some more Utah stuff.

6    I believe that's a tang knife, but the tang's gone.

7         SOURCE:  Nice.

8         MR. KNOWLTON:  This has got a lot of Utah

9    stuff in it.  That piece there is North Dakota, I'll

10   just tell you that right now.  See if I can pick out

11   anything else.  The rest of that all looks pretty

12   Utahy--well, and New Mexico, the malma jars.

13        SOURCE:  Yeah.

14        MR. KNOWLTON:  Which are nice.

15        SOURCE:  That's a nice frame, too.

16        MR. KNOWLTON:  Here's a--some paleo.  A lot

17   of that's from Utah.  You should recognize a lot of

18   that material.  These aren't, these are from

19   Nebraska.  They're Hollenberg stems.

20        SOURCE:  Uh-huh.

21        MR. KNOWLTON:  That one's southeast

22   Colorado.  The rest of that's pretty much--no, that

23   one there's southeast Colorado, a little Cody.

24        SOURCE:  Agate basins and--

25        MR. KNOWLTON:  Well, that's actually a

36

00001557

1    Hasket, I think.

2         SOURCE:  You think?

3         MR. KNOWLTON:  I think it is.  It's out of

4    Richfield.  That one's southeast Colorado.  This is

5    Wyoming.

6         SOURCE:  Hell Gap, Lake Mojave, depending

7    on who you send them to.  What's Stermer calling--

8    him and Kevin have gotten off on this stem little

9    Colorado bid or something like that.

10        MR. KNOWLTON:  Yeah, I don't buy that, but

11   that's all right.  They're still old.  Who cares?

12        SOURCE:  Whatever.  Nice.

13        MR. KNOWLTON:  There's some more.  Most of

14   this stuff is Utah, also.  That piece is North

15   Dakota.  The rest of that's all Utah.  There's some

16   nice stuff--

17        SOURCE:  Dolores, yeah.

18        MR. KNOWLTON:  Little Chaco Canyon here.

19        SOURCE:  Uh-huh.

20        MR. KNOWLTON:  This one's off of--off of

21   Tarantula Mesa.

22        SOURCE:  Uh-huh.

23        MR. KNOWLTON:  This one's out of Wyoming.

24   I found it last year.  That's about it.  The rest of

25   them are there.  These two things here, I don't know

37

1  where they are, but they're Garskills.

2      SOURCE:  Wow.  Awesome.  Yeah, I was

3  hitting road construction.

4      MR. KNOWLTON:  It took you forever to get

5  up here (inaudible).

6      SOURCE:  Sorry.

7      MR. KNOWLTON:  It's not your fault.  That's

8  --but it's only an hour drive from where you are, 25

9  minutes--

10      SOURCE:  That's what I was--

11      MR. KNOWLTON:  --from 220 up to here.

12      SOURCE:  That's what I was figuring.  That

13  220, I guess it is, was just nasty.

14      MR. KNOWLTON:  De Buque Canyon, that's

15  where that's from.

16      SOURCE:  The McKean?

17      MR. KNOWLTON:  Yeah, the little McKean.

18      SOURCE:  Did you find that?

19      MR. KNOWLTON:  Uh-huh.  I was bound and

20  determined it was a Jimmy Allen forever, and it was

21  about three inches longer than what it is when I

22  found it.  Amazing how they shrink.

23      SOURCE:  Yeah.  Yeah.  Yeah.

24      MR. KNOWLTON:  I've got another frame with

25  some nice bone in it, too, from Montrose.

00001559

1          Here's the rest of my Utah bone.  Most of

2     this stuff is--this stuff right here is all out of

3     one site in Kansas, Salina, Kansas.

4          SOURCE:  Okay.

5          MR. KNOWLTON:  Look careful, but this piece

6     here is out of North Dakota.

7          SOURCE:  Uh-huh.

8          MR. KNOWLTON:  And the rest of that stuff

9     is all out of the Moab area.

10          SOURCE:  Okay.

11          MR. KNOWLTON:  Even the shaft (inaudible).

12          SOURCE:  Wow.  You have any tighter

13     provenance on that?

14          MR. KNOWLTON:  No, you'll just have to make

15     it do.

16          SOURCE:  Okay.  That works.  Let's see.

17     Okay, so...  Interested in--what would you do for

18     the pieces--the Hightower pieces, the West Water

19     ruin pipe--which atlatl weight was from the Turner

20     ruin?

21          MR. KNOWLTON:  Right there.

22          SOURCE:  That one?  Interested in that.

23     And then I think you said this was Hightower.

24          MR. KNOWLTON:  Uh-huh.

25          SOURCE:  Interested in that.  So these four

00001560

1    pipes, maybe these two atlatl weights.  Why don't

2    you give me a number on those?  What's the story

3    behind this bowl, Bob?

4         MR. KNOWLTON:  That's just what I told you.

5    A lady had a--had a store up there on--on Boulder

6    Mountain for years and years and years.  And when

7    her husband passed away she moved to Grand Junction.

8    She got pretty bad health and her daughter came up

9    from Florida to move her back home with her.  So

10   that's all I know about it.  But everything she had

11   was good as gold and I don't see any problem with

12   this.

13        SOURCE:  Oh, no, it's--I can tell you.  I'm

14   just trying to remember her--I think I know who

15   you're talking about and I'm trying to remember her

16   name.

17        MR. KNOWLTON:  I couldn't remember her name

18   because I was in there for about ten minutes and

19   just bought a handful of stuff and left.  I think

20   this came from her, as well.  I think this was with

21   it.

22        SOURCE:  Oh, what the hell is her name?  It

23   was right next to that little white Burr Trail café.

24        MR. KNOWLTON:  You know, I can't--I can't

25   tell you for sure.

                                                    40

1    SOURCE:  Bobbie.  Billie.

2    MR. KNOWLTON:  Billie.

3    SOURCE:  Billie.

4    MR. KNOWLTON:  Billie rings a bell.  Billie

5    what?

6    SOURCE:  She had a boyfriend named Sam.

7    MR. KNOWLTON:  I didn't know any boyfriend.

8    She was down there with her daughter moving back to

9    Clearwater, Florida.

10   SOURCE:  Yep, that's Billie.  I'll be

11   damned.  I think--I'd have to look at this side

12   closer, but I think this side's good.

13   MR. KNOWLTON:  Well, go ahead and look at

14   it.  I'm sure it's good.  I don't think anybody

15   screwed with that.  Oh, you're talking about that

16   tie.

17   SOURCE:  Yeah.

18   MR. KNOWLTON:  I don't know.  I think

19   that's original--original Anasazi tie.

20   SOURCE:  That one's--

21   MR. KNOWLTON:  For positive, that is.

22   SOURCE:  Yeah.

23   MR. KNOWLTON:  And there's one on the

24   bottom, too, that for sure is.

25   SOURCE:  That one makes me think this one's

41

1  good.   Those have--these pieces have the same twist

2  in it--

3         MR. KNOWLTON:   Okay.

4         SOURCE:   --and they're the same material.

5         MR. KNOWLTON:   Okay.

6         SOURCE:   And this one was different.   That

7  would have been done at a different time.   But

8  that's cool.

9         MR. KNOWLTON:   Yeah, that's a nice piece,

10  huh?   I've had a lot of people wanted to buy that, I

11  just never really wanted to sell it that bad.

12         SOURCE:   Yeah, I know what you mean.

13         MR. KNOWLTON:   I was going to let

14  (inaudible) come out here and just (inaudible) the

15  whole shiterie, with the exception of about five

16  frames.

17         SOURCE:   Is he being reasonable with you?

18         MR. KNOWLTON:   Yeah, I think so.   I'm--I'm

19  kind of having second thoughts, because I've got a

20  nice little income off of these.   I don't--you know,

21  I have to work hard enough to sell about two or

22  three grand worth of stuff and I live really good.

23  I live fine.

24         SOURCE:   I'll certainly be stopping by, as

25  long as you're in business.   Let's see what we can

00001563

1    do today.  These three Dove Creek pieces, did--

2         MR. KNOWLTON:  I never had Jeb look at

3    those.  I don't have any doubt about them, but I

4    would leave that open.  See that basalt one?

5    There's no doubt on that piece, but I don't know

6    what it was for.  I don't know why it's drilled.

7    And I don't know what the hell they were using in

8    here, unless there was an atlatl hook or something

9    that went onto their--you know, I just don't know.

10        SOURCE:  You didn't get these from Fred,

11   did you?

12        MR. KNOWLTON:  Fred who?

13        SOURCE:  Holley.

14        MR. KNOWLTON:  No.  I don't even know a

15   Fred Holley.  Where's Fred Holley out of?

16        SOURCE:  He's in Dove Creek.

17        MR. KNOWLTON:  No.  The only--the only guy

18   I bought anything from out of Dove Creek was Ersil

19   Preble.

20        SOURCE:  Oh, okay.

21        MR. KNOWLTON:  And I bought from him before

22   he died.

23        SOURCE:  Okay.

24        MR. KNOWLTON:  That's not true.  Sandy

25   Hightower, I bought--bought almost her whole

43

1   collection, all but two or three frames.

2         SOURCE:   Uh-huh.

3         MR. KNOWLTON:   So I would leave those open.

4   If you want Ben to look at them or something like

5   that, that's fine.

6         SOURCE:   Okay.

7         MR. KNOWLTON:   And I have no doubt about

8   the rest of them at all.   It's just that these are a

9   little different and they're a little weird.

10        SOURCE:   Yeah, they're weird.   But I don't

11  see anything on the surface that's wrong with them,

12  except that they're weird.

13        MR. KNOWLTON:   Well, that's it.   And

14  there's--obviously, they had this pinned into some-

15  thing, because there's just an extreme amount of

16  wear.   When you get it under a microscope--

17        SOURCE:   Uh-huh?

18        MR. KNOWLTON:   --there's a lot of wear

19  around there.   It's almost like something was

20  turning on it.   You know what I mean?

21        SOURCE:   Really?

22        MR. KNOWLTON:   Now, it has really got--

23        SOURCE:   Oh, yeah, it does.

24        MR. KNOWLTON:   You can see the wear.

25        SOURCE:   Uh-huh.   But it looks like good

44

1  wear.

2          MR. KNOWLTON:  Yes, it does.  The piece

3  looks absolutely good to me.

4          SOURCE:  And you think these are Bug Point?

5          MR. KNOWLTON:  Yeah, I'm pretty sure most

6  of those are out of Bug Point.

7          SOURCE:  Okay.  I'd be interested in those

8  three.  I don't know that I'd send them out, Bob,

9  I'd probably just want to look at them close when I

10 get home and--

11         MR. KNOWLTON:  That's fine.  That's not a

12 problem.

13         SOURCE:  --get my strong scope out.  So--

14         MR. KNOWLTON:  So you're interested in

15 those--

16         SOURCE:  --those three.

17         MR. KNOWLTON:  --three, too.

18         SOURCE:  Yeah.

19         MR. KNOWLTON:  Let's put them over here so

20 I can figure... (Inaudible) left again.

21         SOURCE:  I'm sorry.

22         MR. KNOWLTON:  That's all right.

23         SOURCE:  I'd love those Bull Creeks, but I

24 know you're going to want too much for them.

25         MR. KNOWLTON:  How much is too much?

45

1       SOURCE:  You tell me.

2       MR. KNOWLTON:  Hmm?  I'm asking $8,500 for

3   the set, which is not too much.  There's room in

4   there.

5       SOURCE:  Yeah, there is.  Maybe next trip.

6       MR. KNOWLTON:  Okay.

7       SOURCE:  I know I can place those.

8       MR. KNOWLTON:  I had them placed, but I'm

9   going to tell you, Duane Rogers did not--he said he

10  didn't know.  It was a bullshit deal.  I just want

11  to tell you up front so you'll know.  I was going to

12  send them to Ben and go ahead and get them double-

13  papered, but I'm not going to fuck with them.  I

14  know they're good.  I know the guy.  I've never got

15  a bad piece from the (inaudible) man.

16      SOURCE:  I've sent pieces--I mean, anytime

17  you sell something to anybody in Texas, I don't care

18  where, they're going to send it to Duane.  And

19  Duane, God bless him--

20      MR. KNOWLTON:  For the most part I have no

21  problem with Duane.

22      SOURCE:  He knows more about Texas point

23  than any man alive.

24      MR. KNOWLTON:  Well, that particular frame

25  at the time meant a--that sale meant a lot to me and

46

1   I had it sold for way more than $8,500.  I had it

2   sold for 12 grand.

3            SOURCE:  Yeah.

4            MR. KNOWLTON:  And that's really where they

5   should be.

6            SOURCE:  Uh-huh.

7            MR. KNOWLTON:  So, anyway.  What else have

8   I got?  Is that it?

9            SOURCE:  Well, let's see.  Where are we at

10  here?  Give me a figure on those, Bob.  And go ahead

11  and go through piece by piece and let me know what

12  you're thinking.

13           MR. KNOWLTON:  Probably about $2,600, I

14  would say.  And I'm thinking two, two, two, two,

15  750, two, two and two.  And actually I'm high on a

16  couple of them, but I'm low on the--I'm low on this

17  one.

18           SOURCE:  Okay.

19           MR. KNOWLTON:  Way low, so I just averaged

20  them out.  I think I figured that for a grand.

21  That's what I quoted what's-his-name over in

22  Montrose on it.  Really haven't been in an anxious

23  hurry to sell the pipes, but--

24           (Track ends.)

25           SOURCE:  They're--they're somewhat fairly

47

1    easy to turn.

2         MR. KNOWLTON:  Yes, they are.  I think that

3    leaves you room to make some pretty good money on

4    them.  If you've got somebody that will pay for the

5    provenance, that one there should just damn near get

6    your money back.

7         SOURCE:  Yeah.  Will you throw the book in?

8         MR. KNOWLTON:  Yeah.

9         SOURCE:  Okay.  Deal there.

10        MR. KNOWLTON:  Okay.

11        SOURCE:  We're good there.

12        MR. KNOWLTON:  Do you want a nice Anasazi

13   ax?

14        SOURCE:  Got a real nice one?

15        MR. KNOWLTON:  I do have a nice one.  I

16   actually have two nice axes.  Here's a nice Pioneer.

17   And that's out of Arizona.  It came right off the

18   golf course.  I think I've got it listed right where

19   it came off of, in Scottsdale.

20        SOURCE:  Really?

21        MR. KNOWLTON:  I bought that from a guy's

22   daughter.  He's been dead for years.

23        SOURCE:  I'll be damned.

24        MR. KNOWLTON:  She said that when they were

25   digging that he brought home pots and axes and

48

1    everything--

2         SOURCE:  The golf course?

3         MR. KNOWLTON:  --(inaudible) at the golf

4    course when they were first putting it in back in

5    the '50s.

6         SOURCE:  Wow.

7         MR. KNOWLTON:  And then there's another

8    really nice one that goes with it.

9         SOURCE:  Which golf course?

10        MR. KNOWLTON:  Well, it says "right here in

11   Scottsdale."

12        SOURCE:  Well, I--there's a couple.

13        MR. KNOWLTON:  Is that it, Stevens?  No.

14   Sedona, Arizona.  It's in Sedona.  There's only one

15   golf course there.

16        SOURCE:  Oh, okay.  Sedona, not Scottsdale.

17        MR. KNOWLTON:  Yeah.

18        SOURCE:  Okay.  I was trying to place--

19   there's a few golf courses between Scottsdale and

20   Fountain Hills.  I do a lot of business down there

21   with folks around there and there's a couple there.

22   Cool.  Golf course in the '50s?

23        MR. KNOWLTON:  Uh-huh.

24        SOURCE:  Okay.  I like those.

25        MR. KNOWLTON:  And his name--his name is

49

1    Stevens, so that's--that was his name.  And there's

2    the name of the--Foundering Golf Course--golf--I

3    can't (inaudible) construction.  And that's his

4    name, is Stevens, and her name, as well.  I bought

5    it from her daughter--

6         SOURCE:  Uh-huh.

7         MR. KNOWLTON:  --from his daughter.

8         SOURCE:  What do you want for that pair?

9         MR. KNOWLTON:  25 for the pair.

10         SOURCE:  Okay.  Let me think about that for

11    a second, but...

12         MR. KNOWLTON:  Okay.

13         SOURCE:  Same guy in Dove Creek?

14         MR. KNOWLTON:  No, these didn't come from

15    Ersil.  These didn't come from Ersil.  These came

16    from--there's a collage of people that those came

17    from.  I just put this frame together.

18         SOURCE:  Oh, okay.

19         MR. KNOWLTON:  I can tell you that this and

20    this is Sandy Hightower's, and she thought that was

21    a pottery deal.  And these have obviously got polish

22    on them.

23         SOURCE:  Uh-huh.

24         MR. KNOWLTON:  That Membries piece is out

25    of a--I've got a real nice--that's out of a--I've

50

00001571

1    got a real nice--one of those four-sided ones that's

2    dipped in, like a cloverleaf.

3         SOURCE:  Oh, yeah?

4         MR. KNOWLTON:  I have one somewhere--I

5    don't know where it is right now, it's in one of

6    those frames in there--that came out of that

7    collection.  And that came from Don Alterio or--New

8    Mexico.  New Mexico.  Artesia.  Artesia, New Mexico

9    is where they came from.

10        SOURCE:  Oh, okay.

11        MR. KNOWLTON:  Okay?  But, man, I just--I

12   haven't looked at a lot of this stuff for a long

13   time.

14        SOURCE:  Yeah, I know, it--

15        MR. KNOWLTON:  But they're like children.

16        SOURCE:  Yeah.  Eventually you remember

17   where every one of them came from.

18        MR. KNOWLTON:  Absolutely.  I'm not too

19   crazy about selling any of these, but I wanted to

20   show you.  These are out of one site that I found

21   one year.

22        SOURCE:  No shit.

23        MR. KNOWLTON:  One year, one site.

24        SOURCE:  You're shitting me.

25        MR. KNOWLTON:  Three miles from Grand

51

00001572

1   Junction, right up on the base of the mesa.

2          SOURCE:  Wow.

3          MR. KNOWLTON:  I got a Cody, I got a Silver

4   Lake, I got San Jose points and Tula Rosas and a San

5   Jose knife.  Just a fabulous site.

6          SOURCE:  I guess, yeah.

7          MR. KNOWLTON:  There's a little Scotty or

8   an Alberta or something.  That's another Alberta or

9   --not an Alberta, but what--a Wind Dust type heavily

10  ground in here and heavily ground in the bottom.

11  That's an Alberta.  What a fabulous site that was to

12  hunt.  Different materials and shit.

13         SOURCE:  Yeah.  You ever want to let that

14  go, let me know.

15         MR. KNOWLTON:  Yeah, you and Lyle Nichol

16  and everybody else.

17         SOURCE:  Yeah.  Yeah.  You been making any

18  of the shows or...

19         MR. KNOWLTON:  No.  I don't--I don't have

20  to work real hard.

21         SOURCE:  That's good.

22         MR. KNOWLTON:  I don't have to work real

23  hard.  It's been kind of fun, actually.

24         SOURCE:  I've been having a ball.  These

25  European guys have kept me financed so I can fly

52

1    around instead of driving around.

2           MR. KNOWLTON:  Really?

3           SOURCE:  Yeah.

4           MR. KNOWLTON:  How'd you--you saw--what's-

5    his-name that had--from California?  Kind of reminds

6    me of you.  He passed away not long ago.  Young guy,

7    50--50 some years old.  What the hell was his name?

8    Had that site, partners with a guy.  I can't

9    remember what his name is.  But he really--when you

10   first came up I was--you've lost a lot of weight

11   since I saw you last.

12          SOURCE:  Yeah.

13          MR. KNOWLTON:  A lot.  And I--when you

14   first walked up, I was thinking of him and I

15   couldn't--I can't remember his name, but he was a

16   super nice guy.

17          SOURCE:  California.

18          MR. KNOWLTON:  Hell, I can't remember.

19          SOURCE:  But, yeah, that one guy alone in

20   Liechtenstein is dropping mid-six figures a year

21   with me.  Most--

22          MR. KNOWLTON:  He want some really nice

23   paleo?

24          SOURCE:  Nice paleo I could probably get

25   him into.  He's been buying really high-end

53

1   perishable stuff.  And he bought that knife set.

2       MR. KNOWLTON:  Well, I have some nice

3   paleo.

4       SOURCE:  He comes out a couple--if you had

5   pa--if you had southwest paleo with good provenance,

6   I could sell it to him.

7       MR. KNOWLTON:  Most of my real good--my

8   real good paleo is southeastern Colorado, which is

9   fabulous stuff.

10      SOURCE:  Uh-huh.  If you've got good

11  provenance on it, I think I could get him to buy it.

12      MR. KNOWLTON:  Most of the stuff is out of

13  a Mutz collection, and that's about as good a

14  provenance as you're going to get.

15      Here's that other bone stuff.  Christ.

16      SOURCE:  You'd be amazed, some of the stuff

17  I've found for this guy.  Basketmaker, two cradle

18  boards.

19      MR. KNOWLTON:  Will he buy California

20  stuff?  I have a guy that has some Pitt River

21  baskets and a Ute cradle board that's probably the

22  prettiest fucker I've ever seen in my life.

23      SOURCE:  You know, I--I don't go out of my

24  area, because I don't know what I'm doing.

25      MR. KNOWLTON:  Well, here's a bunch of Utah

                                                    54

1    and stuff, but those bones--all these bones are out

2    of Montrose, Colorado.

3          SOURCE:  Uh-huh.

4          MR. KNOWLTON:  They're all out of the same

5    collection.  And there's a collage of stuff here.

6    But here's a nice frame of paleo.

7          SOURCE:  Have you got any Utah paleo?

8          MR. KNOWLTON:  Well, those pieces that I

9    showed you here a minute ago.  Let me see if I can--

10         SOURCE:  Nice stuff.  I don't want to get

11   him into anything--I've been trying to keep him in

12   stuff that has--will have good--hold its value, you

13   know.

14         MR. KNOWLTON:  Well, this is southwest

15   Colorado and I'm calling it a Hell Gap.  I don't,

16   Brent might call it a Little Colorado or something

17   else.

18         SOURCE:  A Little Colorado stem.

19         MR. KNOWLTON:  And I don't know what to

20   call this.  It's made--it made (inaudible) into a

21   graver.  This was out of Montrose.  That's--that is

22   over by Telluride, by Lake Miramonte.  A park ranger

23   found that.  That's papered twice as a Midland.

24         SOURCE:  Really?  How did you get it from a

25   park ranger?

00001576

1   MR. KNOWLTON:  He sold it to me.

2   SOURCE:  Off a forest or--

3   MR. KNOWLTON:  Yeah, he found it after a

4   fire.  I used to buy a lot of stuff from him.  He's

5   a good guy.

6   SOURCE:  So a park ranger off of national

7   forest?

8   MR. KNOWLTON:  Oh, yeah.  It happens all

9   the time, when you get to--

10  SOURCE:  And right by Telluride?

11  MR. KNOWLTON:  No, by Lake Miramonte, just

12  out--

13  SOURCE:  Lake Miramonte.

14  MR. KNOWLTON:  That's over by Telluride.

15  SOURCE:  And who's papered that, Bob?

16  MR. KNOWLTON:  It's got a Jackson and a

17  Taylor, both, on it.

18  SOURCE:  How much do you want for that

19  piece?

20  MR. KNOWLTON:  I want $3,200 for that.

21  This one here is out of Fremont County, which is

22  over by Gunnison.  Red quartzite, and it's a nice,

23  nice Alberta.  Another inch on that and it would be

24  almost untouchable.  Do you want to look at that?

25  SOURCE:  Yeah, I do.

56

1      MR. KNOWLTON:  God dammit.  Fuck, I got to
2  get somewhere where it's solid here.
3      SOURCE:  Yeah, don't...  It's a shame what
4  Bill and Alex have been through the last few years.
5      MR. KNOWLTON:  They didn't have that
6  coming, I don't think.
7      SOURCE:  That's got really nice grinding on
8  it.  Really nice.
9      MR. KNOWLTON:  And Greg Prindle saw that.
10  I never sent it to him, but he told me that this was
11  resharpened obtusely to save the length.
12      SOURCE:  Uh-huh.  It's been resharpened a
13  lot, but--
14      MR. KNOWLTON:  Uh-huh.
15      SOURCE:  --it goes--hit that right on.
16  Take three for it?
17      MR. KNOWLTON:  I don't want to very bad.
18  You won't have any problem moving that if you've got
19  somebody that likes (inaudible).
20      Let me show you ten grand on the hoof.
21  I've got that sold anytime I want to and I don't
22  know if I want to take ten for it.
23      SOURCE:  Oh, yeah, you shouldn't have any
24  problem with that, Bob.  Very nice.
25      MR. KNOWLTON:  There's the other one.

57

1       SOURCE:  Sweet.

2       MR. KNOWLTON:  They don't get much nicer

3 than those, just don't.

4       SOURCE:  Uh-huh.  Wow.

5       MR. KNOWLTON:  And I got Ed trying to steal

6 my prior.  Does that get your heart?  Goddamn prior,

7 too.

8       Here's a nice piece out of--right over by

9 the airport at Moab.

10      SOURCE:  Really?

11      MR. KNOWLTON:  Uh-huh.

12      SOURCE:  What are you calling that?

13      MR. KNOWLTON:  Well, I call it a Hell Gap

14 knife.

15      SOURCE:  That's what I was going to say.

16      MR. KNOWLTON:  I sent it to Jackson and

17 he's off the wall.  He called it some kind of

18 goddamn--

19      SOURCE:  Eastern?

20      MR. KNOWLTON:  No, far--far west up Cougar

21 Mountain.

22      SOURCE:  No.  No.

23      MR. KNOWLTON:  That ain't no Cougar

24 Mountain.  I say it's a Hell Gap knife all the way.

25 It does have remnants of grinding on the stem, too,

00001579

1   when you get it into the light.

2           SOURCE:  Moab airport?

3           MR. KNOWLTON:  Right out by the airport.

4           SOURCE:  Trying to think of the name of the

5   --names of the canyons around there.  There's Ten

6   Mile, Trail--

7           MR. KNOWLTON:  I didn't ask Eddie what

8   canyon she found it at.  She got me pretty close in

9   there.  I bought most of her collection about three

10  years ago, four years ago.

11          SOURCE:  Do you know which direction out

12  from the airport?

13          MR. KNOWLTON:  Uh-huh, I know that.  Toward

14  town.

15          SOURCE:  Toward town?  Down?

16          MR. KNOWLTON:  Down.

17          SOURCE:  South?

18          MR. KNOWLTON:  South.

19          SOURCE:  I don't know if I have that map or

20  not.  There's the airport right there.

21          MR. KNOWLTON:  Okay, where's Mo--this is

22  the highway?

23          SOURCE:  Yeah.  Moab's right here.

24          MR. KNOWLTON:  Okay.  You're going to be on

25  this side right down here.

59

1  SOURCE:  Right down in here?

2  MR. KNOWLTON:  Uh-huh.

3  SOURCE:  You think it's a Hell Gap knife?

4  MR. KNOWLTON:  I don't know.  What the hell

5  else would you call it?

6  SOURCE:  I--the shape is right.

7  MR. KNOWLTON:  Well, here's the thing.  I

8  don't understand what has happened to the deal,

9  because if you'll take and run your fingers right

10  here, you can feel grinding there, you can feel

11  grinding there, and there's one other spot about

12  midway up where there's grinding.  Right there.

13  Feel it?  Come around that corner--

14  SOURCE:  Oh, yeah.  Yeah.

15  MR. KNOWLTON:  --and around the other

16  corner.  So for some reason somebody had busted that

17  out.  I don't know if it was a later culture or

18  what.

19  SOURCE:  I'll be damned.  Huh.

20  MR. KNOWLTON:  That's about as nice a piece

21  as I've ever seen come out of there.

22  SOURCE:  How much you want for that one?

23  MR. KNOWLTON:  Three grand.  You can have

24  Jackson paper, which you can wad up and throw away

25  when you leave.

00001581

1         SOURCE:  How about three each for both of

2  those?

3         MR. KNOWLTON:  I'd do that.

4         SOURCE:  All right.  All right.  Let's do

5  that.  I'll be back.

6         MR. KNOWLTON:  And these, you can just

7  figure those.  If you've got a problem with them,

8  (inaudible) them at $200 apiece.

9         SOURCE:  Okay.

10         MR. KNOWLTON:  And if you need--I'll cut

11  you a check back.  I don't think you'll have a

12  problem.

13         SOURCE:  Not a problem.  So we're at three,

14  six, 26--

15         MR. KNOWLTON:  26, 86.

16         SOURCE:  Okay.  You--

17         MR. KNOWLTON:  Oh, you've got green guys.

18         SOURCE:  Is that okay with you?

19         MR. KNOWLTON:  Yes, sir.

20         SOURCE:  Okay.

21         MR. KNOWLTON:  I like that.  I don't have

22  to tell nobody.

23         SOURCE:  Me neither.  There's one.

24         MR. KNOWLTON:  Uh-huh.  We'll just take and

25  put these right here.

00001582

1         SOURCE:   There's two.

2         MR. KNOWLTON:   Okay.

3         SOURCE:   There's three.   There's four.

4 Five.

5         MR. KNOWLTON:   Okay.

6         SOURCE:   Six.

7         MR. KNOWLTON:   Okay.

8         SOURCE:   Seven.   Eight.

9         MR. KNOWLTON:   Okay.

10         SOURCE:   And six.

11         MR. KNOWLTON:   Okay.   I've got to get you

12 some papers.

13         SOURCE:   Excellent.

14         (Source answers cell phone call, not

15 transcribed.)

16         (No dialogue for about four minutes.)

17         MR. KNOWLTON:   (Inaudible.)   I'm sorry

18 (inaudible), I'm just trying to find those damn

19 things.   I know they're here.

20         SOURCE:   Hey, Bob?

21         MR. KNOWLTON:   Yeah, bud?

22         SOURCE:   You know, would you mind shipping

23 all this stuff to me?   Would that be a problem?

24         MR. KNOWLTON:   No, I can do that.

25         SOURCE:   And then you can find the papers

62

1    and--

2         MR. KNOWLTON:  I've got--I've got one of

3    them now.  I'll find the other.  I've got them both.

4    I've got them all.  Actually, yeah, I don't mind.  I

5    can ship those to you.  That's not a problem at all.

6    And there's the Jackson and the Taylor and there's a

7    Jackson.

8         SOURCE:  Okay, great.  Yeah, if you'd just

9    throw those in with that, that would be great.  Then

10   I--I try not to check luggage, but they won't let

11   me--

12        MR. KNOWLTON:  I know.  Isn't that stupid?

13   Make sure I have your address and I'll put them in

14   the mail tomorrow morning.  I'll get them packaged

15   and mail them tomorrow.

16        You're so abused.  You poor little doggy.

17        SOURCE:  Okay.  Just so--let's see, we've

18   got the Hell Gap--

19        MR. KNOWLTON:  Okay.

20        SOURCE:  --for three.  That's south of the

21   airport, Moab; the Midland you got from your buddy

22   ranger.  Then that's the West Water pipe.  Then I've

23   got--let's see.

24        That should just be--oh, three atlatl

25   weights from Dove Creek, that's these three--or--

00001584

1   that's right, these three; right?

2        MR. KNOWLTON:  One, two, three right there.

3   And that one is--I'm blanking on it.

4        SOURCE:  No.  Let's see, this--these are

5   the three you told me are Dove--

6        MR. KNOWLTON:  Those are--yeah, those--

7        SOURCE:  --Creek.

8        MR. KNOWLTON:  --are out of Sandy's

9   collection.

10        SOURCE:  And that's Sandy's--that's Turner,

11   or do I have--

12        MR. KNOWLTON:  That's out of Turner Look.

13   That's the Turner Look one and that's Sandy.

14        SOURCE:  And that's Sandy's.  And that's

15   Sandy's.

16        MR. KNOWLTON:  That's Sandy's, that and

17   that is Sandy's.

18        SOURCE:  Okay.  I got it right then.

19        MR. KNOWLTON:  Yeah, you're all--

20        SOURCE:  Okay.  So--

21        MR. KNOWLTON:  You want me to sign anything

22   or--

23        (Track ends.)

24        MR. KNOWLTON:  --do this--that one there

25   for me.  I can actually throw these in the book

64

1    here.  But if you wouldn't mind shipping those to

2    me.

3         MR. KNOWLTON:  I don't know if that was on

4    private land.  What do I got to do?  I got to say

5    found before 1970.  I think I can do that pretty

6    safe.  Or do you want me to put it out there like

7    that?  How do you want me to figure that?

8         SOURCE:  Any--Utah and Colorado is fine

9    with me.

10        MR. KNOWLTON:  Today is--well, there's no

11   perishables here, so I don't--

12        SOURCE:  Yeah.  Yeah.

13        MR. KNOWLTON:  --got anything to worry

14   about.

15        SOURCE:  No.

16        MR. KNOWLTON:  Okay.  Today is--18th?

17   17th?

18        SOURCE:  17th.

19        MR. KNOWLTON:  Do you want to witness it?

20        SOURCE:  Yeah.

21        MR. KNOWLTON:  Okay.

22        SOURCE:  Right on.  Appreciate it.

23        MR. KNOWLTON:  I need an address so I know

24   where to send this.

25        SOURCE:  Okay.  Do you have one of my old

00001586

1    cards or...

2          MR. KNOWLTON:  I don't have any of your

3    cards.

4          SOURCE:  I don't know if I have one.  Well,

5    here, I'll just write it down.  I just moved, but I

6    kept the same--

7          MR. KNOWLTON:  When are you going to be

8    back home?

9          SOURCE:  I'll be home tomorrow afternoon.

10         MR. KNOWLTON:  Okay.

11         SOURCE:  So, yeah, ship away.

12         MR. KNOWLTON:  Well, I'll mail them first

13    thing in the morning, then.  Do you want me to send

14    them registered or just insured or what?

15         SOURCE:  Registered is usually the best.

16         MR. KNOWLTON:  Okay.

17         SOURCE:  That's--they insure up to $50,000.

18    All right.

19         MR. KNOWLTON:  Okay.  I'll put those in

20    tomorrow.  Well, I hope you make a good profit on

21    those and I'll do some more business with you.

22         SOURCE:  Absolutely.  I'll be back your

23    direction, Robert.  Thank you for your time.

24         MR. KNOWLTON:  Ted, thank you.

25         SOURCE:  Take care.

00001587

1          MR. KNOWLTON:  You take care, my friend.

2     I'd offer you a beer but I don't think you want one

3     this time of day.

4          SOURCE:  Not quite yet.

5          MR. KNOWLTON:  You're going to get to

6     Denver in rush hour, you know that, don't you?

7          SOURCE:  Yeah, I know.

8          MR. KNOWLTON:  They put you in a nice

9     little ride, didn't they?

10          SOURCE:  Yeah.  It's Thrifty Rental.

11          MR. KNOWLTON:  When I went out to

12     California I rented--they're almost all Chrysler.  I

13     rented one of those little shit-box cars.  Got

14     thirty--almost 38 miles to the gallon of gas, but it

15     was like riding a goddamn roller skate.

16          SOURCE:  I don't like those little cars.

17          MR. KNOWLTON:  Well, you run--you run them

18     85 and 90 wherever you can, 100 wherever you can,

19     you know.  And it's just a little spooky, because

20     those old cars kind of move around a little bit on

21     you.

22          One time we were coming right down there

23     just before you get to the--that gambling place

24     there outside of Salt Lake, uh--

25          SOURCE:  Wendover?

00001588

1        MR. KNOWLTON:   To Wendover.

2        SOURCE:   Yeah.

3        MR. KNOWLTON:   Coming down that long hill,

4   I was blazing along about 95 and this gal was

5   blazing around--right on my tail.   We went right by

6   this cop.

7        She hit her fucking binders and he come and

8   I thought, Boy, we're both going to get a ticket.

9   He never stopped me, he stopped her.   Is that weird?

10        SOURCE:   Robert, thank you, sir.

11        MR. KNOWLTON:   Thanks, Ted.   Take care.

12   buddy.

13        SOURCE:   Good to see you again.

14        MR. KNOWLTON:   I hope you get to see Rick.

15        SOURCE:   We'll be back.   Yes.

16        MR. KNOWLTON:   If you see Rick, tell him I

17   said hi.

18        SOURCE:   I will.

19        MR. KNOWLTON:   All right.   I think I have

20   Jeb Taylor paper on one of those pipes, too.

21        SOURCE:   Throw it in.

22        MR. KNOWLTON:   I'll go look and see if I've

23   got it.

24        SOURCE:   Appreciate it.

25        MR. KNOWLTON:   I'm not positive, but I

00001589

1    think I might.

2            SOURCE:   Okay.

3            (The meeting was concluded.)

4                        *  *  *

5            SOURCE:   SU6129, 7/17/08, 1601 hours.   End

6    Robert Knowlton, Fort Collins, Colorado.

7                        *   *   *

8                        *   *   *

9                        *   *   *

10                       *   *   *

11                       *   *   *

12                       *   *   *

13                       *   *   *

14                       *   *   *

15                       *   *   *

16                       *   *   *

17                       *   *   *

18                       *   *   *

19                       *   *   *

20                       *   *   *

21                       *   *   *

22                       *   *   *

23                       *   *   *

24                       *   *   *

25                       *   *   *

00001590

# C E R T I F I C A T E

STATE OF UTAH            )
                         : ss.
COUNTY OF SALT LAKE      )


    I, RASHELL GARCIA, a Registered Professional Reporter within and for the County of Salt Lake, State of Utah, do hereby certify:


    That the foregoing tape-recorded proceedings were transcribed into typewriting under my direction and supervision and that the foregoing pages contain a true and correct transcription of said proceedings to the best of my ability to do so.


    IN WITNESS WHEREOF, I have hereunto subscribed my name this ___17th___ day of March 2010.


RASHELL GARCIA, RPR

Notary Public
**RASHELL GARCIA**
Commission #579215
My Commission Expires
June 22, 2013
State of Utah

70

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

## A

ability 70:18
absolutely 14:10
  45:3 51:18 66:22
absorbed 15:11
abused 63:16
acreage 7:10
acres 7:7,11,12
actual 11:22
address 63:13
  65:23
afternoon 66:9
Agate 36:24
ago 15:1 53:6 55:9
  59:10,10
ahead 13:5 41:13
  46:12 47:10
ain't 58:23
Airplane 8:2
airport 58:9 59:2,3
  59:12,20 63:21
Albany 17:25 18:6
Alberta 52:8,8,9,11
  56:23
alcove 20:12
Alex 57:4
alive 34:22 46:23
Allen 18:10 38:20
almighty 12:24
Alterio 51:7
amazed 33:3 54:16
amazing 27:3 38:22
amount 44:15
Anasazi 27:17
  41:19 48:12
answers 62:14
antique 7:1
anxious 47:22
anybody 25:1
  41:14 46:17
anymore 15:6
anytime 24:2 46:16
  57:21
anyway 21:22

25:17 47:7
Apache 31:21
apart 13:6
apiece 61:8
apparently 20:16
Appreciate 65:22
  68:24
archaic 5:6
archeologist 10:24
  13:14 14:19 16:9
archeologists 13:15
archie 14:5
archies 13:25
area 9:5 10:5,19
  28:5 39:9 54:24
Arizona 4:9 14:6,7
  14:16 48:17 49:14
arrow 35:9
arrowheads 13:17
Artesia 51:8,8
artifact 16:2
artifacts 14:23
  15:14 16:1
arts 25:3
asking 46:2
ass 15:9 16:3
assume 32:9
atlatl 17:9 32:6
  39:19 40:1 43:8
  63:24
attention 24:15
aunts 25:16
authenticating 15:3
averaged 47:19
Awesome 38:2
awl 31:1
ax 48:13
axes 48:16,25
axle 8:17,18

## B

back 7:20 8:5,15
  22:19 23:2 33:4,5
  35:21 40:9 41:8
  48:6 49:4 61:5,11

66:8,22 68:15
backpacks 32:20
bad 40:8 42:11
  46:15 57:17
Baja 30:1
ball 52:24
basalt 43:4
base 52:1
bases 4:14
basin 6:9
basins 36:24
basket 31:21,22
basketmaker 18:15
  20:12 36:2 54:17
baskets 54:21
batting 21:18
beads 24:15
beautiful 18:12
  22:24 25:19
beer 67:2
believe 16:3 36:6
bell 41:4
Ben 44:4 46:12
best 9:9 66:15
  70:18
better 21:24
bid 37:9
big 7:14,15 12:6
  24:6 35:4
Bill 57:4
Billie 41:1,2,3,4,4
  41:10
binders 68:7
bird 5:7 8:24 25:4
bit 34:2 67:20
bite 2:6
black 10:10
blades 14:25 18:10
  18:13
Blanding 10:25,25
  11:1,10 18:1
  25:15 28:9
Blanding's 11:11
blanking 64:3

blazing 68:4,5
bless 46:19
BLM 13:24 14:5
  16:9
block 30:25
bluffs 27:15
board 54:21
boards 54:18
Bob 2:3,9 5:13
  11:19 12:25 13:12
  18:8 27:4,8 31:15
  34:18 40:3 45:8
  47:10 56:15 57:24
  62:20
Bobbie 41:1
bone 32:23 34:18
  38:25 39:1 54:15
bones 5:21
book 10:23 22:13
  48:7 64:25
book's 13:5
border 28:3
bottle 9:3
bottom 7:25 8:6
  30:3 41:24 52:10
bought 7:3,3,9,10
  7:11 13:20 18:5
  18:20 19:20 20:22
  21:8 22:23,23
  27:25 30:18 32:23
  32:24 34:21 40:19
  43:18,21,25,25
  48:21 50:4 54:1
  59:9
Boulder 5:12 6:2,6
  6:8,11,15,20 7:8
  7:18 32:2 40:5
bound 38:19
bounds 7:23
bowl 40:3
bowls 5:23
box 14:23
Boy 68:8
boyfriend 41:6,7

branch 12:8
breaker 8:17,18
Brent 34:23,25
  55:16
broken 32:11
broken-down 35:4
BROOKS 1:4
brother 14:20
  20:13 21:14
brought 33:10,11
  48:25
bucks 15:10,10
bud 62:21
buddy 63:21 68:12
Bug 26:1,3,4 45:4,6
Bull 9:8,9 45:23
bullshit 46:10
bunch 31:21 33:10
  54:25
Buque 38:14
Burr 9:4 40:23
Bushy 3:9
business 16:2 42:25
  49:20 66:21
busted 32:11 60:16
buy 9:2 21:25 22:1
  22:8 29:15 37:10
  42:10 54:11,19
  56:4
buyers 15:21
buying 53:25

## C

C 2:1 70:2,2
caf 40:23
California 3:4
  17:12 30:1 53:5
  53:17 54:19 67:12
call 55:16,20 58:13
  60:5 62:14
called 31:17 58:17
calling 37:7 55:15
  58:12
camps 8:5
canyon 33:14,22,23

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

37:18 38:14 59:8
canyons 59:5
Capitol 8:24
car 25:7
cards 66:1,3
care 46:17 66:25
  67:1 68:11
careful 39:5
cares 37:11
cars 67:13,16,20
carved 29:17,21
case 18:9
Cattle 31:18
Cedar 32:17
cell 62:14
Cemetery 25:15
ceramics 3:21
certainly 12:10
  42:24
certify 70:12
Chaco 37:18
Chambers 17:20
cheap 22:25
check 61:11 63:10
chelsetti 18:15
children 51:15
Christ 54:15
Chrysler 67:12
circle 16:16
Cisco 22:14
City 30:13,14
Claire 8:23
clay 14:13
cleaned 32:12
Clearwater 41:9
Cliffs 22:14
climbing 32:21
  33:7
close 45:9 59:8
closer 26:1 41:12
cloverleaf 51:2
Clovis 13:21
Cody 36:23 52:3
collage 50:16 55:5

collect 23:13
collected 24:18
collection 11:6
  13:17 18:2,5
  23:17 25:7,22
  26:9 35:10 44:1
  51:7 54:13 55:5
  59:9 64:9
collections 22:1
Collins 1:14 2:3
  69:6
Colorado 1:14 2:3
  4:5 6:3 10:16
  17:18 34:1,5,8,8
  36:22,23 37:4,9
  54:8 55:2,15,16
  55:18 65:8 69:6
come 2:5,5 7:24
  11:5 13:12 23:2
  42:14 50:14,15
  60:13,21 68:7
comes 54:4
coming 6:20 33:14
  33:19,21 57:6
  67:22 68:3
Company 31:18
complaints 2:16
complete 10:23
concluded 69:3
construction 38:3
  50:3
contain 70:16
convinced 25:1
cool 7:6 11:2 13:9
  17:2 21:21 23:1
  23:25 25:20 26:6
  26:6 27:22 32:5
  32:15 42:8 49:22
cop 68:6
corner 11:12 34:2
  60:13,16
Corners 3:22
correct 70:17
cotton 5:18

Cottonwood 12:8
Cougar 58:20,23
country 7:20 9:5
  33:4
County 17:11 18:1
  18:3 56:21 70:7
  70:11
couple 2:8 4:9,14
  10:18 15:21 26:13
  26:20 34:4 47:16
  49:12,21 54:4
course 48:18 49:2,4
  49:9,15,22 50:2
courses 49:19
cracking 27:3
cradle 54:17,21
crap 32:12
crazy 19:22 51:19
Creek 10:16 11:8
  11:12 17:16,17,17
  21:23 23:10 25:8
  25:22 43:1,16,18
  50:13 63:25 64:7
Creeks 9:8,10
  45:23
crew 20:13
culture 60:17
cut 61:10
cute 24:24

D

D 2:1
Dakota 36:9 37:15
  39:6
dammit 33:14 57:1
damn 23:16 48:5
  62:18
damned 41:11
  48:23 60:19
daughter 40:8 41:8
  48:22 50:5,7
Dave 19:1,2,3
David 20:23
Davis 20:6
day 12:18 67:3

70:21
De 38:14
dead 25:11 48:22
deal 32:4 46:10
  48:9 50:21 60:8
dealer 20:24 25:7
deals 4:24
Deb 3:2
demand 3:15
Denver 33:21 67:6
depending 20:21
  20:21 37:6
design 6:13
determined 38:20
dialogue 62:16
died 43:22
different 42:6,7
  44:9 52:12
difficult 4:1
digging 48:25
dipped 51:2
direction 59:11
  66:23 70:15
directly 16:8
doggy 63:16
doing 15:5,13 33:8
  34:15 54:24
Dolores 37:17
Don 51:7
double 46:12
doubt 28:1 43:3,5
  44:7
dough 15:23
Dove 10:16 11:8,12
  17:16,17,17 21:23
  23:10 25:7,22
  43:1,16,18 50:13
  63:25 64:5
drift 3:23
drilled 43:6
drive 38:8
driving 53:1
drop 8:9 9:3
dropping 53:20

Duane 46:9,18,19
  46:21
dug 3:3 22:18,19
  25:23 31:1,2
dumb 33:24
dumped 35:14
dumping 15:23
Dust 52:9

E

E 2:1,1 70:2,2
Earl 25:8,10
east 33:15,21
eastern 17:18 58:19
easy 48:1
Ed 28:18 58:5
Eddie 59:7
Eight 62:8
either 35:18
ended 18:22 19:7
ends 23:3 47:24
  64:23
equipment 32:21
  33:7 35:5
Ersil 25:6 43:18
  50:15,15
European 15:21
  18:23 24:5 52:25
Eventually 51:16
everybody 52:16
exact 11:18 24:16
exactly 3:12 9:20
  28:14
Excellent 62:13
exception 42:15
expertise 15:15
extreme 44:15
eye 21:18

F

F 70:2
fabulous 24:16
  35:9 52:5,11 54:9
fact 12:18 18:8
  19:10 36:1

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

fairly 47:25
falling 13:5
familiar 6:3 28:5,6
far 3:23 58:20,20
father 7:11 9:2
fault 38:7
feel 33:24 60:10,10
  60:13
figure 4:3 45:20
  47:10 61:7 65:7
figured 23:22 47:20
figures 53:20
figuring 38:12
finally 19:18
financed 52:25
find 12:1,11 20:18
  20:25 38:18 62:18
  62:25 63:3
finding 12:22
fine 16:5,6 42:23
  44:5 45:11 65:8
fingers 60:9
finish 26:19
finished 27:1
fire 56:4
fire-tempered
  14:12
first 21:3 33:22
  49:4 53:10,14
  66:12
five 6:15 12:6,7
  24:4 42:15 62:4
five-figure 21:17
Florida 40:9 41:9
fly 52:25
folks 49:21
foregoing 70:14,16
foreign 29:15
forest 56:2,7
forever 38:4,20
forget 7:8
Fort 1:14 2:3 69:6
found 9:22 17:18
  17:25 22:3 23:8

23:20 28:3 37:24
  38:22 51:20 54:17
  55:23 56:3 59:8
  65:5
Foundering 50:2
Fountain 49:20
four 3:22 8:12 11:1
  39:25 59:10 62:3
  62:16
four-sided 51:1
four-wheeler 8:4
  8:20
frame 36:4,15
  38:24 46:24 50:17
  55:6
frames 33:12 42:16
  44:1 51:6
Fred 43:10,12,15
  43:15
Fremont 28:12,13
  56:21
friend 19:3 67:1
friends 35:21
front 46:11
Fruita 8:25
fuck 46:13 57:1
fucker 54:22
fucking 22:24 68:7
full 27:2
fun 52:23
funeral 25:12
funnier 21:19
further 11:3

**G**

G 2:1
gal 68:4
gallon 67:14
gambling 67:23
Gap 37:6 55:15
  58:13,24 60:3
  63:18
GARCIA 70:10,24
Garskills 38:1
gas 67:14

generally 5:3 36:3
getting 5:4 32:15
  33:4,4
give 19:17 40:2
  47:10
Glade 31:9,11,25
  32:3
glass 2:18 3:11
go 7:18,23 8:8,19
  16:9 21:18 32:16
  35:8 41:13 46:12
  47:10,11 52:14
  54:23 68:22
god 12:24 22:23
  33:14 46:19 57:1
goddamn 12:11
  58:6,18 67:15
goes 49:8 57:15
going 2:25 3:7,8,9
  6:14,23 26:23
  27:13,14 29:7
  31:5 33:15,22
  35:22 42:13 45:24
  46:9,11,13,18
  54:14 58:15 59:24
  66:7 67:5 68:8
gold 14:7 26:12
  40:11
golf 48:18 49:2,3,9
  49:15,19,22 50:2
  50:2
Gomer 3:7,9
good 2:10,11,17
  9:17 14:7,9 15:17
  16:5 19:3,21 20:3
  20:4 25:10 26:11
  28:17,18 34:20
  40:11 41:12,14
  42:1,22 44:25
  45:3 46:14 48:3
  48:11 52:21 54:5
  54:7,8,10,13
  55:12 56:5 66:20
  68:13

gotten 37:8
grand 7:5 17:14
  19:15 28:2 31:12
  33:14,19,23 35:22
  40:7 42:22 47:2
  47:20 51:25 57:20
  60:23
graver 55:21
great 3:2 8:5,16
  63:8,9
green 61:17
Greg 57:9
grew 8:23
grinding 57:7
  58:25 60:10,11,12
ground 10:11 52:10
  52:10
grounds 7:22
group 23:8
grown 32:16
guess 38:13 52:6
Gunnison 56:22
guy 3:3 8:23 9:13
  9:19 12:17 13:14
  13:21 15:22 17:4
  18:24 19:7,9,11
  20:22,23 21:16,21
  22:21,22 27:25
  32:24 34:21 35:3
  43:17 46:14 50:13
  53:6,8,16,19
  54:17,20 56:5
guys 5:22 16:1
  18:23 20:17 22:2
  22:2,4,8 24:5
  52:25 61:17
guy's 16:17 48:21

**H**

half 20:18 21:12
hand 7:21
handful 7:4 40:19
handle 24:20
hands 16:10,12
hang 31:5

happened 60:8
happens 56:8
hard 6:19 27:5 33:6
  42:21 52:20,23
Harry 17:25 18:5
Hasket 37:1
Haywood 17:25
head 35:10
heading 32:20
health 40:8
heart 58:6
heat 15:12
heavily 52:9,10
heavy 35:4
hell 6:11,23 20:18
  21:20 34:14 37:6
  40:22 43:7 53:7
  53:18 55:15 58:13
  58:24 60:3,4
  63:18
hell's 33:23
Henry 9:9 34:12,15
Henrys 9:18
hereunto 70:20
Hey 62:20
hi 68:17
high 16:6 47:15
Hightower 39:18
  39:23 43:25
Hightower's 11:6
  15:18,20 25:22
  50:20
highway 59:22
high-dollar 16:6
high-end 53:25
hill 68:3
Hills 49:20
history 15:17 34:18
his-name 53:5
hit 57:15 68:7
hitting 38:3
Hmm 46:2
Hohokam 25:2
hold 5:20 27:3

00001594

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

55:12
**Hollenberg** 36:19
**Holley** 43:13,15,15
**home** 40:9 45:10
  48:25 66:8,9
**homestead** 7:16
**honest** 24:7
**hoof** 57:20
**hook** 43:8
**hope** 66:20 68:14
**hot** 17:5
**hour** 38:8 67:6
**hours** 2:2 11:13
  69:5
**hour-and-a-half**
  11:14,17
**house** 19:11 35:8
**How'd** 53:4
**How's** 2:13
**huge** 5:25
**huh** 12:14 21:21
  42:10 60:19
**Huh-uh** 35:1
**hunt** 31:18 52:12
**hunted** 7:18
**hunting** 8:16 9:13
  28:4
**hurry** 47:23
**husband** 40:7

_____
**I**
**idea** 16:14
**inaudible** 2:6 4:3
  4:10 5:9 6:4 7:19
  10:23 11:21 12:5
  12:21,24 13:23
  24:20,23 32:6
  34:15 38:5 39:11
  42:14,14 45:20
  46:15 49:3 50:3
  55:20 57:19 61:8
  62:17,18
**inch** 56:23
**inches** 38:21
**income** 42:20

**individually** 9:17
**insure** 66:17
**insured** 66:14
**interest** 10:6 23:2,6
**interested** 5:2,22
  10:8 11:2 12:17
  13:20,22 15:16
  17:8 27:22 39:17
  39:22,25 45:7,14
**interests** 10:3

_____
**J**
**Jackson** 20:6 56:16
  58:16 60:24 63:6
  63:7
**jars** 36:12
**Jeb** 9:12,16 14:6
  15:2,4 18:9 19:20
  19:21,21,23 26:11
  28:7 43:2 68:20
**Jeb's** 14:9
**Jeff's** 2:19
**Jerry** 21:4
**Jerry's** 21:14
**Jim** 14:19,23
**Jimmy** 38:20
**Jose** 52:4,5
**July** 1:13
**jump** 2:7
**Junction** 7:5 17:15
  19:15 28:2 31:12
  33:15,19 35:22
  40:7 52:1

_____
**K**
**Kansas** 39:3,3
**keep** 55:11
**kept** 52:25 66:6
**Kevin** 37:8
**kill** 20:1
**kind** 3:14,22 30:11
  42:19 52:23 53:5
  58:17 67:20
**kiva** 12:7,7 25:23
**knife** 24:19 36:6

52:5 54:1 58:14
  58:24 60:3
**knives** 18:15 19:12
  19:20 20:4 32:22
  36:2
**knocked** 20:15
**know** 2:25 3:12,16
  4:12,12,23 5:1 6:8
  6:11,16 7:20 10:2
  10:3 11:3,13
  12:18,23,23 14:7
  14:11,17,18 17:8
  17:10,10 18:25
  19:18,20 20:4,4,9
  20:20 21:11,16,23
  21:25 22:9,9 23:7
  23:12 25:11,24
  27:7 29:5,9,10,13
  29:14 32:17,24
  33:8 34:1,1,14,17
  34:19 37:25 40:10
  40:14,24 41:7,18
  42:12,20 43:5,6,7
  43:9,9,14 44:20
  45:8,24 46:7,10
  46:11,14,14 47:11
  51:5,14 52:14
  54:23,24 55:13,19
  57:22 59:11,13,19
  60:4,17 62:19,22
  63:12 65:3,23
  66:4 67:6,7,19
**Knowlton** 1:4 2:3,5
  2:10,12,15,18,21
  2:25 3:6,8,11,18
  3:24 4:3,7,12,17
  4:20,23 5:1,6,11
  5:14,17,20,23 6:2
  6:5,9,12,18,22,25
  7:3,13,17 8:1,8,12
  8:15,18,22 9:1,6
  9:12,16,19,22,25
  10:2,7,10,13,15
  10:18,23 11:5,8

11:11,15,17,20,25
  12:10,14,16 13:1
  13:4,8,10,14,19
  14:1,4,10,12,15
  14:17,19,22 15:5
  15:8,11,19,25
  16:5,11,15,20,23
  17:1,3,6,10,14,22
  17:24 18:8,12,16
  18:19,24 19:2,5,8
  19:14,17,24 20:2
  20:8,10,19,21
  21:3,5,7,9,13,21
  21:25 22:6,13,16
  22:18,21 23:4,9
  23:11,15,19,21,23
  24:1,7,11,14,23
  24:25 25:6,11,13
  25:17,21,25 26:4
  26:8,11,15,22,25
  27:5,9,11,13,17
  27:19,21,24 28:6
  28:13,22,24 29:1
  29:4,10,13,19,21
  29:23 30:1,3,5,7,9
  30:11,15,17,21,24
  31:4,7,9,11,17,20
  31:24 32:6,9,18
  32:22 33:2,9,18
  33:21 34:3,7,14
  34:19,24 35:1,3,7
  35:12,16,20 36:5
  36:8,14,16,21,25
  37:3,10,13,18,20
  37:23 38:4,7,11
  38:14,17,19,24
  39:5,8,11,14,21
  39:24 40:4,17,24
  41:2,4,7,13,18,21
  41:23 42:3,5,9,13
  42:18 43:2,12,14
  43:17,21,24 44:3
  44:7,13,18,22,24
  45:2,5,11,14,17

45:19,22,25 46:2
  46:6,8,20,24 47:4
  47:7,13,19 48:2,8
  48:10,12,15,21,24
  49:3,7,10,13,17
  49:23,25 50:7,9
  50:12,14,19,24
  51:4,11,15,18,23
  51:25 52:3,7,15
  52:19,22 53:2,4
  53:13,18,22 54:2
  54:7,12,19,25
  55:4,8,11,14 56:1
  56:3,8,11,14,16
  56:20 57:1,5,9,14
  57:17,25 58:2,5
  58:11,13,16,20,23
  59:3,7,10,13,18
  59:21,24 60:2,4,7
  60:15,20,23 61:3
  61:6,10,15,17,19
  61:21,24 62:2,5,7
  62:9,11,17,21,24
  63:2,12,19 64:2,6
  64:8,12,16,19,21
  64:24 65:3,10,13
  65:16,19,21,23
  66:2,7,10,12,16
  66:19,24 67:1,5,8
  67:11,17 68:1,5,8
  68:11,14,16,19,22
  68:25 69:6
**known** 24:3
**knows** 46:22
**Kokopelli** 35:13,14

_____
**L**
**lady** 6:25 40:5
**lady's** 18:4
**Lake** 8:8 30:13,14
  37:6 52:4 55:22
  56:11,13 67:24
  70:7,11
**land** 26:4 65:4
**Laramie** 18:6

00001595

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

leave 43:4 44:3
  60:25
leaves 48:3
left 19:11 40:19
  45:20
length 57:11
let's 6:14 12:25
  16:20 39:16 42:25
  45:19 47:9 61:4
  63:17,23 64:4
Liechtenstein
  15:22 17:4 21:16
  53:20
life 2:13 33:25
  54:22
light 59:1
liked 28:7,8
likes 21:18 57:19
Lindsey 16:16,18
  16:19,21,25
listed 13:15 48:18
little 8:9 10:10
  13:21 25:19,23
  26:17 28:16 29:5
  29:17,21 30:12,19
  31:2,13 33:13
  36:2,23 37:8,18
  38:17 40:23 42:20
  44:9,9 52:7 55:16
  55:18 63:16 67:9
  67:13,16,19,20
live 17:16 42:22,23
lived 11:8 18:6
  19:14 33:24
lives 18:24 20:22,23
  22:22 34:21
location 21:24
long 2:12 18:22
  42:25 51:12 53:6
  68:3
longer 38:21
look 13:17 14:6
  15:2 22:11,18
  25:3 39:5 41:11

41:13 43:2 44:4
  45:9 56:24 64:12
  64:13 68:22
looked 28:18 51:12
looking 22:25 33:9
looks 36:11 44:25
  45:3
lost 53:10
lot 3:15 5:7 7:19
  15:25,25 17:10
  25:4 30:17,19
  32:12 33:5 34:4
  35:20,24 36:8,16
  36:17 42:10 44:18
  46:25 49:20 51:12
  53:10,13 56:4
  57:13
love 45:23
low 47:16,16,19
lower 7:23
luggage 63:10
Lyle 52:15
L.W 16:25

**M**
mail 63:14,15 66:12
making 52:17
malma 36:12
man 16:24 46:15,23
  51:11
map 59:19
March 70:21
marked 34:10
market 22:25
material 9:22 26:16
  36:18 42:4
materials 52:12
matter 12:18 18:8
  19:10 35:25
McCormick 3:13
McKean 33:13
  38:16,17
mean 33:6 42:12
  44:20 46:16
meant 46:25,25

meeting 1:3 69:3
meets 23:6
Membries 28:16
  36:1 50:24
mesa 6:10 7:18 8:6
  32:17 33:23 37:21
  52:1
Mexico 4:8 10:13
  18:25 29:10,22,23
  29:24 36:12 51:8
  51:8,8
Michael 13:20
microscope 44:16
Midland 55:23
  63:21
midway 60:12
mid-six 53:20
mile 17:15 20:15
  59:6
miles 6:15 8:12
  20:15 31:12 51:25
  67:14
Millcreek 27:12,20
mind 62:22 63:4
  65:1
mine 19:4
minute 24:12 55:9
minutes 38:9 40:18
  62:16
Miramonte 55:22
  56:11,13
Mississippi 17:19
Mo 59:21
Moab 20:11,22,24
  22:22 27:9,9,10
  27:14 32:24 34:21
  39:9 58:9 59:2
  63:21
Moab's 59:23
Modoc 17:11 18:3
Mojave 37:6
money 16:1 48:3,6
money's 28:20
Montrose 38:25

47:22 55:2,21
monument 7:25
morning 63:14
  66:13
Motel 8:24
mountain 5:12 6:2
  6:6,8,21 7:8,18
  20:11 32:2 34:12
  34:15 40:6 58:21
  58:24
Mountains 9:9
move 35:21 40:9
  67:20
moved 40:7 66:5
movie 7:9
moving 41:8 57:18
mutate 35:13
Mutz 54:13

**N**
N 2:1
name 7:9 16:17
  21:3 40:16,17,22
  49:25,25 50:1,2,4
  50:4 53:7,9,15
  59:4 70:21
named 41:6
names 59:5
name's 35:2
narrows 35:6
nasty 38:13
national 7:24 56:6
near 48:5
neat 9:5,6 13:11
  21:22 22:22 24:2
  26:10,21 30:12
Nebraska 4:17
  36:19
necessarily 31:7
necklace 23:18,19
necklaces 23:25
need 61:10 65:23
needles 32:23 33:2
neither 61:23
net 30:21

netmakers 30:21
never 8:1 19:17
  24:14 26:25,25
  42:11 43:2 46:14
  57:10 68:9
new 4:8 10:13
  18:25 29:10,22,23
  29:23 32:14 36:1
  51:7,8,8
nice 2:22 3:11 5:6,7
  5:23 9:25 19:8
  24:19 27:6 28:9,9
  28:21,22 29:3,5
  29:14,16,21 31:22
  31:23 32:8 33:2
  33:12 34:11 36:2
  36:4,7,14,15
  37:12,16 38:25
  42:9,20 48:12,14
  48:15,16,16 49:8
  50:25 51:1 53:16
  53:22,24 54:2
  55:6,10 56:22,23
  57:7,8,24 58:8
  60:20 67:8
nicer 58:2
Nichol 52:15
north 6:15 30:22
  36:9 37:14 39:6
northwest 30:22
notes 20:25
notice 22:7
number 40:2
numbers 22:7

**O**
O 2:1
obsidian 10:10
  30:18
obsidians 30:19
obtusely 57:11
obviously 23:23
  30:7 44:14 50:21
offer 67:2
oh 3:5,10 6:8,22 7:6

00001596

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

9:11,21 14:1,3
15:4 16:13 22:15
24:23,24,24 26:24
28:21 32:8,18
35:11 40:13,22
41:15 43:20 44:23
49:16 50:18 51:3
51:10 56:8 57:23
60:14 61:17 63:24
okay 3:10 10:14,17
10:18 11:7,9
16:13 17:6,13,23
18:7 20:2 21:7,9
21:13 23:1,6
24:10 29:8 30:2
35:13 39:4,10,16
39:17 42:3,5
43:20,23 44:6
45:7 46:6 47:18
48:9,10 49:16,18
49:24 50:10,12,18
51:10,11 59:21,24
61:9,16,18,20
62:2,5,7,9,11 63:8
63:17,19 64:18,20
65:16,21,25 66:10
66:16,19 69:2
old 7:15 8:23 17:19
22:8,22 25:10
37:11 53:7 65:25
67:20
ones 4:13 51:1
one's 5:18 10:25
11:1 17:14 22:10
36:21 37:4,20,23
41:20,25
open 43:4 44:3
original 5:13,18,25
41:19,19
originally 21:15
outside 8:25 20:11
22:14 67:24

—————
**P**
P 2:1

pa 54:5
packaged 63:14
pages 70:16
paid 24:14
pain 15:8,9
paint 32:12
pair 50:8,9
paleo 3:23 5:2
36:16 53:23,24
54:3,5,8 55:6,7
pap 9:12
paper 11:21 19:24
19:25 28:8 60:24
68:20
papered 9:16 20:7
46:13 55:23 56:15
papers 24:25 62:12
62:25
park 31:9,25 32:3
55:22,25 56:6
Park's 31:11
part 20:14,16 46:20
46:24
partnered 19:6
partners 53:8
passed 13:16 14:22
21:15 40:7 53:6
pawn 20:24
pay 48:4
pendant 24:15,21
people 15:14 42:10
50:16
perishable 54:1
perishables 3:15,20
15:14 65:11
permission 31:18
Phillips 14:20
phone 62:14
photocopied 12:19
pick 36:10
picture 12:20
pictured 12:8 13:2
piece 4:18 6:15

10:11 12:8 25:2
25:19 26:16,22
27:2,24,25 28:7,9
28:13,16 29:5,17
29:21 30:12 34:12
35:4 36:9 37:14
39:5 42:9 43:5
45:2 46:15 47:11
47:11 50:24 56:19
58:8 60:20
pieces 4:9 5:9 21:23
23:16 34:5,18
39:18,18 42:1
43:1 46:16 55:8
pile 8:9,13
pinned 44:14
Pioneer 48:16
pipe 10:18 11:23
12:17 16:7 39:19
63:22
pipes 10:19 40:1
47:23 68:20
Pitt 54:20
place 8:3 46:7
49:18 67:23
placed 46:8
places 9:4 35:18
plate 31:2
pocketed 13:25
point 3:11 26:1,3,4
30:9 32:9 45:4,6
46:22
points 3:3,21 5:7
22:23 30:18 32:1
36:1 52:4
polish 50:21
poor 63:16
popeye 24:23
positive 41:21
68:25
pots 48:25
pottery 5:8,9 29:14
50:21
Powell 8:8

prayer 3:21 27:6
Preble 43:19
Preble's 25:7
prettiest 54:22
pretty 2:22 9:25
13:10 15:7 16:21
21:21 27:4,5,5
28:9 29:5,16
32:14 36:11,22
40:8 45:5 48:3
59:8 65:5
price 19:18,19
21:17
Prindle 57:9
prior 58:6,6
private 65:4
probably 4:1 6:13
9:9 10:19 16:15
18:10 20:25,25
22:24 27:13 30:25
32:13,19 35:22
45:9 47:13 53:24
54:21
problem 4:13 5:4
40:11 45:12 46:21
57:18,24 61:7,12
61:13 62:23 63:5
proceedings 70:14
70:17
Professional 70:10
profit 66:20
proper 6:16
property 6:15
provenance 11:3,18
17:5 24:16 28:17
39:13 48:5 54:5
54:11,14
put 3:24 7:15 13:5
23:11,12 45:19
50:17 61:25 63:13
65:6 66:19 67:8
putting 16:1 49:4

—————
**Q**
quartzite 56:22

question 26:24
quit 15:2,4
quite 67:4
quoted 47:21

—————
**R**
R 2:1 70:2
ranch 7:15 28:15
28:16
ranger 55:22,25
56:6 63:22
RASHELL 70:10
70:24
real 2:16 6:19 8:3
28:1,18 48:14
50:25 51:1 52:20
52:22 54:7,8
really 6:23 7:17 9:6
10:1,6 13:22
15:16,24 17:5,7
18:11 22:15,20
24:1 27:3 30:16
33:5,5 42:11,22
44:21,22 47:4,22
48:20 49:8 53:2,9
53:22,25 55:24
57:7,8 58:10
reason 60:16
reasonable 42:17
reasons 31:6
recognize 6:12 9:7
10:20 36:17
Red 56:22
redo 3:2
Reef 8:24
registered 66:14,15
70:10
remember 12:3
18:2,17,20 22:10
24:8,12 28:15,15
40:14,15,17 51:16
53:9,15,18
reminds 53:5
remnants 58:25
Rental 67:10

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

rented 67:12,13
Reporter 70:11
resharpened 57:11
57:12
rest 10:15 36:11,22
37:15,24 39:1,8
44:8
Restill 3:2
restoration 2:21,24
restrung 23:19,25
Richfield 37:4
Rick 68:14,16
rid 5:4
ride 67:9
riding 67:15
rifle 23:4
right 2:15 3:15 7:8
8:24 12:25 13:1,8
14:5 16:2,7,22,23
19:11 20:11 26:17
26:22 27:9,10
28:2,20 31:9,11
33:13,19 36:10
37:11 39:2,21
40:23 45:22 48:17
48:18 49:10 51:5
52:1 56:10 57:15
58:8 59:3,20,23
59:25 60:1,6,9,12
61:4,4,25 64:1,1,2
64:18 65:22 66:18
67:22 68:5,5,19
rim 28:21,22
rings 41:4
River 54:20
road 6:16,19,23
7:23 20:14 28:2
38:3
Robert 1:4 66:23
68:10 69:6
rock 8:9,13
Rogers 46:9
roller 67:15
Ron 13:20

room 46:3 48:3
Rosas 36:2 52:4
Rosa's 22:24
Ross 18:9
RPR 70:24
ruin 24:3 39:19,20
ruins 27:17
run 60:9 67:17,17
rush 67:6

**S**

S 2:1 6:16,19
safe 55:6
sale 46:25
Salina 39:3
Salt 30:12,14 67:24
70:7,11
Sam 41:6
San 52:4,4
Sandy 11:6 15:18
15:19 25:21 43:24
50:20 64:13
Sandy's 18:2 26:8
64:8,10,14,15,16
64:17
save 57:11
saw 18:17,19 19:9
26:6 53:4,11 57:9
says 28:1 49:10
scope 28:19 29:2
45:13
scoped 28:23
Scottsdale 48:19
49:11,16,19
Scotty 52:7
screened 31:21
screwed 41:15
second 42:19 50:11
Sedona 49:14,14,16
see 2:11 4:17 6:14
12:1 16:17,20
18:14 23:5 25:13
28:19 33:10 36:10
39:16 40:11 42:25
43:4 44:11,24

47:9 55:9 63:17
63:23 64:4 68:13
68:14,16,22
seen 9:10 18:16
26:13 54:22 60:21
sell 5:3 10:7 28:20
35:10 42:11,21
46:17 47:23 54:6
selling 19:7 51:19
send 3:1,7,9,9 37:7
45:8 46:12,18
65:24 66:13
sent 12:19 19:23
20:1 46:16 57:10
58:16
sentimental 31:6
separate 3:25
series 23:12
seriously 35:8
set 9:9 10:8 16:12
18:13,13,14 19:7
19:9 29:16 32:22
32:23 46:3 54:1
sets 19:10
Seven 62:8
shaft 32:7 39:11
shame 57:3
shape 60:6
shell 14:13
shell-temper 14:14
ship 63:5 66:11
shipping 62:22
65:1
shit 12:2 33:24
35:17 51:22 52:12
shiterie 42:15
shitting 51:24
shit-box 67:13
shop 7:1 20:24
show 9:4 26:17
51:20 57:20
showed 55:9
shows 52:18
shrink 38:22

Shumway 25:8
side 6:20 9:18
32:11 33:16 41:11
59:25
sides 5:15
side's 41:12
sign 64:21
Silver 52:3
similar 26:13
sir 61:19 68:10
sister 16:12
sit 24:11
site 9:13,14 11:21
11:24 12:6,7,7
22:11,17 26:17
31:15 39:3 51:20
51:23 52:5,11
53:8
sites 12:4,5
six 61:14 62:6,10
skate 67:15
sleeve 12:1,11,19
sleeves 11:23
slope 7:7
snap 4:14
sold 3:19 7:10
18:20 22:25 25:8
35:12,12 47:1,2
56:1 57:21
solid 57:2
somebody 48:4
57:19 60:16
somewhat 47:25
sons 32:16
sorry 38:6 45:21
62:17
Source 2:2,8,11,13
2:17,20,23 3:5,7
3:10,14,20 4:2,6
4:11,16,19,22,25
5:5,10,13,16,19
5:21,24 6:3,8,11
6:14,19,24 7:2,6
7:14,20 8:7,11,14

8:17,21,23 9:2,11
9:15,18,21,24
10:1,5,9,12,14,17
10:22 11:2,7,9,13
11:16,19,24 12:6
12:13,15,25 13:3
13:7,9,12,18,24
14:3,9,11,14,16
14:18,21 15:4,7,9
15:13,21 16:4,7
16:13,19,22,25
17:2,4,7,13,21,23
18:7,11,14,17,21
19:1,3,6,13,16,23
19:25 20:6,9,12
20:20 21:2,4,6,8
21:11,14,22 22:5
22:12,15,17,20
23:1,7,10,14,18
23:20,22,24 24:2
24:10,13,21,24
25:5,10,12,15,20
25:24 26:3,6,10
26:13,20,24 27:2
27:7,10,12,16,18
27:20,22 28:5,11
28:21,23,25 29:3
29:8,12,18,20,22
29:25 30:2,4,6,8
30:10,14,16,20,23
31:3,5,8,10,15,19
31:23 32:5,8,15
32:19 33:1,3,16
33:20 34:1,6,13
34:17,23,25 35:2
35:6,11,15,17
36:4,7,13,15,20
36:24 37:2,6,12
37:17,19,22 38:2
38:6,10,12,16,18
38:23 39:4,7,10
39:12,16,22,25
40:13,22 41:1,3,6
41:10,17,20,22,25

00001598

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

42:4,6,12,17,24
43:10,13,16,20,23
44:2,6,10,17,21
44:23,25 45:4,7
45:13,16,18,21,23
46:1,5,7,16,22
47:3,6,9,18,25
48:7,9,11,14,20
48:23 49:2,6,9,13
49:16,18,24 50:6
50:8,10,13,18,23
51:3,10,14,16,22
51:24 52:2,6,13
52:17,21,24 53:3
53:12,17,19,24
54:4,10,16,23
55:3,7,10,18,24
56:2,6,10,13,15
56:18,25 57:3,7
57:12,15,23 58:1
58:4,10,12,15,19
58:22 59:2,4,11
59:15,17,19,23
60:1,3,6,14,19,22
61:1,4,9,13,16,18
61:20,23 62:1,3,6
62:8,10,13,14,20
62:22,25 63:8,17
63:20 64:4,7,10
64:14,18,20 65:8
65:12,15,18,20,22
65:25 66:4,9,11
66:15,17,22,25
67:4,7,10,16,25
68:2,10,13,15,18
68:21,24 69:2,5
**south** 6:20 7:7
35:15,15 59:17,18
63:20
**southeast** 36:21,23
37:4
**southeastern** 4:5
34:4,7,8 54:8
**Southern** 7:21

29:23 30:11
**southwest** 3:22,25
4:7,20 24:19 54:5
55:14
**southwestern** 34:2
**So's** 32:2
**Specialize** 3:20
**spending** 15:23
**spirit** 25:3
**split** 20:17
**spooky** 67:19
**spoon** 28:10
**spot** 60:11
**Springs** 8:2
**ss** 70:6
**star** 7:9
**started** 26:18
**state** 10:20 70:5,12
**stay** 22:8
**steal** 58:5
**stem** 37:8 55:18
58:25
**stems** 36:19
**Stermer** 20:6 37:7
**Stevens** 49:13 50:1
50:4
**stick** 27:6
**sticks** 3:21
**Stingray** 30:4
**stomping** 7:21
**stopped** 68:9,9
**stopping** 42:24
**store** 40:5
**story** 18:22 21:10
27:23 40:2
**strings** 31:13
**strong** 45:13
**stuff** 3:22 4:4,8,14
5:7 7:4 10:3 14:2
14:25 15:18 16:2
16:6 23:7,10 24:2
24:19 26:21 27:4
31:13,21,25 33:5
33:10,11,12 34:3

34:4 35:24 36:5,9
37:14,16 39:2,2,8
40:19 42:22 51:12
54:1,9,12,15,16
54:20 55:1,5,10
55:12 56:4 62:23
**stupid** 63:12
**Subject** 2:3
**subscribed** 70:20
**super** 53:16
**supervision** 70:16
**sure** 4:25 9:19
12:23 14:1,3
16:16,21 25:5
40:25 41:14,24
45:5 63:13
**surface** 44:11
**surrounding** 7:11
**SUV** 16:8
**SU-6129** 1:9 2:2
**SU6129** 69:5
**sweet** 2:23 9:11,24
10:1 30:20 58:1

---

**T**

**T** 70:2,2
**tail** 68:5
**take** 8:4,19 9:3
32:21 57:16,22
60:9 61:24 66:25
67:1 68:11
**talk** 21:12
**talked** 22:2
**talking** 24:21 25:16
40:15 41:15
**Tammy** 26:7
**tang** 36:6
**tang's** 36:6
**tape-recorded**
70:14
**Tarantula** 6:10
7:18,22 8:6 9:23
37:21
**Taylor** 56:17 63:6
68:20

**Ted** 2:10 12:22
66:24 68:11
**tell** 9:20 16:15 22:6
24:17,18 25:25
28:14 33:16,17
34:20 35:8 36:10
40:13,25 46:1,9
46:11 50:19 61:22
68:16
**Telluride** 55:22
56:10,14
**ten** 15:1 40:18
57:20,22 59:5
**Texas** 46:17,22
**thank** 66:23,24
68:10
**Thanks** 68:11
**That'd** 16:24
**thing** 7:15 13:22
44:15 60:7 66:13
**things** 5:25 23:25
37:25 62:19
**think** 3:3 4:8 16:17
20:3 24:12 34:10
35:2,17 37:1,2,3
39:23 40:14,19,20
41:11,12,14,18,25
42:18 45:4 47:20
48:2,18 50:10
54:11 57:6 59:4
60:3 61:11 65:5
67:2 68:19 69:1
**thinking** 47:12,14
53:14
**thinks** 14:9 18:9
**thirty** 67:14
**thought** 11:9 13:10
14:6 26:11 29:4
33:10,11 50:20
68:8
**thoughts** 42:19
**three** 5:8 11:10
23:16,24 38:21
42:22 43:1 44:1

45:8,16,17 51:25
57:16 59:9 60:23
61:1,13 62:3
63:20,24,25 64:1
64:2,5
**Thrifty** 67:10
**throw** 48:7 60:24
63:9 64:25 68:21
**ticket** 68:8
**tie** 24:3 41:16,19
**tied** 32:10
**ties** 5:13,14
**tighter** 39:12
**time** 2:12 14:2,4
19:11 32:14 42:7
46:25 51:13 56:9
66:23 67:3,22
**times** 24:4
**today** 28:18 29:7
43:1 65:10,16
**today's** 22:25
**told** 19:12,21 20:2,3
40:4 57:10 64:5
**tomorrow** 63:14,15
66:9,20
**ton** 15:23
**top** 7:1
**Torrey** 8:25
**totally** 29:15
**tough** 8:3
**town** 6:16 35:15
59:14,15
**Track** 23:3 47:24
64:23
**Trail** 9:4 40:23
59:6
**transcribed** 62:15
70:15
**TRANSCRIPT** 1:2
**transcription** 70:17
**treating** 2:14
**trip** 46:5
**triples** 24:4
**truck** 8:19

GARCIA and LOVE
801 538 2333

00001599

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

true 43:24 70:17
try 3:22 22:8 63:10
trying 20:18 35:21
  40:14,15 49:18
  55:11 58:5 59:4
  62:18
Tula 22:24 36:2
  52:4
tumbling 20:17
turn 48:1
Turner 22:11,17,18
  39:19 64:10,12,13
turning 44:20
turns 6:19
twice 55:23
twist 42:1
two 5:8 11:13 12:5
  19:9 20:17 23:16
  24:25 28:1 32:1
  32:16 37:25 40:1
  42:21 44:1 47:14
  47:14,14,14,15,15
  47:15 48:16 54:1
  62:1 64:2
type 52:9
typewriting 70:15

U

uh 67:24
Uh-huh 3:14 4:2,6
  4:11,19,22 5:10
  5:16,21 6:18,24
  7:2,6,13 8:7,14
  9:1,15 10:9,12,22
  11:19 12:10 13:18
  13:24 14:15,21
  17:1,21 18:16
  19:13 22:5 23:14
  23:21 27:11,16
  28:11 29:12,18,20
  29:25 30:6,20,23
  31:19 34:6,13
  36:20 37:19,22
  38:19 39:7,24
  44:2,17,25 47:6

49:23 50:6,23
  54:10 55:3 57:12
  57:14 58:4,11
  59:13 60:2 61:24
uncles 25:16
understand 60:8
unfortunately 20:9
University 22:19
untouchable 56:24
use 25:3
usually 66:15
Utah 6:6 7:21 18:1
  19:9 30:11 33:10
  33:11,12,16,18
  34:3,4,9,9,9,9,9,9
  34:10,11 35:24,25
  36:5,8,17 37:14
  37:15 39:1 54:25
  55:7 65:8 70:5,12
Utahy 36:12
Ute 54:21

V

value 24:4,5 55:12
Vernal 13:16 27:24
  28:11
Vern's 26:20

W

wad 60:24
walked 53:14
Walker 21:2
wall 58:17
Wallings 7:16
want 44:4 45:9,24
  46:10 48:12 50:8
  52:13 53:22 55:10
  56:18,20,24 57:17
  57:21,22 60:22
  64:21 65:6,7,19
  66:13 67:2
wanted 42:10,11
  51:19
wanting 3:12
wants 29:6

ward 20:13
wasn't 3:2,8 13:19
  29:7 34:23
Water 11:24 12:6,7
  39:18 63:22
way 5:22 7:22,24
  22:25 26:6 47:1
  47:19 58:24
wear 44:16,18,24
  45:1
weight 39:19 53:10
weights 17:9 40:1
  63:25
Weight's 19:3
weird 44:9,10,12
  68:9
welcome 29:1
Wendover 67:25
  68:1
went 13:4 16:11
  18:21 25:12 31:20
  43:9 67:11 68:5
weren't 32:10
west 11:24 12:6,7
  27:18 31:12 39:18
  58:20 63:22
western 10:16
We'll 23:2 61:24
  68:15
we're 48:11 61:13
  68:8
we've 32:19 33:3
  63:17
what's-his-name
  3:1 47:21
Whereabouts 31:8
WHEREOF 70:20
whipped 21:17
whiskey 9:3
white 18:14 40:23
widened 20:14
wife 35:9
wife's 35:9
Wind 52:9

witness 65:19 70:20
wonder 13:24
wood 31:1
work 42:21 52:20
  52:22
working 20:13
works 39:16
worry 29:7 65:13
worth 29:6 42:22
wouldn't 19:25
  20:1 35:10 65:1
Wow 13:3 38:2
  39:12 49:6 52:2
  58:4
write 66:5
writeup 10:21
  11:22
wrong 28:19 44:11
Wyoming 4:4,15
  17:22,24 18:4
  37:5,23

Y

yard 35:5
yeah 2:13,23 3:5,6
  3:20 4:16 5:5,14
  5:17,19,21,24
  6:11,12,22 7:6,21
  8:11,23 9:21,25
  11:13 13:7 15:5,8
  16:15 17:4 18:12
  19:2,3,16 21:5,6
  21:11,14,22 22:16
  22:21 23:22 24:2
  24:25 26:6,20,24
  28:13 29:4 30:8
  30:10,15,17 31:4
  32:15,18 33:20
  35:7 36:13 37:10
  37:17 38:2,17,23
  38:23,23 41:17,22
  42:9,12,18 44:10
  44:23 45:5,18
  46:5 47:3 48:7,8
  49:17 51:3,14,16

52:6,13,15,17,17
  53:3,12,19 56:3,8
  56:25 57:3,23
  59:23 60:14,14
  62:21 63:4,8 64:6
  64:19 65:12,12,20
  66:11 67:7,10
  68:2
year 18:5 25:23
  37:24 51:21,23
  53:20
years 9:14 15:1
  17:19 22:22 34:22
  40:6,6,6 48:22
  53:7 57:4 59:10
  59:10
yellow 35:4
Yep 8:21 27:19,21
  30:5 35:16 41:10
young 22:4 53:6

$

$15,000 15:13
$2,600 47:13
$20 15:9
$20,000 15:13
$200 61:8
$25 15:10
$3,200 56:20
$50,000 66:17
$8,500 46:2 47:1

1

1.1 20:15
1.2 20:15
100 67:18
12 47:2
120 7:11
129 13:4
14 17:19
1437 2:2
1601 69:5
17 1:13
17th 65:17,18
18th 65:16

00001600

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
July 17, 2008

| | | | | |
|---|---|---|---|---|
| **1970** 65:5 | | | | |

**2**

**20** 9:14
**2008** 1:13
**2010** 70:21
**220** 38:11,13
**25** 38:8 50:9
**26** 31:12 61:14,15

**3**

**313** 20:12
**38** 67:14

**4**

**40** 7:7,10
**48** 20:16

**5**

**50** 53:7,7
**50s** 49:5,22
**50's** 22:3,19

**6**

**60** 18:13
**60's** 22:3

**7**

**7/17/08** 2:2 69:5
**750** 47:15

**8**

**80** 22:21
**85** 67:18
**86** 61:15
**87-SU-63004** 1:5

**9**

**90** 67:18
**95** 68:4

GARCIA and LOVE
801 538 2333

00001601