IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT B. KNOWLTON,

    Defendant.

---

GOVERNMENT RESPONSE TO DEFENDANT'S MOTION TO
CONTINUE JURY TRIAL; EXCLUDE TIME FROM SPEEDY
TRIAL COMPUTATION; AND SCHEDULE A HEARING
ON PENDING MOTIONS

---

    The United States of America, by David M. Gaouette, United States Attorney and Robert E. Mydans, Assistant United States Attorney, files this response to the above-styled motion filed by the defendant.

    The defendant seeks a continuance of the jury trial presently scheduled to begin on July 6, 2010, to exclude time from the speedy trial computation, and to schedule a hearing on the remaining pending motions. The government does not object to the motion or the individual requests within the motion, nor does the government take issue with the facts as outlined in the Introduction.

    The analysis that defense counsel has gone through pursuant to the dictates of *United States v. Toombs*, 574 F.3d 1262 (10th Cir.2009) is consistent with the *Toombs* analysis and as a result, there is no objection to the motion. Because there are

approximately nine outstanding pre-trial motions that have not yet been argued or decided, all time between the filing of those motions (12/14/2009) and rulings by this Court is already excludable time. The defendant seeks an additional 60 days of excludable time in which to review recently provided discovery, some of which is the result of recent interviews because of the death of the informant Ted Gardiner, and to conduct some additional investigation, again, because of the death of Mr. Gardiner. The defendant also seeks the additional time for continuity of counsel as does counsel for the United States.

      WHEREFORE, the Government does not oppose the granting of the defendant's above-styled motion and the requests made therein.

      Respectfully submitted this 2nd day of June, 2010.

                                DAVID M. GAOUETTE
                                United States Attorney

                                s/__Robert E. Mydans_____
                                Robert E. Mydans
                                Assistant United States Attorney
                                1225 17th Street, Suite 700
                                Denver, CO 80202
                                Phone: (303) 454-0100
                                Fax: (303) 454-0402
                                bob.mydans@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify on this 2nd day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jeffrey S. Pagliuca**
Haddon, Morgan & Foreman, P.C.
Email: jpagliuca@hmflaw.com

                                        s/__Deborah Sisung_____
                                        Deborah Sisung
                                        United States Attorney's Office
                                        1225 17th Street, Suite 700
                                        Denver, CO 80202
                                        Phone: (303) 454-0100
                                        Fax: (303) 454-0402
                                        deborah.sisung@usdoj.gov