IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT B. KNOWLTON,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    In light of the pending motions in this case, it is

    **ORDERED** that the jury trial scheduled for **July 6, 2010** is VACATED, to be reset in conjunction with the Court's ruling on defendant's Motion to Continue Jury Trial, Exclude Time from Speedy Trial Computation, and Schedule a Hearing on Pending Motions [Docket No. 57].

    DATED June 17, 2010.